# Request for a Certified Copy of a policy
## *Affidavit*

State of ___MARYLAND___

County of ___HARFORD___

Date ___3/6/18___

The undersigned, Michael Gosnell I having been duly cautioned and sworn, states that he has the title of Commercial Underwriting Supervisor at State Automobile Mutual Insurance CO. Affiant further states that the attached materials fairly and accurately represent the insurance policy BOP 2588879 with effective dates of 01-03-15 to 01-03-16 issued by State Automobile Mutual Insurance Company to RANJHA INC:, as it would have appeared on 02-23-15. Further affiant saith naught.

_____

Michael Gosnell

Sworn to and subscribed in my presence this the ___6___ day of ___March___, 20_18_.

_____
Notary Public Signature

___November 21, 2021___
Expiration Date of Notary's Commission

# STATE AUTO®
## Insurance Companies

**BOP 2870198    00**    *S*

SOUTHERN MARYLAND INS INC
2905 MITCHELLVILLE RD STE 112
BOWIE, MD 20716

Acct. Number  CL00067251

| **To:  Insured** | **Your Independent Agent** |
|---|---|

NATIONAL INK AND STITCH LLC
645 KEITH LANE
OWINGS, MD 20736

SOUTHERN MARYLAND INS INC
2905 MITCHELLVILLE RD STE 112
BOWIE, MD 20716

Thank you for insuring with State Auto Insurance Companies. Attached is information about your new business, renewal or policy change. Please contact your agent with any questions.

Your coverages are listed on the attached declarations pages. Any new or revised coverage forms are attached.

The State Auto Insurance companies and your independent agent strive to provide overwhelming service to you. Please let us know how we can best serve your needs.

***ENCLOSED DOCUMENTS ARE POLICY INFORMATION ONLY.***

***YOUR BILL WILL BE SENT SEPARATELY, IF NEEDED.***

If you have questions concerning policy payment status, please call Payment Services at 1-800-444-9950, Ext. 5118.

SAINSDB

**Issue Date**  04/07/2016        03:08:27 PM

0007805      Printed:
04/08/16   01:21:05

# STATE AUTO®
## Insurance Companies

**BOP 2870198    00**

NAMED INSURED AND MAILING ADDRESS:

**NATIONAL INK AND STITCH LLC**
**645 KEITH LANE**
**OWINGS, MD 20736**

AGENT NAME AND ADDRESS:

**SOUTHERN MARYLAND INS INC**
**2905 MITCHELLVILLE RD STE 112**
**BOWIE, MD 20716**

**(301) 390-0099**

*Dear Valued Customer,*

*Thank you for allowing us to provide your important insurance protection.  Your satisfaction with your insurance coverage is essential to us and we would like to keep you informed about changes to your policy.*

*Please take a moment and review the notices listed below.   These notices are intended to make you aware of important changes such as coverage broadenings, reductions or restrictions.  Your careful review is appreciated.*

*If you have any questions about these changes, please contact your insurance agency at the address and phone number shown above.*

*Again, thank you for placing your insurance with State Auto Insurance Companies!*

## POLICYHOLDER  INFORMATION

| | |
|---|---|
| PN 02 14 01 07 | NOTICE OF UNDERWRITING PERIOD |
| PN 02 39 07 07 | If You Have a Claim |
| PS 00 33 03 14 | Legal Advice Policy Stuffer |
| MC 78   03 91 | Contractors - Hiring Subcontractors - SAVE Information |
| PS 00 11 07 07 | Notice of Premium Audit |
| PN 04 22 01 13 | Notice to App in Maryland Regarding CX & Premium Recalculation |
| PS 00 31 01 13 | Maryland Fraud Statement |
| PS 00 28 01 12 | Data Compromise Breach Helpline |
| PS 00 38 01 14 | Data Compromise Breach E-Risk Hub Stuffer |

0007806    Printed:
04/08/16   01:21:05

# POLICYHOLDER DISCLOSURE -
# NOTICE OF TERRORISM INSURANCE COVERAGE

You are hereby notified that under the Terrorism Risk Insurance Act (Act), as amended, that you have a right to purchase insurance coverage for losses arising out of certified acts of terrorism. The term "certified act of terrorism" means any act that is certified by the Secretary of the Treasury - in accordance with the provisions of the federal Terrorism Risk Insurance Act - to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property; or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

You should know that coverage provided by this policy for losses resulting from certified acts of terrorism, such losses may be partially reimbursed by the United States Government under a formula established by federal law. However, your policy may contain other exclusions which might affect your coverage, such as an exclusion for nuclear events. Under the formula, the United States Government generally reimburses 80% of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage. The premium charged for this coverage is provided on the policy Declarations page and does not include any charges for the portion of loss covered by the federal government under the act.

LIMITATION ON PAYMENT OF TERRORISM LOSSES
You should also know that the Terrorism Risk Insurance Act, as amended, contains a $100 billion cap that limits U.S. Government reimbursement as well as insurer's liability for losses resulting from certified acts of terrorism when the amount of such losses in any one calendar year exceeds $100 billion. If the aggregate insured losses for all insurers exceed $100 billion, your coverage may be reduced.
If you purchase this coverage on an umbrella policy, you must also purchase this coverage for underlying general liability policies.

In the context of a newly issued policy or renewal offer, this form becomes part of the application for this coverage.

**You may select terrorism insurance coverage as follows:**
The portion of your annual policy premium that is attributable to coverage for certified acts of terrorism is shown on the declarations page. If you wish to reject this coverage, please read and complete the form below.

**You may reject terrorism insurance coverage as follows:**
You may elect to decline coverage for certified acts of terrorism. However, if your policy covers property located in a state with a fire following statutory requirement, the terrorism exclusion makes an exception for fire losses to such covered property resulting from certified acts of terrorism. If you choose to decline coverage for certified acts of terrorism, that rejection is not applicable to fire losses to property in those states resulting from certified acts of terrorism, unless excepted by statute or other regulatory means. A separate premium is displayed on the declarations page for coverage for fire losses that result from certified acts of terrorism.

Issue Date  04/07/2016          03:08:27 PM

To reject coverage, you must 'X' the box below, sign your name, print your name, date this form and return it to the company within 30 days. If you choose not to reject this coverage, you do not need to return this form.

| | I hereby elect to exclude losses arising from certified acts of terrorism and understand that I will have no coverage for losses resulting from certified acts of terrorism. I understand that if I exclude certified acts of terrorism coverage, coverage will not be available until my next renewal. |
|---|---|

<br>
<br>

| | |
|---|---|
| _____ | State Auto Property and Casualty Insurance Co. |
| Policyholder/Applicant's Signature | Insurance Company |
| _____ | BOP   2870198   00 |
| Print Name | Policy Number |
| _____ | |
| Date | |

19   —  0001620

SOUTHERN MARYLAND INS INC
2905 MITCHELLVILLE RD STE 112
BOWIE, MD 20716

(301) 390-0099

**PN0083 (01/15) Page 2 of 2**
*//*PN0083-201501*

**STATE AUTO**®
Insurance Companies

**BOP 2870198    00**

# NOTICE OF UNDERWRITING PERIOD

We are notifying you that the binder or policy you have just agreed to purchase may provide you with only temporary coverage, since Maryland law provides the company with a 45 day period, from the effective date of your coverage, to confirm that you are eligible for coverage under this policy.

Should the company find that you are not eligible for this coverage, we will send you a written Notice of Cancellation advising you of the reason(s) that you do not qualify for coverage and the date on which your policy will be cancelled.

_____          _____
                Applicant's Signature                                    Date (MM/DD/YYYY)

**PN0214 (01/07)   Page 1 of 1**
*//*PN0214-200701

**Thank you for allowing us to serve your insurance needs**

## STATE AUTO Claim Handlers:
### Fair, Friendly and Fast

**State Auto is proud of the service we provide our policyholders when they have a claim. We hope you never have a claim but, if you do, we want to make it as painless and worry-free as possible. We're committed to providing service that's fast - as well as fair and friendly. In fact, we pledge to make an honest effort to contact you within two hours of the time we receive the report of your loss.\***

**Please notify your agent as soon as feasible if you have a claim. The sooner your agency knows about your loss, the sooner they can report it to us so we can begin working with you to handle the claim.**

\*   Although we always want to accomplish the two-hour contact time mentioned in our pledge - and we usually do call within that time period - we're sure you understand that may be impossible at certain unusual times such as when we're faced with a large weather-related catastrophe affecting many people in the same area.

**To report a claim:**
   * **Call your agent or**
   * **Call State Auto directly at 1-800-444-9950 or**
   * **Report your claim on StateAuto.com**

**PN 02 39 07 07 Page 1 of 1**
*//*PN 02 39 07 07

# STATE AUTO®
## Insurance Companies

## LEGAL ADVICE LINE
## HELP FROM EMPLOYMENT ATTORNEYS IS A TOLL-FREE CALL AWAY

Making an employment decision that could put you at risk? Wondering how the new employment laws may affect you? Call **1-877-529-4375 (1-877-LAW-4EPL).**

The Legal Advice Line is a complimentary service exclusively **for** policyholders with our Employment Practices Liability (EPL) insurance program. Through this service, an experienced attorney - well-versed in federal and state employment laws - can give you general counsel on a range of employment issues, including:
*   **Whether an employee may have a claim against you**
*   Legal implications **of** decisions or actions you are considering
*   New employment laws and how they **affect** you
*   Other employment **law**-related questions

Prevention Is The Best Medicine.
Specialized employment defense lawyers can help you prevent employment-related claims and charges with advice on questions such as:
*   Hiring - essentials **for** every job applicant
*   Firing - what to do/not do
*   Discrimination - issues **of** age, race, gender or other forms **of** discrimination
*   Family and Medical Leave Act - who FMLA applies to
*   Sexual or other harassment - creating a harassment-free workplace
*   Performance reviews - what to cover

Call 1-877-529-4375 for Employment Legal Advice.
The Legal Advice Line **staff** will take note **of** your inquiry and **refer** it to an experienced employment attorney who will respond within the next business day. All communications are strictly confidential and subject to attorney-client privileges. There is no cost or obligation.

More Help Is Online.
Your EPL insurance program also provides you with complimentary access to StateAuto.EmployerProtection.net, an online employment-related website which features many resources to help you prevent employee charges and lawsuits.

Your Protection Against Conflict And Claims.
Today, you can't afford not to protect yourself from employee accusations and claims. The risks and stakes are too high. And, **for** you, the solution is simple. Use the materials at StateAuto.EmployerProtection.net. Give employees clear rules and procedures. Give your managers tools and training to treat employees fairly and consistently. And give yourself the proof of compliance and good faith **efforts** you'll need **if** an employee makes a claim.

Like most business owners, you're already worried about employee lawsuits.
Go to StateAuto.EmployerProtection.net.
Get help.
Get protection.
And get a better night's sleep.

This service is for general advice and guidelines on employment decisions but will not provide advice as to whether or not a personnel action should be taken regarding a particular person.

0007811    Printed:
04/08/16    01:21:05

**STATE AUTO®**
Insurance Companies

# ATTENTION CONTRACTORS - IT 'S TIME TO SAVE!

Protect yourself from needless costs and liabilities. Follow these important steps when working with subcontractors.

 **S** afety programs are essential for your subcontractors as well as your own employees.

For the safety of all workers on your job sites, it's essential that subcontractors observe the loss control regulations you've established for your business.

Make sure that the contracts you sign require your subcontractors to comply with all state safety requirements, as well as your own safety standards. The documents should also specify that if subcontractors in turn hire subcontractors, the latter must also comply.

Clearly state your own safety regulations within the contract. Be sure to describe the steps you will take if any subcontractor fails to correct an unsafe condition on the job. This way, everyone knows what's expected - - and what will happen if standards are not met.

 **A** greements with your subcontractors on their responsibilities should be entered into before work begins.

Hold-Harmless Agreements are an important form of protection for your business. When written in your favor, these legal documents confirm that your subcontractors will assume liability for Bodily Injury or Property Damage losses arising from their actions - - whether suffered by the public or by another contractor's employees on the job site.

Hold-Harmless Agreements are a vital supplement to Certificates of Insurance. These documents confirm that subcontractors are responsible for their own work - - as well as their own insurance protection. Make sure that both are received before your subcontractors begin their activities. Remember that these documents should certify protection for the full duration of the subcontractor's job.

 **V** erify insurance protection is secured by all subcontractors before work begins.

The subcontractors you hire should carry their own General Liability, Automobile Liability and Workers Compensation insurance. Their failure to do so can cost you in two ways:

' In many states, subcontractors who do not carry their own coverage are treated as your employees for insurance purposes. (Their employees would also be treated as part of your work force.) This may increase the cost of your General Liability and Workers Compensation insurance.

Issue Date  04/07/2016          03:08:27 PM

' As general contractor, you may be held responsible for the work of your subcontractors. If they have no insurance, you may have to pay for Bodily Injury or Property Damage losses arising from their actions. State law may also require you to pay for injuries suffered by uninsured subcontractors or their employees, if these injuries occur on your job site.

Help prevent these problems by requiring that all subcontractors supply Certificates of Insurance for General Liability, Auto Liability and Workers Compensation coverages before they start work. File these documents in a secure place -- and check with subcontractors regularly to make certain coverage has not lapsed or been cancelled. Coverage must remain in force for the entire period your subcontractors will be on the job.

While we cannot suggest what limits will be adequate, the following may be used as a guideline. These are the minimum limits required to save you the cost of providing for your Subcontractors' protection under your coverage.

### Minimum General Liability Coverage

' $300,000 Products/Completed Operations Aggregate
' $300,000 General Aggregate
' $300,000 Any One Occurrence (Coverage A)
' $300,000 Any One Person or Organization (Coverage B)

**NOTE:** Your subcontractors' General Liability coverage must be written on an occurrence basis.

IF THE WORK BEING PERFORMED BY SUBCONTRACTORS IS UNUSUALLY HAZARDOUS, YOU SHOULD REQUIRE HIGHER GENERAL LIABILITY LIMITS. Your agent can help you establish the proper limits for greater-than-average exposures.

### Minimum Automobile Liability Coverage

$300,000 Each Accident

**NOTE:** Your subcontractors' Auto Liability coverage should be written to cover all owned and non-owned autos.

### Minimum Employers Liability Coverage
(Coverage "B" on the Workers Compensation Policy)

$100,000 Each Accident
$100,000 Each Employee for Injury by Disease
$500,000 Aggregate for Injury by Disease

E nter each job with the security of knowing you've protected yourself and your subcontractors.

Your agent will be glad to answer any questions you have about protection for you and your subcontractors. We encourage you to take these steps today to protect yourself and those who work for you.

# STATE AUTO®
## Insurance Companies

# ATTENTION POLICYHOLDER

### Notice of Premium Audit

When we issue a General Liability or Workers Compensation insurance coverage, we base its premiums on estimated values over the upcoming policy period, such as payroll, sales or the cost of work subcontracted to others. Throughout the policy period, the actual values may fluctuate from the amounts used to estimate the policy premium.

To determine the actual values developed over the policy period, we may conduct a premium audit at the end of the term by way of an accounting records review. This review may be by telephone, mail, or a physical examination of the business's accounting records by a State Auto representative.

Final premiums are then adjusted up or down, based on how the actual values compared to the originally estimated values.

**Here are some suggestions that can help make the premium audit process take as little of your time as possible, yet result in the most accurate calculation of your actual premium:**

1.  Before your scheduled appointment with the auditor, have your payroll and sales records ready for review for the policy period being audited.

2.  Payroll should include an itemized list of all employees and all labor used, and their payroll including overtime, commissions and bonuses for each job duty performed.

3.  Sales include the total gross income from the sale and/or installation of goods you sold.

4.  If you hire any subcontractors, be prepared to provide the names and the total cost of labor and materials used or delivered for use in the execution of work done by each contractor.

5.  The auditor will also ask to review the liability certificates of insurance for the subcontractors doing work on your behalf.

We recommend you require certificates of insurance from all of your subcontractors and keep them on file. Not only can this practice help protect you from the financial consequences of losses caused by your subcontractors, it can also help you avoid potentially higher premium charges than if this important risk management control were not in place.

By maintaining proper accounting records and providing information as requested during the premium audit, you help to manage your overall insurance costs.

**Please contact your State Auto agent should you have any questions relating to your policy.**

**STATE AUTO®**
Insurance Companies

**BOP 2870198    00**

## NOTICE TO APPLICANTS IN MARYLAND REGARDING CANCELLATION AND PREMIUM RECALCULATION

The binder or policy you have just agreed to purchase is subject to a 45-day underwriting review period beginning on the effective date of your coverage. If your risk meets our underwriting standards and we discover a material risk factor during the 45-day underwriting period, we shall recalculate the premium for the policy or binder based on the material risk factor. If we decide to recalculate your premium, we will send you a written Notice advising you of the amount of the recalculated premium, the reason(s) for the recalculation and your right to terminate the policy.

If your risk does not meet our underwriting standards, your coverage may be cancelled during the underwriting review period. If we decide to cancel the binder or policy, we will send you a written Notice of Cancellation advising you of the reason(s) for the cancellation and the date on which your policy will be cancelled.

**This notice provides NO coverage, nor does it replace any provision of your policy. You should read your policy and review your Declarations Page for complete information on the coverages you are provided. IF there is a conflict between the policy and this notice, the provisions of the policy will prevail. Please read your policy carefully, and retain this notice with your policy documents.**

**PN 04 22 01 13 Page 1 of 1**
*//*PN0422-201301

Includes copyrighted material of the Insurance Services Office, Inc.,
with its permission

# STATE AUTO®
Insurance Companies

# MARYLAND FRAUD STATEMENT

Any person who knowingly and willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly and willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Please refer to your policy for the actual terms, coverage amounts, exclusions and conditions. If you have any questions in regard to this notice or the terms of your policy please contact your independent State Auto agent.**

**PS 00 31 01 13 Page 1 of 1**
*//*PS0031-201301

Includes copyrighted material of the Insurance Services Office, Inc.,
with its permission

# STATE AUTO®
## Insurance Companies

**BOP 2870198    00**

# IMPORTANT INFORMATION

This notice describes an additional benefit being provided to you as a State Auto policyholder with Data Compromise Plus coverage. Please review this document carefully and contact your agent if you have any questions.

### STATE AUTO INSURANCE IDENTITY RECOVERY HELP LINE

### 1-800-414-9783

This policy provides you access to the State Auto Insurance Identity Recovery Help Line. The identity recovery help line can provide individuals who qualify as an "identity recovery insured" with:

1) Information and advice for how to respond to a possible "identity theft"; and
2) Instructions for how to submit a service request for Case Management Service and/or a claim form for Expense Reimbursement Coverage.

An "identity recovery insured" means:
   a. An individual or sole proprietor when the policyholder is described as an Individual or Sole proprietor.
   b. The current partners when the policyholder is described as a partnership.
   c. All the individuals having 20% or more ownership interest for policyholders described as a corporation or other organization. However, if no one has an ownership position of 20% or more, then the" identity recovery insured" will be the chief executive officer or with respect to a religious institution, the senior ministerial employee.

**No coverage is provided by this notice nor can it be construed to replace any provision of your policy. This notice is only intended to bring more attention to this valuable service which is part of the Data Compromise Plus coverage you have elected to purcase. If there is any conflict between the policy and this summary, the provisions of the policy shall prevail.**

**Please refer to your policy for the actual terms, coverage amounts, conditions and exclusions. If you have any questions, or wish to increase or reduce your limits, please contact your independent State Auto Insurance agent.**

**PS 00 28 01 12 Page 1 of 1**
*//*PS0028-201201

0007817     Printed:
04/08/16    01:21:05

**STATE AUTO®**
Insurance Companies

**BOP 2870198    00**

### Be Prepared for a Data Breach!

### Check Out The eRisk Hub Risk Management Portal!

You've taken a great first step toward protecting your business from a data breach by purchasing a State Auto business insurance policy with our exclusive Data Compromise Plus coverage.

However, if your organization suffers a data breach, would you be prepared? As we all know from the news, even very large companies aren't always ready to respond. Yet, when a breach occurs, time is of the essence.

Now you can develop an effective data breach response plan in advance of a crisis that can help you be prepared, protect your customer relationships, and protect your business reputation.

As part of your Data Compromise Plus coverage, State Auto provides you an online data breach portal that equips you with a risk management tool to help you be prepared should a breach occur. There is no cost to you! This is a complimentary service to you as a State Auto Data Compromise Plus policyholder.

The portal is called **eRisk Hub**, and it's designed to help you better understand your risks and establish a response plan so you can minimize the financial effects of a data breach should one occur.

### Key Features of the eRisk Hub Portal

  * Incident Response Plan Roadmap - suggested steps to take following a data breach
  * Online Training Modules - ready-to-use training on privacy Best Practices and Red Flag Rules
  * Risk Management Tools - assist you in managing our cyber risk, including state notification laws
  * News Center - cyber risk and security news stories, helpful industry links, security blogs
  * Learning Center - Best Practices stories and webinars from leading cyber security experts
  * eRisk Resources - a directory to quickly find external resources on pre- and post-breach disciplines

### Register for eRisk Hub Now

To access the eRisk Hub portal, all you need to do is register and set up your unique User ID and Password.  Just follow these steps:

  * Go to www.stateauto.com and click on Insurance at the top of the page. Next, select Business in the left menu box. Use the link on the right of the page titled **Data Compromise Plus**. From this page, click on the link **eRisk Hub** in the center of the page.
  * Complete the information in the center of the page, including your name and company. Please note that your User ID and Password are case-sensitive.
  * Enter your assigned **access code: 12116-4**.
  * Enter the challenge word on the screen and click "Submit".
  * You will get a "Registration Complete" message on the next screen. You can now login to the portal.

**STATE AUTO®**
Insurance Companies

**BOP 2870198    00**

# BUSINESSOWNERS  POLICY

**State Auto Property and Casualty Insurance Co.**
**1300 Woodland Ave**
**West Des Moines, IA 50265**

**HOME OFFICE 518 EAST BROAD STREET COLUMBUS OHIO 43215-3976**
**TELEPHONE 614-464-5000**

**SI 10 08 04 07    Page 1 of 2**
*//*SI 10 08 04 07

0007819      Printed:
04/08/16    01:21:05

# STATE AUTO®
Insurance Companies

## CONDITIONS APPLICABLE TO STATE AUTOMOBILE MUTUAL INSURANCE COMPANY

### DIVIDENDS
You are entitled to the proportionate part of any policyholder's dividend if declared by our Board of Directors in accordance with its By-Laws.

### NOTICE OF POLICYHOLDERS MEETINGS
While your policy is in force, you are one of our members and are entitled, in person or by proxy, to one vote at all meetings of the members. The annual meeting of the members is held at 9 o'clock A.M., Columbus time, on the first Friday of March of each year at our Home Office at 518 East Broad Street, Columbus, Ohio.

### NON-ASSESSABLE
This policy is non-assessable and the insured shall not be liable for the payment of any assessment nor for the payment of any premium other than that stated in this policy.

IN WITNESS WHEREOF, we have caused this policy to be signed by our Secretary and President at Columbus, Ohio, and countersigned on the Declarations page by an authorized agent of the State Auto Insurance Companies.

Secretary                                        President

# STATE AUTO®
## Insurance Companies

**BOP 2870198    00**

## BUSINESSOWNERS POLICY COMMON DECLARATIONS

| NAMED INSURED AND MAILING ADDRESS:<br>First Named Insured Is Specified To Be:<br><br>**NATIONAL INK AND STITCH LLC**<br>**645 KEITH LANE**<br>**OWINGS, MD 20736** | AGENT NAME AND ADDRESS:<br><br>**SOUTHERN MARYLAND INS INC**<br>**2905 MITCHELLVILLE RD STE 112**<br>**BOWIE, MD 20716** | |
|---|---|---|
| POLICY PERIOD:<br>**From: 03/31/2016   To: 03/31/2017** | AGENT TELEPHONE NUMBER:<br>**(301) 390-0099** | AGT. NO.<br>**0001620** |
| COVERAGE PROVIDED BY:<br>**State Auto Property and Casualty Insurance Co.** | A STATE AUTO INSURED SINCE:        **2016** | |
| AUDITABLE POLICY:<br>**No** | POLICY STATUS:<br>**New Business - Standard** | AFTER-HOURS CLAIMS SERVICE:<br>**800-766-1853  or  www.stateauto.com** |

The coverage and these declarations are effective 12:01 AM Standard Time on **03/31/2016**   at the above mailing address.

| BUSINESS ENTITY TYPE:<br>**Ltd Liability Co** | BILLING ACCOUNT NUMBER:<br>**CL00067251**<br>**Account Bill Insured 11-Pay** | BILLING QUESTIONS?<br>**Call 800-444-9950 x5118** |
|---|---|---|
| BUSINESS DESCRIPTION:    **Embroidery And Silk Screen On** | | |

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

**PREMIUM SUMMARY BY COVERAGE PARTS AND POLICIES**
This policy consists of the following coverage parts or policies for which a premium is indicated. This premium may be subject to adjustment.

| COVERAGE PARTS | PREMIUMS |
|---|---|
| Businessowners Special Property Coverages | $618.00 |
| Commercial General Liability Coverage Part | $1,286.00 |
| Employment Practices Liability Coverage Part | $112.00 |
| Businessowners Platinum Package Policy Coverages | $131.00 |
| Businessowners Printers Platinum Plus Coverages | $174.00 |
| Businessowners Extra Coverage | $10.00 |
| Terrorism (included in total below) | $19.00 |
| POLICY TOTAL AT INCEPTION | $2,331.00 |

These declarations together with the Common Policy Conditions and coverage form(s) and any endorsement(s) identified on these declarations and attached to your policy complete the above numbered policy.

**Countersigned** _____ **By** _____

(Date)                                          (Authorized Representative)

Issue Date   04/07/2016          03:08:27 PM          **BP 60 00 (01/08)   Page 001 of 002**

**STATE AUTO**®
Insurance Companies

**BOP 2870198   00**

# FORMS AND ENDORSEMENTS
## APPLICABLE TO ALL COVERAGE PARTS

| NEW | FORM OR ENDORSEMENT AND EDITION DATE | ENDORSEMENT TITLE (Only the endorsement titles are shown below, please review the form for a complete description of coverage.) |
|---|---|---|
| * | BP 00 09C 01 08 | Common Policy Conditions |
| * | SI 10 08 04 07 | State Auto Mutual Conditions |
| * | SI 11 00 01 04 | Installment Payments |
| * | BP 01 64C 12 10 | Maryland Changes |
| * | BP 05 15 01 15 | Disclosure Pursuant to Terrorism Risk Insurance Act |
| * | PN 00 83 01 15 | Notice of Terrorism Insurance Coverage |

*Indicates a new form has been added or a replacement form has been substituted for one of an earlier edition.  Please retain all forms.

0007822          Printed:
04/08/16    01:21:05

# STATE AUTO®
## Insurance Companies

**BOP 2870198   00**

# BUSINESSOWNERS SPECIAL PROPERTY COVERAGE DECLARATIONS

| DESCRIPTION OF PREMISES | Premises 0001 | Building 001 |
|---|---|---|

### Building Address

645 Keith Lane
Owings, MD 20736

### Construction/Protection Class

Construction: Joisted Masonry
Protection Class 07

| CLASS CODE | OCCUPANCY |
|---|---|
| 58121 | T-Shirt Printing And Sales Shop - Non-Flammable Inks |

### COVERAGE DESCRIPTIONS

| COVERED PROPERTY | LIMIT | THEFT COVERAGE | LOSS PAYMENT BASIS | AUTOMATIC INCREASE % | PREMIUM |
|---|---|---|---|---|---|
| Building | $1,000 | Yes | Replacement Cost | 4 | $2 |
| Business Personal Property | $310,000 | Yes | Replacement Cost | 4 | $616 |

Property losses are subject to a    $1,000    deductible except as otherwise noted.

| PREMISES 0001 BUILDING 001 | | EXTRA COVERAGE PREMIUM |
|---|---|---|
| **COVERAGES** | **LIMIT** | |
| Ord/Law: Demolition Cost | $50,000 | Included |
| Ord/Law: Increased Cost of Constr | $50,000 | Included |
| Equipment Breakdown | Included | Included |
| Utility Services-Direct Damage | $25,000 | Included |
| Water Backup of Sewers and Drains | $15,000 | Included |
| Terrorism-Building | $1,000 | $1 |
| Terrorism-Business Pers. Property | $310,000 | $9 |

See **Policy-Wide Coverages** for additional valuable coverages.



**BOP  2870198    00**

# FORMS AND ENDORSEMENTS
### APPLICABLE TO THE BUSINESSOWNERS SPECIAL PROPERTY COVERAGE

| NEW | FORM OR ENDORSEMENT AND EDITION DATE | ENDORSEMENT TITLE (Only the endorsement titles are shown below, please review the form for a complete description of coverage.) |
|---|---|---|
| * | BP 00 02 12 99 | Businessowners Special Property Coverage Form |
| * | BP 04 34C 01 97 | Computer Coverage |
| * | BP 04 46C 01 96 | Ordinance or Law Coverage |
| * | BP 21 02 07 00 | Appurtenant Structures |
| * | BP 21 03 07 00 | Arson and Theft Reward |
| * | BP 21 06 04 14 | Business Income Changes-Beginning of the Period of Restoration -Adjustment of Waiting Period |
| * | BP 21 18 07 00 | Exhibitions/Fairs/Sales Samples |
| * | BP 21 21 07 00 | Fire Extinguisher Recharge Expense |
| * | BP 21 25 07 00 | Inventory and Appraisals |
| * | BP 21 28 07 00 | Lock and Key Replacement |
| * | BP 21 31 07 00 | Newly Acquired or Constructed Buildings |
| * | BP 21 32 07 00 | Premises Boundary |
| * | BP 21 48 09 10 | Business Personal Property - Automatic Increase |
| * | BP 21 71 11 02 | Limited Coverage for Fungi,Wet Rot,Dry Rot and Bacteria |
| * | BP 21 72 11 02 | Exclusion - Fungi,Wet Rot, Dry Rot and Bacteria |
| * | BP 05 23C 01 15 | Cap On Losses From Certified Acts of Terrorism |
| * | BP 21 05 07 00 | Brands and Labels |
| * | BP 21 11 07 00 | Computer Fraud Coverage |
| * | BP 21 13 07 00 | Credit Card Invoices |
| * | BP 21 12 07 00 | Consequential Damage |
| * | BP 21 34 01 13 | Water Backup of Sewers and Drains |
| * | BP 21 15 07 00 | Equipment Breakdown Endorsement |
| * | BP 21 20 07 00 | Extended Outdoor Property |
| * | BP 21 26 07 00 | Lease Gap Endorsement |
| * | BP 21 69 01 02 | Personal Property of Others - Bailee Form |
| * | BP 04 56C 01 97 | Utility Services - Direct Damage |

*Indicates a new form has been added or a replacement form has been substituted for one of an earlier edition.  Please retain all forms.

**STATE AUTO**®
Insurance Companies

**BOP 2870198    00**

# BUSINESSOWNERS SPECIAL PROPERTY COVERAGE DECLARATIONS

Coverages provided by your Businessowners Policy are described in the coverage forms and endorsements attached to your policy and identified in these declarations. The most we will pay for any one occurrence is the greatest of the applicable limit of insurance shown below. Higher limits shown below supersede limits for the same coverage described in the coverage forms and endorsements.

See coverages per building for additional valuable coverages.

| POLICY-WIDE COVERAGES | LIMIT | PREMIUM |
|---|---|---|
| Accounts Receivable | $25,000 In/$2,500 Out | Included |
| Appurtenant Structures | 10%/$10,000 | Included |
| Arson and Theft Reward | $10,000 | Included |
| Bailee-Pers. Prop of Others | $10,000 | Included |
| Brands and Labels | Included | Included |
| Building Limit Automatic Increase | 4% | Included |
| Business Inc-Wait Period  0 hours | Actual Loss - 12 mos. | Included |
| Business Income-Extended | 30 Days | Included |
| Business Inc-Ord Payroll Ext | 60 Days | Included |
| Bus. Pers. Prop. Seasonal Increase | 25% | Included |
| Computer Coverage | $50,000 | Included |
| Computer Fraud | $5,000 | Included |
| Consequential Damage | $10,000 | Included |
| Credit Card Invoices | $15,000 | Included |
| Debris Removal | 25%/$20,000 | Included |
| Employee Dishonesty* | $25,000 | Included |
| Exhibitions/Fairs/Sales Samples | $15,000 | Included |
| Fire Department Service Charge | $5,000 | Included |
| Fire Extinguisher Recharge | $2,500 | Included |
| Forgery and Alteration | $10,000 | Included |
| Inventory and Appraisals | $1,000 | Included |
| Lease Gap | Included | Included |
| Lock Replacement | $5,000 | Included |
| Money Orders/Counterfeit Currency | $10,000 | Included |
| Money and Securities* | $15,000 In/$5,000 Out | Included |
| Newly Acquired or Constructed Bldgs | $500,000/120 Days | Included |
| Outdoor Property | $10,000/$1,000 | Included |
| Outdoor Signs* | $15,000 | Included |
| Personal Effects | $5,000 | Included |
| Pers. Prop-Newly Acquired Premises | $250,000/120 Days | Included |
| Personal Property-Off Premises | $15,000 | Included |
| Premises Boundary | 1,000 Feet | Included |
| Preservation of Property | 30 Days | Included |
| Valuable Papers | $25,000 In/$2,500 Out | Included |

**Note:** Policy-wide coverages followed by an * and the additional coverage-exterior building glass are subject to a **$500** Optional Coverage/exterior building glass deductible.

0007825        Printed:
04/08/16    01:21:05

# STATE AUTO®
### Insurance Companies

# COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

**COMMERCIAL GENERAL LIABILITY COVERAGE LIMITS OF INSURANCE:**

| | | |
|---|---|---|
| Each Occurrence Limit | $1,000,000 | |
| Damage To Premises Rented To You Limit | $300,000 | Any One Premises |
| Medical Expense Limit | $5,000 | Any One Person |
| Personal And Advertising Injury Limit | $1,000,000 | Any One Person or Organization |
| General Aggregate Limit | $2,000,000 | |
| Products - Completed Operations Aggregate Limit | $2,000,000 | |

**PROFESSIONAL LIABILITY LIMITS**

| | | |
|---|---|---|
| Printers Errors And Omissions Liability | $1,000,000 | Any One Occurrence |
| Product Recall And Correction Of Work Coverage | $25,000 | Any One Occurrence |
| | $50,000 | Aggregate |

**DEDUCTIBLE LIABILITY SCHEDULE  (See  CG 03 00for complete details)**

| Coverage | Deductible Amount | Basis |
|---|---|---|
| Property Damage Liability | $250 | Per Occurrence |

APPLICATION OF DEDUCTIBLE - see endorsement  CG 03 00 for any limitation on the application of this deductible.

0007826    Printed:
04/08/16    01:21:05

# STATE AUTO®
Insurance Companies

# COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

| SCHEDULE OF PREMISES - All Premises You Own, Rent or Occupy | PREMISES 0001 |
|---|---|

| Location Address | Territory |
|---|---|
| 645 Keith Lane<br>Owings, MD 20736 | 003 |

| CLASS CODE | CLASSIFICATION DESCRIPTION |
|---|---|
| 24061 | Product Recall And Correction Of Work Coverage (Printers)  $25,000/$50,000 $1,000 Deductible |

| PREMIUM BASIS | PER | RATE | ADVANCE PREMIUM |
|---|---|---|---|
| 1 Locations | 1 | $250.000 | $250 |

| CLASS CODE | CLASSIFICATION DESCRIPTION |
|---|---|
| 58121 | T-Shirt Printing And Sales Shop - Non-Flammable Inks |

| PREMIUM BASIS | 310,000 Persnl Prop Lmt |
|---|---|

| | Per | Premises/Operations | Products/Completed Operations |
|---|---|---|---|
| RATE | 1000 | $2.236 | |
| ADVANCE PREMIUMS | | $693 | |

0007827      Printed:
04/08/16    01:21:05

# STATE AUTO®
Insurance Companies

# COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

| SCHEDULE OF PREMISES | PREMISES  9999 |
|---|---|

| CLASS CODE | CLASSIFICATION DESCRIPTION |
|---|---|
| 24120 | Non-Owned Auto Liability |

| PREMIUM BASIS | PER | RATE | ADVANCE PREMIUM |
|---|---|---|---|
| Policy | 1 | $103.000 | $103 |

| CLASS CODE | CLASSIFICATION DESCRIPTION |
|---|---|
| 24121 | Hired Auto Liability |

| PREMIUM BASIS | PER | RATE | ADVANCE PREMIUM |
|---|---|---|---|
| Policy | 1 | $69.000 | $69 |

| CLASS CODE | CLASSIFICATION DESCRIPTION |
|---|---|
| 25121 | Data Compromise Plus Coverage  $50,000 |

| PREMIUM BASIS | PER | RATE | ADVANCE PREMIUM |
|---|---|---|---|
| 1 Units | 1 | $162.000 | $162 |

| PREMIUM |
|---|

Total Advance Premium (Subject To Audit):                                  $1,286

# STATE AUTO®
## Insurance Companies

**BOP 2870198    00**

# FORMS AND ENDORSEMENTS
## APPLICABLE TO THE COMMERCIAL GENERAL LIABILITY COVERAGE PART

| NEW | FORM OR ENDORSEMENT AND EDITION DATE | ENDORSEMENT TITLE (Only the endorsement titles are shown below, please review the form for a complete description of coverage.) |
|-----|------|------|
| * | IL 00 21 09 08 | Nuclear Energy Exclusion |
| * | SL 30 38 12 13 | Product Recall and Correction of Work Coverage |
| * | SL 00 62 01 08 | Broad Form Notice of Occurrence |
| * | SL 00 63 01 08 | Liability Extension Endorsement |
| * | SL 00 64 01 08 | Incidental Medical Services Liability |
| * | SL 20 02 01 06 | Asbestos Exclusion |
| * | SL 20 04 01 06 | Exclusion - Lead Liability |
| * | SL 20 51 12 11 | Amendment of Contractual Liability Exclusion |
| * | CG 00 01 12 04 | Commercial General Liability Coverage Form |
| * | CG 00 67 05 09 | Recording and Distribution of Material or Information in Violation of Law |
| * | CG 24 26 07 04 | Amendment of Insured Contract Definition |
| * | CG 21 47 07 98 | Employment Related Practices Exclusion |
| * | CG 21 07 05 14 | Exclusion - Access or Disclosure of Confidential or Personal Information And Data-related Liab Lmtd Bodily Exception Not Incl |
| * | CG 21 70 01 15 | Cap on Losses From Certified Acts of Terrorism |
| * | CG 21 76 01 15 | Exclusion of Punitive Damages Related to a Certified Act of Terrorism |
| * | SL 20 38 01 13 | Additional Insured - Owners, Lessees, or Lessors of Leased Equipment - Automatic |
| * | CG 04 37 12 04 | Electronic Data Liability |
| * | SL 30 01 01 14 | Printers Errors and Omissions Liability |
| * | SL 10 16 01 08 | Medical Expenses-Food Operations |
| * | SL 10 18 01 08 | Broadened Non-Owned Watercraft |
| * | CG 03 00 01 96 | Deductible Liability Insurance |
| * | SL 21 16 01 08 | Professional Liability Exclusion |
| * | BP 04 04C 01 08 | Hired Auto and Non-OwnedLiability |
| * | SL 31 08 06 14 | Data Compromise Plus |

*Indicates a new form has been added or a replacement form has been substituted for one of an earlier edition.   Please retain all forms.

0007829          Printed:
04/08/16  01:21:05

# STATE AUTO®
## Insurance Companies

# COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

Coverages provided by your Businessowners Policy are described in the coverage forms and endorsements attached to your policy and identified in these declarations. The most we will pay for any one occurrence is the greatest of the applicable limit of insurance shown below. Higher limits shown below supersede limits for the same coverage described in the coverage forms and endorsements.

| COVERAGES INCLUDED | LIMITS | PREMIUM |
|---|---|---|
| Additional Ins. Automatic Status | Included | Included |
| Advertising Injury | Included | Included |
| Bodily Injury | Included | Included |
| Broad Form Notice of Loss | Included | Included |
| Broad Form Property Damage | Included | Included |
| Broadened Non Owned Watercraft | Included | Included |
| Business Liability Extension | Included | Included |
| Conditional Indemnitee Defense | Included | Included |
| Contractual Liability | Included | Included |
| Cost of Bonds | $250 per day | Included |
| Cost Incurred From Claim Assistance | Included | Included |
| Cross Liability Coverage | Included | Included |
| Damage to Property of Others | Included | Included |
| Electronic Data Liability | $10,000 | Included |
| Explosion,Collapse,Underground Cov | Included | Included |
| Employees as Insureds | Included | Included |
| Extended Bodily Injury | Included | Included |
| Host Liquor Liability | Included | Included |
| Incidental Medical Services | Included | Included |
| Independent Contractors Protective | Included | Included |
| Legal Defense and Court Costs | Included | Included |
| Limited World Wide Liability | Included | Included |
| Loss of Earnings | $250 per day | Included |
| Medical Expense-Food | Included | Included |
| Newly Acquired Organizations | Included | Included |
| Non-Owned Auto Parking | Included | Included |
| Operation of Mobile Equipment | Included | Included |
| Pre & Post Judgment Interest | Included | Included |
| Real Estate Manager as Insured | Included | Included |
| Reasonable Force | Included | Included |
| Volunteers as Insureds | Included | Included |
| Terrorism-Liability | Included | $9 |

This is a brief representation of coverage provided.   Consult policy coverage forms for complete and detailed coverage descriptions, restrictions and conditions.

# STATE AUTO®
Insurance Companies

**BOP 2870198    00**

## EMPLOYMENT PRACTICE LIABILITY COVERAGE PART DECLARATIONS

---

### NOTICE

**THIS IS A CLAIMS-MADE AND REPORTED POLICY. EXCEPT TO SUCH EXTENT AS MAY OTHERWISE BE PROVIDED HEREIN, THIS EPL COVERAGE IS LIMITED TO LIABILITY FOR ONLY THOSE CLAIMS OR SUITS THAT ARE FIRST MADE AGAINST THE INSUREDS DURING THE EPL COVERAGE PERIOD AND REPORTED IN WRITING TO THE INSURER PURSUANT TO THE TERMS HEREIN. VARIOUS PROVISIONS IN THIS EPL COVERAGE RESTRICT COVERAGE. PLEASE READ THE ENTIRE EPL COVERAGE FORM CAREFULLY TO DETERMINE RIGHTS, DUTIES AND WHAT IS AND IS NOT COVERED.**

**THE LIMIT OF LIABILITY AVAILABLE TO PAY JUDGMENTS OR SETTLEMENTS UNDER THIS EPL COVERAGE SHALL BE REDUCED BY AMOUNTS INCURRED FOR DEFENSE COSTS. AMOUNTS INCURRED FOR DEFENSE COSTS SHALL BE APPLIED AGAINST THE DEDUCTIBLE AMOUNT.**

---

### EMPLOYMENT PRACTICES LIMITS OF INSURANCE

**THIS POLICY PROVIDES CLAIMS-MADE COVERAGE. PLEASE READ THE ENTIRE POLICY CAREFULLY.**

| | | |
|---|---|---|
| Aggregate Limit | $100,000 | Annual aggregate for all "loss" combined, including "defense costs". |
| Third Party Liability Coverage Premium (Optional): | Included | Coverage For "Third Party Violations Coverage" is Automatically Included. |
| Deductible Amount | $2,500 | For "Loss" Arising From Claims or Suits Alleging The Same "Wrongful Employment Act" or "Related Wrongful Employment Acts". |

Employment Practices Coverage Retroactive Date: _____

If no date is shown above, "we" will consider the EPL Retroactive Date to be the date of organization of the "named insured". The EPL Retroactive Date will remain the same through all subsequent renewals. No change will be made to the EPL Retroactive Date unless at the sole request of the insured.

---

0007831      Printed:
04/08/16    01:21:05

# STATE AUTO®
## Insurance Companies

**BOP 2870198    00**

# EMPLOYMENT PRACTICE LIABILITY COVERAGE PART
## DECLARATIONS

| SCHEDULE OF PREMISES - All Premises You Own, Rent or Occupy | PREMISES 0001 |
|---|---|

| Location Address | Territory |
|---|---|
| 645 Keith Lane<br>Owings, MD 20736 | 003 |

| CLASS CODE | CLASSIFICATION DESCRIPTION |
|---|---|
| 24071 | Employment Practices Liability Insurance |

| PREMIUM BASIS | PER | ADVANCE PREMIUM |
|---|---|---|
| 2 Employees | 1 | $112 |

| PREMIUM | |
|---|---|
| Total Advance Premium: | $112 |

This insurance does not apply to "loss" arising out of a "wrongful employment act" that arises out of incidents or circumstances of which "you" had knowledge prior to the effective date of this EPL Coverage or the first EPL Coverage Form issued by "us" of which this EPL Coverage is an uninterrupted renewal.

0007832      Printed:
04/08/16  01:21:05

# STATE AUTO®
Insurance Companies

# FORMS AND ENDORSEMENTS
## APPLICABLE TO THE EMPLOYMENT PRACTICE LIABILITY COVERAGE PART

| NEW | FORM OR ENDORSEMENT AND EDITION DATE | ENDORSEMENT TITLE (Only the endorsement titles are shown below, please review the form for a complete description of coverage.) |
|---|---|---|
| * | EP 24 12 01 14 | Employment Practices Risk Management Information |
| * | EP 00 01 01 14 | Employment Practices Liability Insurance Coverage Part |
| * | EP 40 04 03 14 | Nuclear Energy Liability and War Exclusion Endorsement |
| * | EP 01 19 01 14 | Maryland Changes |

0007833      Printed:
04/08/16    01:21:05

**STATE AUTO**®
Insurance Companies

**BOP 2870198   00**

# BUSINESSOWNERS COMMON POLICY CONDITIONS

The Businessowners Special Property Coverage Form, the Commercial General Liability Coverage Form, and the Liquor Liability Coverage Form (including any endorsements or modifications thereto) are subject to the following conditions. Depending upon the laws of your state, some conditions may be changed by the attachment of a state amendatory endorsement.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   **a.** 5 days before the effective date of cancellation if any one of the following conditions exists at any building that is Covered Property in this policy.

   (1) The building has been vacant or unoccupied 60 or more consecutive days. This does not apply to:
   (a) Seasonal unoccupancy; or
   (b) Buildings in the course of construction, renovation or addition.
   Buildings with 65% or more of the rental units or floor area vacant or unoccupied are considered unoccupied under this provision.

   (2) After damage by a covered cause of loss, permanent repairs to the building:
   (a) Have not started, and
   (b) Have not been contracted for, within 30 days of initial payment of loss.

   (3) The building has:
   (a) An outstanding order to vacate;
   (b) An outstanding demolition order; or
   (c) Been declared unsafe by governmental authority.

   (4) Fixed and salvageable items have been or are being removed from the building and are not being replaced. This does not apply to such removal that is necessary or incidental to any renovation or remodeling.

   (5) Failure to:
   (a) Furnish necessary heat, water, sewer service or electricity for 30 consecutive days or more, except during a period of seasonal unoccupancy; or
   (b) Pay property taxes that are owing and have been outstanding for more than one year following the date due, except that this provision will not apply where you are in a bona fide dispute with the taxing authority regarding payment of such taxes.

   **b.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium.

   **c.** 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Concealment, Misrepresentation or Fraud

This policy is void in any case of fraud by you as it relates to this policy at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This policy;
2. The Covered Property;
3. Your interest in the Covered Property; or
4. A claim under this policy.

## D. Examination of Your Books and Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

*//*BP0009C-200801*

0007834      Printed:
04/08/16   01:21:05

# STATE AUTO®
Insurance Companies

## E.  Inspections and Surveys

1. We have the right to:
   **a.** Make inspections and surveys at any time;
   **b.** Give you reports on the conditions we find; and
   **c.** Recommend changes.
2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:
   **a.** Are safe or healthful; or
   **b.** Comply with laws, regulations, codes or standards.
3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.
4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## F.  Insurance under Two or More Coverages

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

## G.  Liberalization

If we adopt any revision that would broaden the coverage under this policy without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this policy.

## H.  Other Insurance - Property

If there is other insurance covering the same loss or damage, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

## I.  Premiums

1. The first Named Insured shown in the Declarations:
   **a.** Is responsible for the payment of all premiums; and
   **b.** Will be the payee for any return premiums we pay.
2. The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.
3. With our consent, you may continue this policy in force by paying a continuation premium for each successive one-year period. The premium must be:
   **a.** Paid to us prior to the anniversary date; and
   **b.** Determined in accordance with Paragraph **2.** above.
   Our forms then in effect will apply. If you do not pay the continuation premium, this policy will expire on the first anniversary date that we have not received the premium.
4. Undeclared exposures or change in your business operation, acquisition or use of locations may occur during the policy period that are not shown in the Declarations. If so, we may require an additional premium. That premium will be determined in accordance with our rates and rules then in effect.

## J.  Transfer of Rights of Recovery against Others to Us - Property

If any person or organization to or for whom we make payment under this policy has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

**a.** Prior to a loss to your Covered Property.
**b.** After a loss to your Covered Property only if, at time of loss, that party is one of the following:
   **(1)** Someone insured by this insurance;
   **(2)** A business firm:
      **(a)** Owned or controlled by you; or
      **(b)** That owns or controls you; or
   **(3)** Your tenant.

You may also accept the usual bills of lading or shipping receipts limiting the liability of carriers. This will not restrict your insurance.

## K.  Transfer of Your Rights and Duties under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured.

**BP 00 09C 01 08 Page 2 of 3**
*//*BP0009C-200801

0007835    Printed:
04/08/16    01:21:05

# STATE AUTO®
### Insurance Companies

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

## L. Installment Payments

If you have elected to pay the premium on this policy in installments and you fail to pay an installment when due, we will assume you no longer want the insurance. In such event we will issue you a notice of cancellation as set forth under the Common Policy Conditions. Such notice will specify the date and time of cancellation. If we receive an installment payment after the date of cancellation, we may, subject to the laws of your state, reinstate your policy, issue you a new policy with a new policy period or return the late payment to you.

## M. Calculation of Premium Endorsement

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

# STATE AUTO®
### Insurance Companies

**BOP 2870198    00**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# INSTALLMENT PAYMENTS

This endorsement modifies insurance provided under the following:

COMMON POLICY CONDITIONS

The policy is subject to the following condition:

If you have elected to pay the premium on this policy in installments and you fail to pay an installment when due, we will assume you no longer want the insurance. In such event we will issue you a notice of cancellation as set forth under the Common Policy Conditions. Such notice will specify the date and time of cancellation. If we receive an installment payment after the date of cancellation, we may, subject to the laws of your state, reinstate your policy, issue you a new policy with a new policy period or return the late payment to you.

**SI 11 00 01 04 Page 1 of 1**
*//*SI 11 00 01 04

# BUSINESSOWNERS SPECIAL
# PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H.** - Property Definitions.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this policy, means the type of property described in this section, **A.1.,** and limited in **A.2.,** Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

**a.** Buildings, meaning the buildings and structures at the premises described in the Declarations, including:

**(1)** Completed additions;

**(2)** Fixtures, including outdoor fixtures;

**(3)** Permanently installed:

**(a)** Machinery; and

**(b)** Equipment;

**(4)** Your personal property in apartments or rooms furnished by you as landlord;

**(5)** Personal property owned by you that is used to maintain or service the buildings or structures or the premises, including:

**(a)** Fire extinguishing equipment;

**(b)** Outdoor furniture;

**(c)** Floor coverings; and

**(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

**(6)** If not covered by other insurance:

**(a)** Additions under construction, alterations and repairs to the buildings or structures;

**(b)** Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the buildings or structures.

**b.** Business Personal Property located in or on the buildings at the described premises or in the open (or in a vehicle) within 100 feet of the described premises, including:

**(1)** Property you own that is used in your business;

**(2)** Property of others that is in your care, custody or control, except as otherwise provided in Loss Payment Property Loss Condition **E.6.d.(3)(b);**

**(3)** Tenant's improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

**(a)** Made a part of the building or structure you occupy but do not own; and

**(b)** You acquired or made at your expense but cannot legally remove; and

**(4)** Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Paragraph **A.1.b.(2).**

### 2. Property Not Covered

Covered Property does not include:

**a.** Aircraft, automobiles, motortrucks and other vehicles subject to motor vehicle registration;

**b.** "Money" or "securities" except as provided in the:

**(1)** Money and Securities Optional Coverage; or

**(2)** Employee Dishonesty Optional Coverage;

**c.** Contraband, or property in the course of illegal transportation or trade;

**d.** Land (including land on which the property is located), water, growing crops or lawns;

*//*BP0002-199912

Copyright, Insurance Services Office, Inc., 1999

# STATE AUTO®
Insurance Companies

**e.** Outdoor fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs or plants, all except as provided in the:

    **(1)** Outdoor Property Coverage Extension; or

    **(2)** Outdoor Signs Optional Coverage;

**f.** Watercraft (including motors, equipment and accessories) while afloat.

## 3. Covered Causes Of Loss

Risks Of Direct Physical Loss unless the loss is:

**a.** Excluded in Section **B.**, Exclusions; or

**b.** Limited in Paragraph **A.4.**, Limitations;

that follow.

## 4. Limitations

**a.** We will not pay for loss of or damage to:

    **(1)** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

    **(2)** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

    **(3)** Property that is missing, but there is no physical evidence to show what happened to it, such as shortage disclosed on taking inventory. This limitation does not apply to the Optional Coverage for Money and Securities.

    **(4)** Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

**b.** With respect to glass (other than glass building blocks) that is part of the interior of a building or structure, or part of an outdoor sign, we will not pay more than $500 for the total of all loss or damage in any one occurrence. Subject to the $500 limit on all loss or damage, we will not pay more than $100 for each plate, pane, multiple plate insulating unit, radiant or solar heating panel, jalousie, louver or shutter.

This Limitation does not apply to loss or damage by the "specified causes of loss", except vandalism.

**c.** We will not pay for loss of or damage to fragile articles such as glassware, statuary, marbles, chinaware and porcelains, if broken, unless caused by the "specified causes of loss" or building glass breakage. This restriction does not apply to:

    **(1)** Glass that is part of the interior of a building or structure;

    **(2)** Containers of property held for sale; or

    **(3)** Photographic or scientific instrument lenses.

**d.** For loss or damage by theft, the following types of property are covered only up to the limits shown:

    **(1)** $2,500 for furs, fur garments and garments trimmed with fur.

    **(2)** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

    **(3)** $2,500 for patterns, dies, molds and forms.

## 5. Additional Coverages

### a. Debris Removal

    **(1)** We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the earlier of:

Copyright, Insurance Services Office, Inc., 1999

0007839    Printed:
04/08/16   01:21:05

**STATE AUTO®**
Insurance Companies

**(a)** The date of direct physical loss or damage; or

**(b)** The end of the policy period.

**(2)** The most we will pay under this Additional Coverage is 25% of:

**(a)** The amount we pay for the direct physical loss of or damage to Covered Property; plus

**(b)** The deductible in this policy applicable to that loss or damage.

But this limitation does not apply to any additional debris removal limit provided in Paragraph **(4)** below.

**(3)** This Additional Coverage does not apply to costs to:

**(a)** Extract "pollutants" from land or water; or

**(b)** Remove, restore or replace polluted land or water.

**(4)** If:

**(a)** The sum of direct physical loss or damage and debris removal expense exceeds the Limit of Insurance; or

**(b)** The debris removal expense exceeds the amount payable under the 25% Debris Removal Coverage limitation in Paragraph **(2)** above;

we will pay up to an additional $10,000 for each location in any one occurrence under the Debris Removal Additional Coverage.

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss of or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

**d. Collapse**

**(1)** We will pay for direct physical loss or damage to Covered Property, caused by collapse of a building or any part of a building insured under this policy, if the collapse is caused by one or more of the following:

**(a)** The "specified cause of loss" or breakage of building glass, all only as insured against in this policy;

**(b)** Hidden decay;

**(c)** Hidden insect or vermin damage;

**(d)** Weight of people or personal property;

**(e)** Weight of rain that collects on a roof;

**(f)** Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation. However, if the collapse occurs after construction, remodeling or renovation is complete and is caused in part by a cause of loss listed in **d.(1)(a)** through **d.(1)(e)**, we will pay for the loss or damage even if use of defective material or methods in construction, remodeling or renovation, contributes to the collapse.

**(2)** If the direct physical loss or damage does not involve collapse of a building or any part of a building, we will pay for loss or damage to Covered Property caused by the collapse of personal property only if:

**(a)** The personal property which collapses is inside a building insured under this policy; and

**(b)** The collapse was caused by a cause of loss listed in **d.(1)(a)** through **d.(1)(f)** above.

**(3)** With respect to the following property:

**(a)** Awnings;

**(b)** Gutters and downspouts;

**(c)** Yard fixtures;

**(d)** Outdoor swimming pools;

**(e)** Piers, wharves and docks;

**(f)** Beach or diving platforms or appurtenances;

*//*BP0002-199912

Copyright, Insurance Services Office, Inc., 1999

Issue Date  04/07/2016        03:08:27 PM

0007840   Printed:
04/08/16  01:21:05

**(g)** Retaining walls; and

**(h)** Walks, roadways and other paved surfaces;

if the collapse is caused by a cause of loss listed in **d.(1)(b)** through **d.(1)(f)**, we will pay for loss or damage to that property only if such loss or damage is a direct result of the collapse of a building insured under this policy and the property is Covered Property under this policy.

**(4)** Collapse does not include settling, cracking, shrinkage, bulging or expansion.

**e. Water Damage, Other Liquids, Powder Or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes.

We will not pay the cost to repair any defect that caused the loss or damage; but we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

**(1)** Results in discharge of any substance from an automatic fire protection system; or

**(2)** Is directly caused by freezing.

**f. Business Income**

**(1) Business Income**

We will pay for the actual loss of Business Income you sustain due to the necessary suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss of or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of the site at which the described premises are located.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

**(a)** The portion of the building which you rent, lease or occupy; and

**(b)** Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

We will only pay for loss of Business Income that you sustain during the "period of restoration" and that occurs within 12 consecutive months after the date of direct physical loss or damage. We will only pay for ordinary payroll expenses for 60 days following the date of direct physical loss or damage.

Business Income means the:

**(i)** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses; and

**(ii)** Continuing normal operating expenses incurred, including payroll.

Ordinary payroll expenses mean payroll expenses for all your employees except:

**(a)** Officers;

**(b)** Executives;

**(c)** Department Managers;

**(d)** Employees under contract; and

**(e)** Additional Exemptions shown in the Declarations as:

**(i)** Job Classifications; or

**(ii)** Employees.

**BP0002 (12/99)   Page 4 of 23**

*//*BP0002-199912

Copyright, Insurance Services Office, Inc., 1999

Ordinary payroll expenses include:

**(a)** Payroll;

**(b)** Employee benefits, if directly related to payroll;

**(c)** FICA payments you pay;

**(d)** Union dues you pay; and

**(e)** Workers' compensation premiums.

**(2) Extended Business Income**

If the necessary suspension of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

**(a)** Begins on the date property except finished stock is actually repaired, rebuilt or replaced and "operations" are resumed; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore your "operations", with reasonable speed, to the level which would generate the Business Income amount that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 30 consecutive days after the date determined in **(2)(a)** above.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

This Additional Coverage is not subject to the Limits of Insurance.

**g. Extra Expense**

**(1)** We will pay necessary Extra Expense you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of the site at which the described premises are located.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

**(a)** The portion of the building which you rent, lease or occupy; and

**(b)** Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

**(2)** Extra Expense means expense incurred:

**(a)** To avoid or minimize the suspension of business and to continue "operations":

**(i)** At the described premises; or

**(ii)** At replacement premises or at temporary locations, including relocation expenses, and costs to equip and operate the replacement or temporary locations.

**(b)** To minimize the suspension of business if you cannot continue "operations".

**(c)** To:

**(i)** Repair or replace any property; or

**(ii)** Research, replace or restore the lost information on damaged "valuable papers and records":

**BP0002 (12/99)   Page 5 of 23**

*//*BP0002-199912

Copyright, Insurance Services Office, Inc., 1999

# STATE AUTO®
## Insurance Companies

to the extent it reduces the amount of loss that otherwise would have been payable under this Additional Coverage or Additional Coverage **f.** Business Income.

We will only pay for Extra Expense that occurs within 12 consecutive months after the date of direct physical loss or damage. This Additional Coverage is not subject to the Limits of Insurance.

### h. Pollutant Clean Up And Removal

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the earlier of:

**(1)** The date of direct physical loss or damage; or

**(2)** The end of the policy period.

The most we will pay for each location under this Additional Coverage is $10,000 for the sum of all such expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

### i. Civil Authority

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises due to direct physical loss of or damage to property, other than at the described premises, caused by or resulting from any Covered Cause of Loss.

The coverage for Business Income will begin 72 hours after the time of that action and will apply for a period of up to three consecutive weeks after coverage begins.

The coverage for necessary Extra Expense will begin immediately after the time of that action and ends:

**(1)** 3 consecutive weeks after the time of that action; or

**(2)** When your Business Income coverage ends;

whichever is later.

The definitions of Business Income and Extra Expense contained in the Business Income and Extra Expense Additional Coverages also apply to this Civil Authority Additional Coverage. The Civil Authority Additional Coverage is not subject to the Limits of Insurance.

### j. Money Orders And Counterfeit Paper Currency

We will pay for loss due to the good faith acceptance of:

**(1)** Any U.S. or Canadian post office, express company, or national or state (or Canadian) chartered bank money order that is not paid upon presentation to the issuer; or

**(2)** Counterfeit United States or Canadian paper currency;

in exchange for merchandise, "money" or services or as part of a normal business transaction.

The most we will pay for any loss under this Additional Coverage is $1,000.

### k. Forgery And Alteration

**(1)** We will pay for loss resulting directly from forgery or alteration of, any check, draft, promissory note, bill of exchange or similar written promise of payment in "money", that you or your agent has issued, or that was issued by someone who impersonates you or your agent.

**(2)** If you are sued for refusing to pay the check, draft, promissory note, bill of exchange or similar written promise of payment in "money", on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur in that defense.

**(3)** The most we will pay for any loss, including legal expenses, under this Additional Coverage is $2,500.

### l. Increased Cost Of Construction

**(1)** This Additional Coverage applies only to buildings insured on a replacement cost basis.

*/*BP0002-199912

Copyright, Insurance Services Office, Inc., 1999

0007843    Printed:
04/08/16   01:21:05

**(2)** In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **I.(3)** through **I.(9)** of this Additional Coverage.

**(3)** The ordinance or law referred to in **I.(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

**(4)** Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

  **(a)** You were required to comply with before the loss, even when the building was undamaged; and

  **(b)** You failed to comply with.

**(5)** Under this Additional Coverage, we will not pay any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

**(6)** The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $5,000.

The amount payable under this Additional Coverage is additional insurance.

**(7)** With respect to this Additional Coverage:

  **(a)** We will not pay for the Increased Cost of Construction:

    **(i)** Until the property is actually repaired or replaced, at the same or another premises; and

    **(ii)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

  **(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction is the increased cost of construction at the same premises.

  **(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment Property Loss Condition in this Coverage Form do not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Additional Coverage, as stated in **I.(6)** of this Additional Coverage, is not subject to such limitation.

**m. Exterior Building Glass**

**(1)** We will pay for direct physical loss of or damage to glass, including lettering or ornamentation, that is part of the exterior of a covered building or structure at the described premises. The glass must be owned by you, or owned by others but in your care, custody or control. We will also pay for necessary:

  **(a)** Expenses incurred to put up temporary plates or board up openings;

  **(b)** Repair or replacement of encasing frames; and

  **(c)** Expenses incurred to remove or replace obstructions.

**(2)** Paragraph **A.3., Covered Causes Of Loss** and Section **B., Exclusions** do not apply to this Additional Coverage, except for:

  **(a)** Paragraph **B.1.b.,** Earth Movement;

  **(b)** Paragraph **B.1.c.,** Governmental Action;

  **(c)** Paragraph **B.1.d.,** Nuclear Hazard;

*//*BP0002-199912

Copyright, Insurance Services Office, Inc., 1999

0007844    Printed:
04/08/16  01:21:05

**(d)** Paragraph **B.1.f.,** War And Military Action; and

**(e)** Paragraph **B.1.g.,** Water.

**(3)** We will not pay for loss or damage caused by or resulting from:

**(a)** Wear and tear;

**(b)** Hidden or latent defect;

**(c)** Corrosion; or

**(d)** Rust.

**(4)** The most we pay under this Additional Coverage is the Building Limit of Insurance shown in the Declarations.

However, if you are a tenant and no Limit of Insurance is shown in the Declarations for Building property, the most we will pay under this Additional Coverage is the Tenant's Exterior Building Glass Limit of Insurance shown in the Declarations.

**6. Coverage Extensions**

In addition to the Limits of Insurance, you may extend the insurance provided by this policy as provided below.

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, unless a higher Limit of Insurance is shown in the Declarations.

**a. Personal Property At Newly Acquired Premises**

**(1)** You may extend the insurance that applies to Business Personal Property to apply to that property at any premises you acquire.

The most we will pay for loss or damage under this Extension is $100,000 at each premises.

**(2)** Insurance under this Extension for each newly acquired premises will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire or begin construction at the new premises; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the premises.

**b. Personal Property Off Premises**

You may extend the insurance that applies to Business Personal Property to apply to covered Business Personal Property, other than "money" and "securities", "valuable papers and records" or accounts receivable, while it is in the course of transit or temporarily at a premises you do not own, lease or operate. The most we will pay for loss or damage under this Extension is $5,000.

**c. Outdoor Property**

You may extend the insurance provided by this policy to apply to your outdoor fences, radio and television antennas (including satellite dishes), signs (other than signs attached to buildings), trees, shrubs and plants, including debris removal expense, caused by or resulting from any of the following causes of loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft.

The most we will pay for loss or damage under this Extension is $2,500, but not more than $500 for any one tree, shrub or plant.

**d. Personal Effects**

You may extend the insurance that applies to Business Personal Property to apply to personal effects owned by you, your officers, your partners or your employees. This extension does not apply to:

**(1)** Tools or equipment used in your business; or

**(2)** Loss or damage by theft.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises.

**e. "Valuable Papers And Records"**

**(1)** You may extend the insurance that applies to Business Personal Property to apply to direct physical loss or damage to "valuable papers and records" that you own, or that are in your care, custody or control caused by or resulting from a Covered Cause of Loss. This Coverage Extension includes the cost to research lost information on "valuable papers and records" for which duplicates do not exist.

Copyright, Insurance Services Office, Inc., 1999

0007845    Printed:
04/08/16   01:21:05

# STATE AUTO®
### Insurance Companies

**(2)** This Coverage Extension does not apply to:

**(a)** Property held as samples or for delivery after sale;

**(b)** Property in storage away from the premises shown in the Declarations.

**(3)** The most we will pay under this Coverage Extension for loss or damage to "valuable papers and records" in any one occurrence at the described premises is $5,000, unless a higher Limit of Insurance for "valuable papers and records" is shown in the Declarations.

For "valuable papers and records" not at the described premises, the most we will pay is $2,500.

**(4)** Section **B. Exclusions** of this Coverage Form does not apply to this Coverage Extension except for:

**(a)** Paragraph **B.1.c.,** Governmental Action;

**(b)** Paragraph **B.1.d.**, Nuclear Hazard;

**(c)** Paragraph **B.1.f**, War And Military Action;

**(d)** Paragraph **B.2.f.,** Dishonesty;

**(e)** Paragraph **B.2.g.,** False Pretense;

**(f)** Paragraph **B.3.;** and

**(g)** The Accounts Receivable and "Valuable Papers And Records" Exclusions.

## f. Accounts Receivable

**(1)** You may extend the insurance that applies to Business Personal Property to apply to accounts receivable. We will pay:

**(a)** All amounts due from your customers that you are unable to collect;

**(b)** Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

**(c)** Collection expenses in excess of your normal collection expenses that are made necessary by loss or damage; and

**(d)** Other reasonable expenses that you incur to re-establish your records of accounts receivable;

that result from direct physical loss or damage by any Covered Cause of Loss to your records of accounts receivable.

**(2)** The most we will pay under this Coverage Extension for loss or damage in any one occurrence at the described premises is $5,000, unless a higher Limit of Insurance for accounts receivable is shown in the Declarations.

For accounts receivable not at the described premises, the most we will pay is $2,500.

**(3)** Section **B. Exclusions** of this Coverage Form does not apply to this Coverage Extension except for:

**(a)** Paragraph **B.1.c.**, Governmental Action;

**(b)** Paragraph **B.1.d.**, Nuclear Hazard;

**(c)** Paragraph **B.1.f.**, War And Military Action;

**(d)** Paragraph **B.2.f**., Dishonesty;

**(e)** Paragraph **B.2.g.**, False Pretense;

**(f)** Paragraph **B.3.;** and

**(g)** The Accounts Receivable and "Valuable Papers And Records" Exclusions.

## B. Exclusions

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

### a. Ordinance Or Law

The enforcement of any ordinance or law:

**(1)** Regulating the construction, use or repair of any property; or

**(2)** Requiring the tearing down of any property, including the cost of removing its debris.

This exclusion, Ordinance Or Law, applies whether the loss results from:

**(1)** An ordinance or law that is enforced even if the property has not been damaged; or

**(2)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property or removal of its debris, following a physical loss to that property.

---

**BP0002 (12/99)  Page 9 of 23**

Copyright, Insurance Services Office, Inc., 1999

0007846    Printed:
04/08/16   01:21:05

**STATE AUTO®**
Insurance Companies

**b. Earth Movement**

(1) Any earth movement (other than sinkhole collapse), such as an earthquake, landslide, mine subsidence or earth sinking, rising or shifting. But if earth movement results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

(2) Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or volcanic action, we will pay for the loss or damage caused by that fire, building glass breakage or volcanic action.

Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

(a) Airborne volcanic blast or airborne shock waves;

(b) Ash, dust, or particulate matter; or

(c) Lava flow.

All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss of or damage to Covered Property.

**c. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this policy.

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e. Power Failure**

The failure of power or other utility service supplied to the described premises, however caused, if the failure occurs away from the described premises.

But if failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**f. War And Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

(1) Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

(2) Mudslide or mudflow;

(3) Water that backs up or overflows from a sewer, drain or sump; or

(4) Water under the ground surface pressing on, or flowing or seeping through:

(a) Foundations, walls, floors or paved surfaces;

(b) Basements, whether paved or not; or

(c) Doors, windows or other openings.

But if Water, as described in **B.1.g.(1)** through **B.1.g.(4),** results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

*//*BP0002-199912

Copyright, Insurance Services Office, Inc., 1999

0007847    Printed:
04/08/16    01:21:05

# STATE AUTO®
Insurance Companies

### a. Electrical Apparatus

Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires.

But if artificially generated electrical current results in fire, we will pay for the loss or damage caused by fire.

### b. Consequential Losses

Delay, loss of use or loss of market.

### c. Smoke, Vapor, Gas

Smoke, vapor or gas from agricultural smudging or industrial operations.

### d. Steam Apparatus

Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

### e. Frozen Plumbing

Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

**(1)** You do your best to maintain heat in the building or structure; or

**(2)** You drain the equipment and shut off the supply if the heat is not maintained.

### f. Dishonesty

Dishonest or criminal acts by you, anyone else with an interest in the property, or any of your or their partners, employees, directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

**(1)** Acting alone or in collusion with others;

**(2)** Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees; but theft by employees is not covered.

With respect to accounts receivable and "valuable papers and records", this exclusion does not apply to carriers for hire.

### g. False Pretense

Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

### h. Exposed Property

Rain, snow, ice or sleet to personal property in the open.

### i. Collapse

Collapse, except as provided in the Additional Coverage for Collapse. But if collapse results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

### j. Pollution

We will not pay for loss or damage caused by or resulting from the discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

### k. Other Types Of Loss

**(1)** Wear and tear;

**(2)** Rust, corrosion, fungus, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals;

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force; or

**(7)** The following causes of loss to personal property:

  **(a)** Dampness or dryness of atmosphere;

*//*BP0002-199912

Copyright, Insurance Services Office, Inc., 1999

0007848   Printed:
04/08/16   01:21:05

**STATE AUTO**®
Insurance Companies

**BOP 2870198    00**

**(b)** Changes in or extremes of temperature; or

**(c)** Marring or scratching.

But if an excluded cause of loss that is listed in **B.2.k.(1)** through **B.2.k.(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**3.** We will not pay for loss or damage caused by or resulting from any of the following **B.3.a.** through **B.3.c.** But if an excluded cause of loss that is listed in **B.3.a.** through **B.3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a. Weather Conditions**

Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph 1. above to produce the loss or damage.

**b. Acts Or Decisions**

Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c. Negligent Work**

Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance;

of part or all of any property on or off the described premises.

**4. Business Income And Extra Expense Exclusions**

We will not pay for:

**a.** Any Extra Expense, or increase of Business Income loss, caused by or resulting from:

**(1)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

**(2)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of "operations", we will cover such loss that affects your Business Income during the "period of restoration".

**b.** Any other consequential loss.

**5. Accounts Receivable And "Valuable Papers And Records" Exclusions**

The following additional exclusions apply to the Accounts Receivable and "Valuable Papers And Records" Coverage Extensions:

**a.** We will not pay for loss or damage caused by or resulting from electrical or magnetic injury, disturbance or erasure of electronic recordings that is caused by or results from:

**(1)** Programming errors or faulty machine instructions;

**(2)** Faulty installation or maintenance of data processing equipment or component parts;

But we will pay for direct loss or damage caused by lightning.

**b.** Applicable to "Valuable Papers and Records" only:

We will not pay for loss or damage caused by or resulting from any of the following:

**(1)** Errors or omissions in processing or copying. But if errors or omissions in processing or copying results in fire or explosion, we will pay for the direct loss or damage caused by the fire or explosion.

**(2)** Wear and tear, gradual deterioration or latent defect.

**c.** Applicable to Accounts Receivable only:

We will not pay for:

**(1)** Loss or damage caused by or resulting from alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of "money", "securities" or other property.

This exclusion applies only to the extent of the wrongful giving, taking or withholding.

**(2)** Loss or damage caused by or resulting from bookkeeping, accounting or billing errors or omissions.

**BP0002 (12/99)   Page 12 of 23**

Copyright, Insurance Services Office, Inc., 1999

Issue Date  04/07/2016       03:08:27 PM

0007849    Printed:
04/08/16   01:21:05

**(3)** Any loss or damage that requires any audit of records or any inventory computation to prove its factual existence.

## C. Limits Of Insurance

1. The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

2. The most we will pay for loss of or damage to outdoor signs attached to buildings is $1,000 per sign in any one occurrence.

3. The limits applicable to the Coverage Extensions and the Fire Department Service Charge and Pollutant Clean Up and Removal Additional Coverages are in addition to the Limits of Insurance.

4. **Building Limit - Automatic Increase**

   **a.** The Limit of Insurance for Buildings will automatically increase by the annual percentage shown in the Declarations.

   **b.** The amount of increase will be:

   **(1)** The Building limit that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Building limit, times

   **(2)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

   **(3)** The number of days since the beginning of the current policy year of the effective date of the most recent policy change amending the Building limit, divided by 365.

   Example:

   If: The applicable Building limit is $100,000. The annual percentage increase is 8%. The number of days since the beginning of the policy year (or last policy change) is 146.

   The amount of increase is $100,000 x .08 x 146 Divided by 365 = $3,200.

5. **Business Personal Property Limit - Seasonal Increase**

   **a.** The Limit of Insurance for Business Personal Property will automatically increase by 25% to provide for seasonal variations.

   **b.** This increase will apply only if the Limit of Insurance shown for Business Personal Property in the Declarations is at least 100% of your average monthly values during the lesser of:

   **(1)** The 12 months immediately preceding the date the loss or damage occurs; or

   **(2)** The period of time you have been in business as of the date the loss or damage occurs.

## D. Deductibles

1. We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance.

2. Regardless of the amount of the Deductible, the most we will deduct from any loss or damage under all of the following Optional Coverages and the Additional Coverage - Exterior Building Glass in any one occurrence is the Optional Coverage/Exterior Building Glass Deductible shown in the Declarations:

   **a.** Money and Securities;

   **b.** Employee Dishonesty;

   **c.** Interior Glass; and

   **d.** Outdoor Signs.

   But this Optional Coverage/Exterior Building Glass Deductible will not increase the Deductible shown in the Declarations. This Deductible will be used to satisfy the requirements of the Deductible in the Declarations.

3. No deductible applies to the following Additional Coverages:

   **a.** Fire Department Service Charge;

   **b.** Business Income;

   **c.** Extra Expense; and

   **d.** Civil Authority.

## E. Property Loss Conditions

1. **Abandonment**

   There can be no abandonment of any property to us.

Copyright, Insurance Services Office, Inc., 1999

## 2. Appraisal

If we and you disagree on the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

## 3. Duties In The Event Of Loss Or Damage

**a.** You must see that the following are done in the event of loss or damage to Covered Property:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** Cooperate with us in the investigation or settlement of the claim.

**(9)** Resume all or part of your "operations" as quickly as possible.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

## 4. Legal Action Against Us

No one may bring a legal action against us under this insurance unless:

**a.** There has been full compliance with all of the terms of this insurance; and

**b.** The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

## 5. Limitation - Electronic Media And Records

We will not pay for any loss of Business Income caused by direct physical loss of or damage to Electronic Media and Records after the longer of:

**a.** 60 consecutive days from the date of direct physical loss or damage; or

**b.** The period, beginning with the date of direct physical loss or damage, necessary to repair, rebuild or replace with reasonable speed and similar quality, other property at the described premises due to loss or damage caused by the same occurrence.

Electronic Media and Records are:

**(1)** Electronic data processing, recording or storage media such as films, tapes, discs, drums or cells;

**(2)** Data stored on such media; or

**(3)** Programming records used for electronic data processing or electronically controlled equipment.

*//*BP0002-199912

Copyright, Insurance Services Office, Inc., 1999

**STATE AUTO**®
Insurance Companies

**BOP 2870198    00**

Example No. **1:**

A Covered Cause of Loss damages a computer on June 1. It takes until September 1 to replace the computer, and until October 1 to restore the data that was lost when the damage occurred. We will only pay for the Business Income loss sustained during the period June 1 - September 1. Loss during the period September 2 - October 1 is not covered.

Example No. **2:**

A Covered Cause of Loss results in the loss of data processing programming records on August 1. The records are replaced on October 15. We will only pay for the Business Income loss sustained during the period August 1 - September 29 (60 consecutive days). Loss during the period September 30 - October 15 is not covered.

**6. Loss Payment**

In the event of loss or damage covered by this policy:

**a.** At our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **d.(1)(e)** below.

**b.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**c.** We will not pay you more than your financial interest in the Covered Property.

**d.** Except as provided in **(2)** through **(8)** below, we will determine the value of Covered Property as follows:

**(1)** At replacement cost without deduction for depreciation, subject to the following:

**(a)** If, at the time of loss, the Limit of Insurance on the lost or damaged property is 80% or more of the full replacement cost of the property immediately before the loss, we will pay the cost to repair or replace, after application of the deductible and without deduction for depreciation, but not more than the least of the following amounts:

**(i)** The Limit of Insurance under this policy that applies to the lost or damaged property;

**(ii)** The cost to replace, on the same premises, the lost or damaged property with other property:

**a.** Of comparable material and quality; and

**b.** Used for the same purpose; or

**(iii)** The amount that you actually spend that is necessary to repair or replace the lost or damaged property.

**(b)** If, at the time of loss, the Limit of Insurance applicable to the lost or damaged property is less than 80% of the full replacement cost of the property immediately before the loss, we will pay the greater of the following amounts, but not more than the Limit of Insurance that applies to the property:

**(i)** The actual cash value of the lost or damaged property; or

**(ii)** A proportion of the cost to repair or replace the lost or damaged property, after application of the deductible and without deduction for depreciation. This proportion will equal the ratio of the applicable Limit of Insurance to 80% of the cost of repair or replacement.

**(c)** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim on a replacement cost basis if you notify us of your intent to do so within 180 days after the loss or damage.

**(d)** We will not pay on a replacement cost basis for any loss or damage:

**(i)** Until the lost or damaged property is actually repaired or replaced; and

**(ii)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

*//*BP0002-199912

Copyright, Insurance Services Office, Inc., 1999

Issue Date  04/07/2016        03:08:27 PM

0007852    Printed:
04/08/16    01:21:05

**STATE AUTO**®
Insurance Companies

**BOP 2870198    00**

**(e)** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**(2)** If the "Actual Cash Value - Buildings" option applies, as shown in the Declarations, Paragraph **(1)** above does not apply to Buildings. Instead, we will determine the value of Buildings at actual cash value.

**(3)** The following property at actual cash value:

**(a)** Used or second-hand merchandise held in storage or for sale;

**(b)** Property of others, but this property is not covered for more than the amount for which you are liable, plus the cost of labor, materials or services furnished or arranged by you on personal property of others;

**(c)** Household contents, except personal property in apartments or rooms furnished by you as landlord;

**(d)** Manuscripts;

**(e)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac.

**(4)** Glass at the cost of replacement with safety glazing material if required by law.

**(5)** Tenants' Improvements and Betterments at:

**(a)** Replacement cost if you make repairs promptly.

**(b)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

**(i)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

**(ii)** Divide the amount determined in (i) above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(c)** Nothing if others pay for repairs or replacement.

**(6)** "Valuable papers and records", including those which exist on electronic or magnetic media (other than prepackaged software programs), at the cost of:

**(a)** Blank materials for reproducing the records; and

**(b)** Labor to transcribe or copy the records.

This condition does not apply to "valuable papers and records" that are actually replaced or restored.

**(7)** Applicable only to the Optional Coverages:

**(a)** "Money" at its face value; and

**(b)** "Securities" at their value at the close of business on the day the loss is discovered.

**(8)** Applicable only to Accounts Receivable:

**(a)** If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss or damage:

**(i)** We will determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss or damage occurs; and

**(ii)** We will adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

**(b)** The following will be deducted from the total amount of accounts receivable, however that amount is established:

**(i)** The amount of the accounts for which there is no loss or damage;

*//*BP0002-199912

Copyright, Insurance Services Office, Inc., 1999

Issue Date  04/07/2016        03:08:27 PM

0007853    Printed:
04/08/16   01:21:05

**(ii)** The amount of the accounts that you are able to re-establish or collect;

**(iii)** An amount to allow for probable bad debts that you are normally unable to collect; and

**(iv)** All unearned interest and service charges.

**e.** Our payment for loss of or damage to personal property of others will only be for the account of the owners of the property. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, provided you have complied with all of the terms of this policy, and

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

**7. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, you may retain the property. But then you must return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**8. Resumption Of Operations**

We will reduce the amount of your:

**a.** Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

**b.** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

**9. Vacancy**

**a. Description Of Terms**

**(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

**(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

**(b)** When this policy is issued to the owner of a building, building means the entire building. Such building is vacant when 70% or more of its total square footage:

**(i)** Is not rented; or

**(ii)** Is not used to conduct customary operations.

**(2)** Buildings under construction or renovation are not considered vacant.

**b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

**(1)** We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

**(a)** Vandalism;

**(b)** Sprinkler leakage, unless you have protected the system against freezing;

**(c)** Building glass breakage;

**(d)** Water damage;

**(e)** Theft; or

**(f)** Attempted theft.

**(2)** With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

*//*BP0002-199912

Copyright, Insurance Services Office, Inc., 1999

Issue Date  04/07/2016       03:08:27 PM       0007854    Printed:
                                               04/08/16   01:21:05

## F. Property General Conditions

### 1. Control Of Property

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Form at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

### 2. Mortgageholders

**a.** The term "mortgageholder" includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this policy, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(1)** Pays any premium due under this policy at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this policy will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this policy:

**(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

### 3. No Benefit To Bailee

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

### 4. Policy Period, Coverage Territory

Under this form:

**a.** We cover loss or damage commencing:

**(1)** During the policy period shown in the Declarations; and

**(2)** Within the coverage territory or, with respect to property in transit, while it is between points in the coverage territory.

**b.** The coverage territory is:

**(1)** The United States of America (including its territories and possessions);

**(2)** Puerto Rico; and

**(3)** Canada.

## G. Optional Coverages

If shown as applicable in the Declarations, the following Optional Coverages also apply. These coverages are subject to the terms and conditions applicable to property coverage in this policy, except as provided below.

### 1. Outdoor Signs

**a.** We will pay for direct physical loss of or damage to all outdoor signs at the described premises:

**(1)** Owned by you; or

**(2)** Owned by others but in your care, custody or control.

**BP0002 (12/99)   Page 18 of 23**

Copyright, Insurance Services Office, Inc., 1999

# STATE AUTO®
Insurance Companies

**b.** Paragraph **A.3., Covered Causes Of Loss,** and Section **B., Exclusions,** do not apply to this Optional Coverage, except for:

  **(1)** Paragraph **B.1.c.,** Governmental Action;

  **(2)** Paragraph **B.1.d.,** Nuclear Hazard; and

  **(3)** Paragraph **B.1.f.,** War And Military Action.

**c.** We will not pay for loss or damage caused by or resulting from:

  **(1)** Wear and tear;

  **(2)** Hidden or latent defect;

  **(3)** Rust;

  **(4)** Corrosion; or

  **(5)** Mechanical breakdown.

**d.** The most we will pay for loss or damage in any one occurrence is the Limit of Insurance for Outdoor Signs shown in the Declarations.

**e.** The provisions of this Optional Coverage supersede all other references to outdoor signs in this policy.

## 2. Interior Glass

**a.** We will pay for direct physical loss of or damage to items of glass that are permanently affixed to the interior walls, floors or ceilings of a covered building or structure at the described premises, provided each item is:

  **(1)** Described in the Declarations as covered under this Optional Coverage; and

  **(2)** Located in the basement or ground floor level of the building or structure, unless the Declarations show that this Optional Coverage is applicable to interior glass at all floors; and

  **(3)** Owned by you, or owned by others but in your care, custody or control.

**b.** We will also pay for necessary:

  **(1)** Expenses incurred to put up temporary plates or board up openings;

  **(2)** Repair or replacement of encasing frames; and

  **(3)** Expenses incurred to remove or replace obstructions.

**c.** Paragraph **A.3., Covered Causes Of Loss,** and Section **B., Exclusions,** do not apply to this Optional Coverage, except for:

  **(1)** Paragraph **B.1.c.,** Governmental Action;

  **(2)** Paragraph **B.1.d.,** Nuclear Hazard; and

  **(3)** Paragraph **B.1.f.,** War And Military Action.

**d.** We will not pay for loss or damage caused by or resulting from:

  **(1)** Wear and tear;

  **(2)** Hidden or latent defect;

  **(3)** Corrosion; or

  **(4)** Rust.

**e.** This Optional Coverage supersedes all limitations in this policy that apply to interior glass.

## 3. Money And Securities

**a.** We will pay for loss of "money" and "securities" used in your business while at a bank or savings institution, within your living quarters or the living quarters of your partners or any employee having use and custody of the property, at the described premises, or in transit between any of these places, resulting directly from:

  **(1)** Theft, meaning any act of stealing;

  **(2)** Disappearance; or

  **(3)** Destruction.

**b.** In addition to the Limitations and Exclusions applicable to property coverage, we will not pay for loss:

  **(1)** Resulting from accounting or arithmetical errors or omissions;

  **(2)** Due to the giving or surrendering of property in any exchange or purchase; or

  **(3)** Of property contained in any "money"-operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

**c.** The most we will pay for loss in any one occurrence is:

  **(1)** The limit shown in the Declarations for Inside the Premises for "money" and "securities" while:

    **(a)** In or on the described premises; or

    **(b)** Within a bank or savings institution; and

  **(2)** The limit shown in the Declarations for Outside the Premises for "money" and "securities" while anywhere else.

*//*BP0002-199912

Copyright, Insurance Services Office, Inc., 1999

0007856   Printed:
04/08/16   01:21:05

d. All loss:

(1) Caused by one or more persons; or

(2) Involving a single act or series of related acts;

is considered one occurrence.

e. You must keep records of all "money" and "securities" so we can verify the amount of any loss or damage.

## 4. Employee Dishonesty

a. We will pay for direct loss of or damage to Business Personal Property and "money" and "securities" resulting from dishonest acts committed by any of your employees acting alone or in collusion with other persons (except you or your partner) with the manifest intent to:

(1) Cause you to sustain loss or damage; and also

(2) Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment) for:

(a) Any employee; or

(b) Any other person or organization.

b. We will not pay for loss or damage:

(1) Resulting from any dishonest or criminal act that you or any of your partners commit whether acting alone or in collusion with other persons.

(2) The only proof of which as to its existence or amount is:

(a) An inventory computation; or

(b) A profit and loss computation.

c. The most we will pay for loss or damage in any one occurrence is the Limit of Insurance for Employee Dishonesty shown in the Declarations.

d. All loss or damage:

(1) Caused by one or more persons; or

(2) Involving a single act or series of related acts;

is considered one occurrence.

e. We will pay only for loss or damage you sustain through acts committed or events occurring during the Policy Period. Regardless of the number of years this policy remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

f. This Optional Coverage does not apply to any employee immediately upon discovery by:

(1) You; or

(2) Any of your partners, officers or directors not in collusion with the employee;

of any dishonest act committed by that employee before or after being hired by you.

g. We will pay only for covered loss or damage discovered no later than one year from the end of the Policy Period.

h. If you (or any predecessor in interest) sustained loss or damage during the period of any prior insurance that you could have recovered under that insurance except that the time within which to discover loss or damage had expired, we will pay for it under this Optional Coverage, provided:

(1) This Optional Coverage became effective at the time of cancellation or termination of the prior insurance; and

(2) The loss or damage would have been covered by this Optional Coverage had it been in effect when the acts or events causing the loss or damage were committed or occurred.

i. The insurance under Paragraph **h.** above is part of, not in addition to, the Limit of Insurance applying to this Optional Coverage and is limited to the lesser of the amount recoverable under:

(1) This Optional Coverage as of its effective date; or

(2) The prior insurance had it remained in effect.

## 5. Mechanical Breakdown

a. We will pay for direct damage to Covered Property caused by an Accident to an Object. The Object must be:

Copyright, Insurance Services Office, Inc., 1999

**(1)** Owned by you or in your care, custody or control; and

**(2)** At the described premises.

**b.** Accident means a sudden and accidental breakdown of the Object or a part of the Object. At the time the breakdown occurs, it must manifest itself by physical damage to the Object that necessitates repair or replacement.

**c.** None of the following is an Accident:

**(1)** Depletion, deterioration, corrosion or erosion;

**(2)** Wear and tear;

**(3)** Leakage at any valve, fitting, shaft seal, gland packing, joint or connection;

**(4)** Breakdown of any vacuum tube, gas tube or brush;

**(5)** Breakdown of any electronic computer or electronic data processing equipment;

**(6)** Breakdown of any structure or foundation supporting the Object or any of its parts;

**(7)** The functioning of any safety or protective device; or

**(8)** The explosion of gases or fuel within the furnace of any Object or within the flues or passages through which the gases of combustion pass.

**d.** Object means any of the following equipment:

**(1)** Boiler and Pressure Vessels:

**(a)** Steam heating boilers and condensate return tanks used with them;

**(b)** Hot water heating boilers and expansion tanks used with them;

**(c)** Hot water supply boilers;

**(d)** Other fired or unfired vessels used for maintenance or service of the described premises but not used for processing or manufacturing;

**(e)** Steam boiler piping, valves, fittings, traps and separators, but only if they:

**(i)** Are on your premises or between parts of your premises;

**(ii)** Contain steam or condensate of steam; and

**(iii)** Are not part of any other vessel or apparatus;

**(f)** Feed water piping between any steam boiler and a feed pump or injector.

**(2)** Air Conditioning Units - Any air conditioning unit that has a capacity of 60,000 Btu or more, including:

**(a)** Inductors, convectors and coils that make use of a refrigerant and form part of a cooling, humidity control or space heating system;

**(b)** Interconnecting piping, valves and fittings containing only a refrigerant, water, brine or other solution;

**(c)** Vessels heated directly or indirectly that:

**(i)** Form part of an absorption type system; and

**(ii)** Function as a generator, regenerator or concentrator;

**(d)** Compressors, pumps, fans and blowers used solely with the system together with their driving electric motors; and

**(e)** Control equipment used solely with the system.

**e.** Object does not mean:

**(1)** As Boiler and Pressure Vessels:

**(a)** Equipment that is not under internal vacuum or internal pressure other than weight of contents;

**(b)** Boiler settings;

**(c)** Insulating or refractory material; or

**(d)** Electrical, reciprocating or rotating apparatus within or forming a part of the boiler or vessel.

**(2)** As Air Conditioning Units, any:

**(a)** Vessel, cooling tower, reservoir or other source of cooling water for a condenser or compressor, or any water piping leading to or from that source; or

**(b)** Wiring or piping leading to or from the unit.

**f.** We will not pay for an Accident to any Object while being tested.

**BP0002 (12/99)  Page 21 of 23**

*//*BP0002-199912

Copyright, Insurance Services Office, Inc., 1999

### g. Suspension

Whenever an Object is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an Accident to that Object. This can be done by delivering or mailing a written notice of suspension to:

**(1)** Your last known address; or

**(2)** The address where the Object is located.

If we suspend your insurance, you will get a pro rata refund of premium. But the suspension will be effective even if we have not yet made or offered a refund.

## H. Property Definitions

1. "Money" means:

   **a.** Currency, coins and bank notes in current use and having a face value; and

   **b.** Travelers checks, register checks and money orders held for sale to the public.

2. "Operations" means your business activities occurring at the described premises.

3. "Period of restoration" means the period of time that:

   **a.** Begins:

      **(1)** 72 hours after the time of direct physical loss or damage for Business Income Coverage; or

      **(2)** Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

      caused by or resulting from any Covered Cause of Loss at the described premises; and

   **b.** Ends on the earlier of:

      **(1)** The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

      **(2)** The date when business is resumed at a new permanent location.

   "Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

      **(1)** Regulates the construction, use or repair, or requires the tearing down of any property; or

      **(2)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants".

   The expiration date of this policy will not cut short the "period of restoration".

4. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

5. "Securities" means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

   **a.** Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

   **b.** Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

   but does not include "money".

6. "Specified Causes of Loss" means the following:

   Fire; lightning; explosion, windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

   **a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

      **(1)** The cost of filling sinkholes; or

      **(2)** Sinking or collapse of land into man-made underground cavities.

   **b.** Falling objects does not include loss of or damage to:

      **(1)** Personal property in the open; or

      **(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

*//*BP0002-199912

Copyright, Insurance Services Office, Inc., 1999

0007859    Printed:
04/08/16   01:21:05

**STATE AUTO**®
Insurance Companies

**BOP 2870198    00**

**c.** Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam.

**7.** "Valuable papers and records" means inscribed, printed, or written:

    **a.** Documents;

    **b.** Manuscripts; and

    **c.** Records;

including abstracts, books, deeds, drawings, films, maps or mortgages.

But "valuable papers and records" does not mean:

**d.** "Money" or "Securities";

**e.** Converted Data;

**f.** Programs or instructions used in your data processing operations, including the materials on which the data is recorded.

**BP0002 (12/99)    Page 23 of 23**

*//*BP0002-199912

Copyright, Insurance Services Office, Inc., 1999

# STATE AUTO®
Insurance Companies

**BOP 2870198    00**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# UTILITY SERVICES - DIRECT DAMAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

## SCHEDULE*

| Water Supply Property | Communication Supply Property (Not Including Overhead Transmission Lines) | Communication Supply Property (Including Overhead Transmission Lines) | Power Supply Property (Not Including Overhead Transmission Lines) | Power Supply Property (Including Overhead Transmission Lines) |
|---|---|---|---|---|
| X | | X | | X |

| Prem. No.0001 | Bldg. No.  001 | Covered Property Building and/or Contents | Utility Services Limit Of Insurance $25,000 |
|---|---|---|---|

*Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

The coverage provided by this endorsement is subject to the provisions of the Businessowners Special Property Coverage Form, including Paragraph **D.** Deductibles, except as provided below.

## A. Coverage

The following is added to Paragraph **A.**

We will pay for loss of or damage to Covered Property described in the Schedule, caused by the interruption of service to the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to the property described in Paragraph **B.** if such property is indicated by an "X" in the Schedule and is located outside of a covered building described in the Declarations.

## B. Utility Services

1. Water Supply Services, meaning the following types of property supplying water to the described premises:

   **a.** Pumping stations; and

   **b.** Water mains.

2. Communication Supply Services, meaning property supplying communication services, including telephone, radio, microwave or television services to the described premises, such as:

   **a.** Communication transmission lines, including optic fiber transmission lines;

   **b.** Coaxial cables; and

   **c.** Microwave radio relays except satellites.

   It does not include overhead transmission lines unless indicated by an "X" in the Schedule.

3. Power Supply Services, meaning the following types of property supplying electricity, steam or gas to the described premises:

   **a.** Utility generating plants;

   **b.** Switching stations;

   **c.** Substations;

   **d.** Transformers; and

   **e.** Transmission lines.

   It does not include overhead transmission lines unless indicated by an "X" in the Schedule.

**BP0456C (01/97)  Page 1 of 2**

*//*BP0456C-199701

Copyright, Insurance Services Office, Inc., 1997

Issue Date  04/07/2016       03:08:27 PM

0007861   Printed:
04/08/16   01:21:05

**B.  Limits Of Insurance**

Section **C.** is replaced by the following:

If a Utility Services Limit of Insurance is shown in the Schedule, such limit is part of, not in addition to, the Limit of Insurance stated in the Declarations as applicable to the Covered Property.

If no Limit of Insurance is shown for Utility Services, coverage under this endorsement is subject to the applicable Limit of Insurance on the Covered Property as shown in the Declarations. But this Utility Services Endorsement does not increase the applicable Limit of Insurance.

**BP0456C (01/97)   Page 2 of 2**
*//*BP0456C-199701

Copyright, Insurance Services Office, Inc., 1997

# STATE AUTO®
## Insurance Companies

**BOP 2870198   00**

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

# DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

### SCHEDULE

| SCHEDULE - PART I | |
|---|---|
| **Terrorism Premium (Certified Acts)    $** | The terrorism premium and applicable Coverages displayed on the declaration pages of this policy represent the charge for Terrorism Coverage for this policy term. |
| **Additional information, if any, concerning the terrorism premium:** | |

**SCHEDULE - PART II**

**Federal share of terrorism losses ___ % Year:20 _    See Below**
(Refer to Paragraph **B.** in this endorsement.)

**Federal share of terrorism losses _____ % Year:20 _    See Below**
(Refer to Paragraph **B.** in this endorsement.)

| Federal Share | Year |
|---|---|
| 85% | 2015 |
| 84% | 2016 |
| 83% | 2017 |
| 82% | 2018 |
| 81% | 2019 |
| 80% | 2020 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations.

**B. Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals a percentage (as shown in Part II of the Schedule of this endorsement or in the policy Declarations) of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**C. Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

*d* Insurance Services Office, Inc., 2015

0007863    Printed:
04/08/16    01:21:05



# STATE AUTO®
## Insurance Companies

**BOP 2870198 00**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BUSINESSOWNERS SPECIAL FORM COMPUTER COVERAGE

This endorsement modifies insurance provided under the following:
BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

The Limit of Insurance for Computer Coverage shown in the Declarations is the combined coverage limit for Electronic Data Processing Equipment and Electronic Media and Records.

The coverage provided by this endorsement is subject to the provisions applicable to the Businessowners Special Property Coverage Form attached to this policy, including the deductible provisions, except as otherwise provided within this endorsement.

The following provisions (A. through H. inclusive) apply only to the coverage provided by this endorsement:

A. Paragraph A.1.b. Business Personal Property is replaced by the following:

b. Business Personal Property, as described below, while located at premises shown in the Declarations, except as provided in the Coverage Extensions of this endorsement.

Covered Property as used in this endorsement includes the following types of property that you own that are used in your business; and property of others as defined below, that is in your care, custody or control, except as otherwise provided in Loss Payment Property Loss Condition E.6.d.(3)(b).

(1) Electronic Data Processing Equipment (Hardware)

As used in this endorsement, Electronic Data Processing Equipment includes:

(a) Programmable electronic equipment that is used to store, retrieve and process data; and

(b) Associated peripheral equipment that provides communication including input and output functions such as printing, or auxiliary functions such as data transmission;

except as described in (2) below.

(2) Electronic Media And Records (Including Software)

As used in this endorsement, Electronic Media and Records includes:

(a) Electronic data processing, recording or storage media such as films, tapes, discs, drums or cells;

(b) Data stored on such media; and

(c) Programming records used for electronic data processing or electronically controlled equipment.

B. The following is added to Paragraph A.2. Property Not Covered:

g. Property held as samples, held for rental or sale or that you rent to others;

h. Property in storage away from the premises shown in the Declarations, except as provided in the Coverage Extensions of this endorsement;

i. Electronic data processing equipment which is permanently installed or designed to be permanently installed in any aircraft, watercraft, motortruck or other vehicle subject to motor vehicle registration; or

j. Accounts, bills, evidences of debt and valuable papers and records. However, such property is Covered Property in its "converted data" form.

C. Under A.4. Limitations, Paragraphs a.(1) and (2) do not apply.

D. Under A.6. Coverage Extensions in the Businessowners Special Property Coverage Form:

1. Under the Personal Property at Newly Acquired Premises Coverage Extension 6.a., insurance under this Extension for Covered Property will end when any of the following first occurs:

a. This policy expires;

b. 30 days expire after you acquire new premises or begin construction at the new premises;

c. Specific insurance for the Covered Property at the newly acquired premises is obtained; or

d. You report values to us.

We will charge you additional premium for values reported from the date you acquire the premises.

2. Coverage Extension 6.b. Personal Property Off Premises applies to Covered Property:

(a) While such property is in the course of transit or is located at a premises you do not own, lease or operate for not more than 90 days.

(b) Including duplicate or back-up electronic media and records that are stored at a separate location which is at least 100 feet from the premises described in the Declarations.

(c) Paragraph F.4.b. in the Property General Conditions is deleted and replaced with the following:

b. The coverage territory is worldwide.

3. The following are added to A.6. Coverage Extensions:

g. Mechanical Breakdown of Electronic Data Processing Equipment.

**BP0434C (01/97) Page 1 of 2**
*//*BP0434C-199701

Includes Copyrighted Material of Insurance Services Office, Inc., with it's permission

We will pay for loss or damage to Covered Property due to mechanical breakdown if such loss or damage exceeds in any one occurrence the applicable deductible shown in the Declarations.

We will then pay the amount of loss or damage in excess of the deductible up to the applicable Limit of Insurance for the Covered Property.

This Coverage Extension is included within the Limit of Insurance shown in the Declarations applying to Computer Coverage at the described premises.

h.   Artificially Generated Electrical Current

We will pay for loss or damage to Electronic Data Processing Equipment due to artificially generated electrical current if such loss or damage is caused by or results from an Interruption of electric power supply, power surge, blackout or brownout.

If such loss or damage as specified above, exceeds in any one occurrence the applicable deductible shown in the Declarations, we will then pay the amount of loss or damage in excess of the deductible up to the applicable Limit of Insurance shown for Computer Coverage.

This Coverage Extension is included within the Limit of Insurance applying to Computer Coverage at the premises described in the Declarations.

The Electrical Apparatus Exclusion B.2.a. in the Businessowners Special Property Coverage Form does not apply to this Coverage Extension.

E.   The following is added to Paragraph B. Exclusions in the Businessowners Special Property Coverage Form:

1.   The following exclusions do not apply to coverage provided under this endorsement:

B.1.e.   Power Failure, B.2.c. Smoke, B.2.d. Steam Apparatus, B.2.i. Collapse, B.2.k.(3), (4) and (5) Other Types Of Loss exclusions and B.3.b. Acts Or Decisions.

2.   Exclusion B.2.k.(7) is replaced by the following:

(a)   Dampness or dryness of atmosphere, or changes in or extremes of temperature, unless such conditions result from physical damage caused by a covered cause of loss to an air conditioning unit or system, including equipment and parts, which is part of, or used with the electronic data processing equipment.

(b)   Marring or scratching:

But if an excluded cause of loss that is listed in B.2.k.(1), (2), (6) or (7) results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

F.   Additional Exclusions

The following exclusions apply in addition to the exclusions listed under B. Exclusions in the Businessowners Special Property Coverage Form.

We will not pay for loss or damage caused by or resulting from any of the following:

1.   Human errors or omissions in processing, recording or storing information on electronic media and records and electronic data processing equipment.

But we will pay for direct loss or damage caused by resulting fire or explosion if these causes of loss would be covered by this endorsement.

2.   Electrical or magnetic injury, disturbance or erasure of electronic recordings, except as provided for under the Coverage Extensions of this endorsement.

But we will pay for direct loss or damage caused by lightning.

3.   Failure, breakdown or malfunction of electronic media and records and electronic data processing equipment, including parts, while the media is being run through the equipment. But, we will pay for direct loss or damage caused by resulting fire or explosion if these causes of loss are covered by this endorsement.

4.   Installation, testing, repair or other similar service performed upon the electronic data processing media and records or electronic data processing equipment, including parts.

G.   Property Loss Conditions

Paragraph d.(6) of the Loss Payment Property Loss Condition does not apply to electronic media and records that are actually replaced or restored.

H.   The following is added to H. Property Definitions:

8.   "Converted data" means information that is stored on electronic media, that is capable of being communicated, processed or interpreted by electronic data processing equipment.

**BP0434C (01/97)   Page 2 of 2**
*//*BP0434C-199701

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**STATE AUTO®**
Insurance Companies

**BOP 2870198     00**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ORDINANCE OR LAW COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

The provisions of the policy apply except as modified by this endorsement.

This endorsement replaces Additional Coverages, Increased Cost of Construction (paragraph **5.I.**) in the Businessowners Special Property Coverage Form. Information regarding the applicable coverage(s) of this endorsement and premises insured is shown in the Declarations.

1. The following coverages are identified in this endorsement:
   **A.** Ord/Law: Undamaged Portion
   **B.** Ord/Law: Demolition Cost
   **C.** Ord/Law: Increased Cost of Construction
   **D.** Ord/Law: Demo & Inc. Cost of Construction Coverage applies only if that coverage(s) is selected and identified by entry in the Declarations and then only with respect to the specific Premises and Building identified for the selected coverage(s) appearing in the Declarations.

2. We will not pay under this endorsement for the costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants."

3. Coverage
   **a.** Coverage **A** - Coverage for Loss to the Undamaged Portion of the Building
   If a Covered Cause of Loss occurs to covered Building property, we will pay under Coverage **A** for the loss in value of the undamaged portion of the building as a consequence of enforcement of any ordinance or law that:
   1) Requires the demolition of parts of the same property not damaged by a Covered Cause of Loss;
   2) Regulates the construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and
   3) Is in force at the time of loss.
   Coverage **A** is included within the Limit of Insurance shown in the Declarations as applicable to the covered Building property. Coverage **A** does not increase the Limit of Insurance.

   **b.** Coverage **B** - Demolition Cost Coverage
   If a Covered Cause of Loss occurs to covered Building property, we will pay the cost to demolish and remove debris of undamaged parts of the property caused by enforcement of building, zoning or land use ordinance or law.
   Paragraph **E.6.d.** of the Property Loss Conditions does not apply to Demolition Cost Coverage.

   **c.** Coverage **C** - Increased Cost of Construction Coverage
   If a Covered Cause of Loss occurs to the covered Building property, we will pay for the increased cost to:
   1) Repair or reconstruct damaged portions of that Building property; and/or
   2) Reconstruct or remodel undamaged portions of that Building property, whether or not demolition is required;
   when the increased cost is a consequence of enforcement of building, zoning or land use ordinance or law.
   However:
   1) This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.
   2) We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.
   Paragraph **E.6.d.** of the Property Loss Conditions does not apply to the Increased Cost of Construction Coverage.

4. Loss Payment
   **a.** When Coverage **A** applies, loss to the building, including loss in value of the undamaged portion of the building due to enforcement of an ordinance or law, will be determined as follows:
   1) If the property is repaired or replaced on the same or another premises, we will not pay more than the lesser of:
   **a)** The amount you actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the

**BP 04 46C 01 96   Page 1 of 2**
*//*BP0446C-199601

Includes copyrighted material of
Insurance Services Office, Inc., with its permission.

# STATE AUTO®
## Insurance Companies

building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

**b)** The Limit of Insurance shown in the Declarations as applicable to the covered Building property.

**2)** If the property is not repaired or replaced, we will not pay more than the lesser of:

**a)** The actual cash value of the building at the time of loss; or

**b)** The Limit of Insurance shown in the Declarations as applicable to the covered Building property.

**b.** Unless paragraph **4.d.** applies, loss payment under Coverage **B** - Demolition Cost Coverage will be determined as follows: We will not pay more than the lesser of the following:

**1)** The amount you actually spend to demolish and clear the site of the described premises; or

**2)** The applicable Limit of Insurance shown for Coverage **B** in the Declarations.

**c.** Unless paragraph **4.d.** applies, loss payment under Coverage **C** - Increased Cost of Construction Coverage will be determined as follows:

**1)** We will not pay under Coverage **C**:

**a)** Until the property is actually repaired or replaced, at the same or another premises; and

**b)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**2)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay under Coverage **C** is the lesser of:

**a)** The increased cost of construction at the same pemises; or

**b)** The applicable Limit of Insurance shown for Coverage **C** in the Declarations.

**3)** If the ordinance or law requires relocation to another premises, the most we will pay under Coverage **C** is the lesser of:

**a)** The increased cost of construction at the new premises; or

**b)** The applicable Limit of Insurance shown for Coverage **C** in the Declarations.

**d.** If a Combined Limit of Insurance is shown for Coverages **B** and **C** in the Declarations, paragraphs **4.b.** and **4.c.** of this endorsement do not apply with respect to the Building property that is subject to the Combined Limit, and the following loss payment provisions apply instead: The most we will pay, for the total of all covered losses for Demolition Cost and Increased Cost of Construction, is the Combined Limit of Insurance shown for Coverages **B** and **C** in the Declarations. Subject to this Combined Limit of Insurance, the following loss payment provisions apply:

**1)** For Demolition Cost, we will not pay more than the amount you actually spend to demolish and clear the site of the described premises.

**2)** With respect to the Increased Cost of Construction:

**a)** We will not pay for the increased cost of construction:

**(1)** Until the property is actually repaired or replaced, at the same or another premises; and

**(2)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the same premises.

**c)** If the ordinance or law requires relocation to another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the new premises.

**5.** The terms of this endorsement apply separately to each building to which this endorsement applies.

**6.** Under this endorsement, we will not pay for loss due to any ordinance or law that:

**a.** You were required to comply with before the loss, even if the building was undamaged; and

**b.** You failed to comply with.

**BP 04 46C 01 96   Page 2 of 2**
*//*BP0446C-199601

Includes copyrighted material of Insurance Services Office, Inc., with its permission

0007867
04/08/16   Printed:
01:21:05

# STATE AUTO®
Insurance Companies

**BOP 2870198    00**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## BUSINESS INCOME CHANGES -
## BEGINNING OF THE PERIOD OF RESTORATION
## - ADJUSTMENT OF WAITING PERIOD -

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM
BUSINESS INCOME FROM DEPENDENT PROPERTIES FORM
UTILITY SERVICES - TIME ELEMENT FORM

The provisions of the policy apply except as modified by this endorsement.

In the Businessowners Special Property Coverage Form, the "period of restoration" pertaining to Additional Coverages Business Income and Civil Authority begins 72 hours after the time of direct physical loss or damage. The 72-hour waiting period applies to this coverage unless replaced by the number of hours shown in your Businessowners Special Property Coverage Declarations, Policy-Wide Coverages as Business Inc-Wait Period.

If the Business Income From Dependent Properties Form is attached to your policy, the "period of restoration" begins 72 hours after the time of direct physical loss or damage. The 72-hour waiting period applies to this coverage unless replaced by the number of hours shown in your Businessowners Special Property Coverage Declarations, Policy-Wide Coverages as Business Inc-Wait Period.

If the Utility Services - Time Element Form is attached to your policy, the "period of restoration" referenced in the Utility Services - Time Element Form begins 24 hours after the time of direct physical loss or damage. The 24-hour waiting period always applies to Utility Services - Time Element regardless of the number of hours shown in your Property Declarations or Policy-Wide Coverages as Business Inc - Wait Period.

All other provisions remain unchanged.

**BP 21 06 04 14  Page 1 of 1**
*//*BP2106-201404

Includes copyrighted material of Insurance Services Office, Inc., with its permission

# STATE AUTO®
Insurance Companies

**BOP 2870198   00**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# INVENTORY AND APPRAISALS

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

The provisions of the policy apply except as modified by this endorsement.

The following is added to Paragraph A.5, Additional Coverages:

Inventory and Appraisals

In the event of a covered loss or damage to insured property, we will pay up to the limit indicated in the Declarations for Inventory and Appraisals as an additional amount of insurance for all reasonable expenses you incur in:

1.  The investigation of a claim or suit; or

2.  The determination of the amount of loss, such as taking inventory or obtaining appraisals.

We will not pay for:

1.  Expenses incurred in using the services of a public adjuster;

2.  Expenses to prove that loss or damage is covered; or

3.  Expenses incurred for examinations under oath, even if required by us.

**BP2125 (07/00)   Page 1 of 1**
*//*BP2125-200007

Copyright, Insurance Services Office, Inc., 1997

# STATE AUTO®
## Insurance Companies

**BOP 2870198   00**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NEWLY ACQUIRED OR CONSTRUCTED BUILDINGS

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

The provisions of the policy apply except as modified by this endorsement.

The following is added to Paragraph A.5, Additional Coverages:

Newly Acquired or Constructed Buildings

A.  You may extend the insurance that applies to Buildings to apply to:

1.  Your new buildings while being built on the described premises; and

2.  Buildings you acquire at locations, other than the described premises, intended for:

a.  Similar use as the building described in the Declarations; or

b.  Use as a warehouse.

The most we will pay for loss or damage to each building under this extension is shown in the Declarations.

A.  Insurance under this extension for each newly acquired or constructed building will end when any of the following first occurs:

1.  This policy expires.

2.  120 days expire after you begin construction or you acquire the building.

3.  You report values to us.

We will charge you additional premium for values reported from the date construction begins or you acquire the building.

**BP2131 (07/00)   Page 1 of 1**
*//*BP2131-200007

Copyright, Insurance Services Office, Inc., 1997

# STATE AUTO®
Insurance Companies

**BOP 2870198    00**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# BUSINESS PERSONAL PROPERTY - AUTOMATIC INCREASE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

The provisions of the policy apply except as modified by this endorsement.

The Limit of insurance for Business Personal Property will automatically increase by the annual percentage shown in the Declarations. The amount of increase will be:

1.  The Business Personal Property limit that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Business Personal Property limit, times
2.  The percentage of annual increase shown in the Declarations, expressed as a decimal (example 2% is .02), times
3.  The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Business Personal Property limit, divided by 365.

EXAMPLE:
If the applicable Business Personal Property limit is $100,000 and the annual percentage increase is 2% with the number of days since the beginning of the policy year (or last policy change) being 146:

THE AMOUNT OF INCREASE IS:
$100,000 X .02 X 146 Divided by 365 = $800.

**BP 21 48 09 10   Page 1 of 1**
*//*BP2148-201009

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

## STATE AUTO®
### Insurance Companies

**BOP 2870198    00**

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### LIMITED COVERAGE FOR "FUNGI", WET ROT, DRY ROT AND BACTERIA

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

The following provisions apply:
**RULE A.   Fungi Or Bacteria Exclusions**
  1. Paragraph **A.5.l.(5)** of the Increased Cost of Construction Additional Coverage is replaced by the following:
     **(5)** Under this Additional Coverage, we will not pay for:
        **(1)** The enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungi", wet or dry rot or bacteria; or
        **(2)** Any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants", "fungi", wet or dry rot or bacteria.
  2. The following exclusion is added to Paragraph **B.1.Exclusions**:
     **h.  "Fungi", Wet Rot, Dry Rot And Bacteria**
        Presence, growth, proliferation, spread or any activity of "fungi", wet or dry rot or bacteria.
        But if "fungi", wet or dry rot or bacteria results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".
        This exclusion does not apply:
        **(1)** When "fungi", wet or dry rot or bacteria results from fire or lightning; or
        **(2)** To the extent that coverage is provided in the Additional Coverage - Limited Coverage For "Fungi", Wet Or Dry Rot And Bacteria (contained in the Limited Fungi or Bacteria Coverage) if any, with respect to loss or damage by a cause of loss other than fire or lightning.
  3. Paragraph **B.2.k.(2)** of the **Exclusions** is replaced by the following:
        **(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;
**B.  Limited Fungi Or Bacteria Coverage**
  1. The following Additional Coverage is added to Paragraph **A.5.**
     **n.  Limited Coverage For "Fungi", Wet Rot, Dry Rot And Bacteria**
        **(1)** The coverage described in paragraphs **B.1.n.(2)** and **B.1.n.(6)** only applies when the "fungi", wet or dry rot or bacteria are the result of a "specified cause of loss" other than fire or lightning, that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.
        **(2)** We will pay for loss or damage by "fungi", wet or dry rot or bacteria.  As used in this Limited Coverage, the term loss or damage means:
           **(a)** Direct physical loss or damage to Covered Property caused by "fungi", wet or dry rot or bacteria, including the cost of removal of the "fungi", wet or dry rot or bacteria;
           **(b)** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungi", wet or dry rot or bacteria; and
           **(c)** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungi", wet or dry rot or bacteria are present.
        **(3)** The coverage described under this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungi", wet or dry rot or bacteria, we will not pay more than the total of $15,000 even if the "fungi", wet or dry rot or bacteria continues to be present or active, or recurs, in a later policy period.
        **(4)** The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungi", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

**BP2171 (11/02)   Page 1 of 2**
*//*BP2171-200211

Includes copyrighted material of Insurance Services Office, Inc., with its permission

0007872      Printed:
04/08/16    01:21:05

# STATE AUTO®
## Insurance Companies

If there is covered loss or damage to Covered Property, not caused by "fungi", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungi", wet or dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

**(5)** The terms of this Limited Coverage do not increase or reduce the coverage provided under **A.5.d.** Collapse, or **A.5.e.** Water Damage, Other Liquids, Powder Or Molten Material Damage Additional Coverages.

**(6)** The following applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the suspension of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Additional Coverage.

    **(a)** If the loss which resulted in "fungi", wet or dry rot or bacteria does not in itself necessitate a suspension of "operations", but such suspension is necessary due to loss or damage to property caused by "fungi", wet or dry rot or bacteria, then our payment under the Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

    **(b)** If a covered suspension of "operations" was caused by loss or damage other than "fungi", wet or dry rot or bacteria, but remediation of "fungi", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

## C. Fungi Definition

1. The following definition is added to Paragraph **H.** Property Definitions:

"Fungi" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

*//*BP2171-200211

Includes copyrighted material of Insurance Services Office, Inc., with its permission

0007873    Printed:
04/08/16  01:21:05

# STATE AUTO®
## Insurance Companies

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED
# ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

**A.** The following provisions are added to the Businessowners Property Coverages:

**CAP ON CERTIFIED TERRORISM LOSSES**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**B.** The following provision is added to Businessowners Special Property Coverage Form **BP 00 02**:

**APPLICATION OF OTHER EXCLUSIONS**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for loss or injury or damage that is otherwise excluded under this Policy.

*//*BP0523C-201501*

*d* Insurance Services Office, Inc., 2015

0007874  Printed:
04/08/16  01:21:05

# STATE AUTO®
## Insurance Companies

**BOP 2870198    00**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COMPUTER FRAUD COVERAGE FORM

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

The provisions of the policy apply except as modified by this endorsement.

The following provisions (A. through H.) apply only to the coverage provided by this endorsement.

A. Paragraph A.1.b Business Personal Property is replaced by the following:

   b. Business Personal Property

   Covered Property, as used in this endorsement, includes "Money," "Securities" and "Property Other Than Money and Securities" that you own and are used in your business.

B. Paragraph A.2. Property Not Covered is replaced by the following:

   2. Property Not covered

   Covered Property does not include:

   a. Aircraft, automobiles, motortrucks and other vehicles subject to motor vehicle registration;
   b. Property held as samples, held for rental or sale or that you rent to others;
   c. Property in storage away from the premises shown in the Declarations;
   d. Contraband, or property in the course of illegal transportation or trade;
   e. Watercraft (including motors, equipment and accessories) while afloat.

C. Paragraph A.3. Covered Causes of Loss is replaced by the following:

   3. Covered Causes of Loss

   "Computer Fraud."

D. Paragraphs A.4. through A.6. are deleted.

E. Paragraph B. Exclusions is replaced by the following:

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   a. Human errors or omissions in processing, recording or storing information on electronic media and records and electronic data processing equipment.

   b. Loss resulting from any dishonest or criminal acts committed by you, anyone else with an interest in the property, or any of your or their partners, employees, directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

      (1) Acting alone or in collusion with others;
      (2) Whether or not occurring during the hours of employment.

   c. Loss, or that part of any loss, where the proof of which as to its existence or amount is dependent upon:

      (1) An inventory computation; or
      (2) A profit and loss computation.

   d. Loss resulting from nuclear reaction, nuclear radiation or radioactive contamination, or any related act or incident.

   e. War and Military Action

      (1) War, including undeclared or civil war;

Copyright, Insurance Services Office, Inc., 1997

Issue Date  04/07/2016        03:08:27 PM

0007875    Printed:
04/08/16   01:21:05

**STATE AUTO**®
Insurance Companies

**BOP 2870198    00**

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

F. Paragraph C. Limits of Insurance is replaced by the following:

C. Limits of Insurance
The most we will pay for loss in any one "occurrence" is the applicable Limit of Insurance shown in the Declarations for Computer Fraud.

G. Paragraph D. Deductibles is replaced by the following:

D. Deductibles
We will not pay for loss or damage in any one "occurrence" until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance. In the event more than one Deductible could apply to the loss, only the highest deductible amount will be applied.

H. The following are added to Paragraph H. Property Definitions:

1. "Banking Premises" means the interior of that portion of any building occupied by a banking institution or similar safe depository.

2. "Computer Fraud" means "theft" of property following and directly related to the use of any computer to fraudulently cause a transfer of that property from inside the "premises" or "banking premises" to a person (other than a "messenger") outside those "premises" or to a place outside those "premises."

3. "Messenger" means you, any of your partners or any "employee" while having care and custody of the property outside the "premises."

4. "Occurrence" means an:

(a) Act or series of related acts involving one or more persons; or

(b) Act or event, or a series of related acts or events not involving any person.

5. "Premises" means the interior of that portion of any building you occupy in conducting your business.

6. "Property Other Than Money and Securities" means any tangible property other than "money" and "securities" that has intrinsic value but does not include any property identified as Property Not Covered.

7. "Theft" means any act of stealing.

**BP2111 (07/00)    Page 2 of 2**
*//*BP2111-200007

Copyright, Insurance Services Office, Inc., 1997

# STATE AUTO®
Insurance Companies

**BOP 2870198    00**

---

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CREDIT CARD INVOICES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

The provisions of the policy apply except as modified by this endorsement.

The following is added to Paragraph A.5, Additional Coverages:

Credit Card Invoices

We will pay for amounts you are unable to collect due to loss of or damage to credit card invoices, while located at the described premises, as the result of a Covered Cause of Loss.

It is your responsibility to establish the amount of the loss under this Additional Coverage.  If it is not possible, the amount of the loss will be determined as follows:

(1) If you have been in business for more than twelve months at the location of the loss, one-thirtieth (1/30) of the average monthly amount of credit card invoices will be considered as average daily credit card invoices for that location. The twelve months immediately preceding the discovery of the loss will be used to determine the average monthly amount.

(2) If you have been in business for less than twelve months at the location of the loss, the average daily credit card invoices shall be one-thirtieth (1/30) of the average monthly amount of credit card invoices for the number of months you have been in business at that location.

(3) The average daily credit card invoices will be multiplied by the number of days for which invoices are lost to determine the amount of the loss subject to the maximum limit indicated below.

The most we will pay as a result of loss or damage to credit card invoices under this Additional Coverage is indicated in your Declarations as Credit Card Invoices.

**BP2113 (07/00)   Page 1 of 1**
*//*BP2113-200007*

Copyright, Insurance Services Office, Inc., 1997

# STATE AUTO®
Insurance Companies

**BOP 2870198   00**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

# WATER BACK-UP OF SEWERS AND DRAINS

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

The provisions of this policy apply except as modified by this endorsement.

The following is added to Paragraph **A.6. Coverage Extensions:**

### Water Back-Up of Sewers and Drains

**A.** Direct Damage
We will pay for direct physical loss or damage to Covered Property caused by water that:
**1.** Backs up through sewers or drains; or
**2.** Enters into and overflows from within a:
**(a)** sump pump;
**(b)** sump pump well; or
**(c)** other system;
designed to remove subsurface water from the foundation area.

**B.** Loss of Business Income and Extra Expense
We will pay the actual Loss of Business Income you sustain due to the necessary suspension of your "operations". The suspension must be caused by direct physical loss or damage to Covered Property at the described premises caused by or resulting from water that backs up through sewers or drains, or water that enters into and overflows from within a sump pump, sump pump well, or other system designed to remove subsurface water from the foundation area.

Coverage for Loss of Business Income begins at the time of direct loss or damage caused by or resulting from water back-up of sewers and drains covered under this endorsement. We will only pay for Loss of Business Income that occurs within fourteen calendar days after the date of direct loss or damage caused by or resulting from water back-up of sewers and drains covered under this endorsement.

As used in this endorsement, the term Loss of Business Income has the same definition as that set forth in **Additional Coverage 5.f.** of the Businessowners Special Property Coverage Form modified by this endorsement.

We will also pay necessary Extra Expense you incur that you would not have incurred if there had been no direct physical loss or damage to Covered Property at the described premises caused by water back-up of sewers and drains

Coverage for Extra Expense begins at the time of direct loss or damage caused by or resulting from water back-up of sewers and drains covered under this endorsement. We will only pay for Extra Expense incurred within fourteen calendar days after the date of direct loss or damage caused by or resulting from water back-up of sewers and drains covered under this endorsement.

As used in this endorsement, the term Extra Expense has the same definition as that set forth in **Additional Coverage 5.g.(2)** of the Businessowners Special Property Coverage Form modified by this endorsement.

**C.** With respect to the insurance provided by this endorsement, paragraph **1.g.(3)** of Paragraph **B. Exclusions** is deleted.

**D.** Limit of Insurance
The most we will pay in any one occurrence at any one premise shown in the Declarations for all loss or damage as set forth in paragraphs **A.** and **B.** of this endorsement is the limit of insurance shown in the Declarations for Water Backup of Sewer and Drains.

**BP 21 34 01 13 Page 1 of 1**
*//*BP2134-201301

Includes copyrighted material of
Insurance Services Office, Inc., with its permission

# STATE AUTO®
Insurance Companies

**BOP 2870198   00**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EQUIPMENT BREAKDOWN ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

Paragraph G.5. Optional Coverages, Mechanical Breakdown is deleted. The following is added to Paragraph A.5. Additional Coverages of the Businessowners Special Property Coverage Form:

Equipment Breakdown Coverage

1. We will pay for loss caused by or resulting from an "accident" to "covered equipment". "Covered equipment" means Covered Property built to operate under vacuum or pressure, other than weight of contents, or used for the generation, transmission or utilization of energy. As used in this endorsement, an "accident" means direct physical loss as follows:

   a. mechanical breakdown, including rupture or bursting caused by centrifugal force; artificially generated electric current, including electric arcing, that disturbs electrical devices, appliances or wires;

   b. explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control;

   c. loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment; or

   d. loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

   If an initial "accident" causes other "accidents", all will be considered one "accident". All "accidents" that are the result of the same event will be considered one "accident".

2. Coverage Extensions
   The following coverage extensions also apply to loss caused by or resulting from an "accident" to "covered equipment". These coverage extensions do not provide additional amounts of insurance.

   a. Expediting Expenses: With respect to your damaged Covered Property, we will pay the reasonable extra costs, up to $50,000, to:
      (1) make temporary repairs; and
      (2) expedite permanent repairs or permanent replacement.

   b. Hazardous Substances: We will pay for the additional cost to repair or replace Covered Property because of contamination by a "hazardous substance". This includes the additional expenses to clean up or dispose of such property. "Hazardous substance" means any substance other than ammonia that has been declared to be hazardous to health by a governmental agency. Additional costs mean those beyond what would have been required had no "hazardous substance" been involved. The most we will pay for loss or damage under this coverage extension, including actual loss of Business Income you sustain, necessary Extra Expense you incur and loss under Spoilage coverage is $50,000.

   c. Spoilage: We will pay for loss or damage to "perishable goods" due to spoilage. This includes loss or damage as a result of contamination by the release of refrigerant, including but not limited to ammonia.

      We will also pay any necessary expenses you incur to reduce the amount of loss to "perishable goods" under this extension. We will pay for such expenses to the extent that they do not exceed the amount of loss that otherwise would have been payable under this coverage extension.

      If you are unable to replace the "perishable goods" before its anticipated sale, the amount of our payment will be determined on the basis of the sales price of the "perishable goods" at the time of the "accident", less discounts and expenses you otherwise would have had. Otherwise our payment will be determined in accordance with the Loss Payment condition.

**BP2115 (07/00)   Page 1 of 3**
*//*BP2115-200007

Copyright, Insurance Services Office, Inc., 1997

**STATE AUTO**®
Insurance Companies

Additional Definition: For the purpose of this endorsement, "perishable goods" means Your Business Personal Property maintained under controlled conditions for its preservation, and susceptible to loss or damage if the controlled conditions change.

The most we will pay for loss or damage to "perishable goods" is $50,000.

d. Computer Equipment: We will pay for loss or damage caused by or resulting from an "accident" to "computer equipment". "Computer equipment" means Covered Property that is electronic computer or other data processing equipment, including peripherals, used in conjunction with such equipment and Electronic Media and Records as defined in Property Loss Conditions, Limitation--Electronic Media and Records. The most we will pay for loss or damage under this coverage extension, including actual loss of Business Income you sustain and necessary Extra Expense you incur, is $50,000. Computers used primarily to control or operate "covered equipment" are not subject to this limit.

e. Data Restoration: We will pay for your cost to research, replace and restore data, including programs and operating systems, that are lost or corrupted due to an "accident". The most we will pay for loss or damage under this extension is $50,000.

f. CFC Refrigerants: We will pay for the additional cost to repair or replace Covered Property because of the use or presence of a refrigerant containing CFC (chlorofluorocarbon) substances. This means the additional expense to do the least expensive of the following:

(1) Repair the damaged property and replace any lost CFC refrigerant;

(2) Repair the damaged property, retrofit the system to accept a non-CFC refrigerant and charge the system with a non-CFC refrigerant; or

(3) Replace the system with one using a non-CFC refrigerant.

Additional costs mean those beyond what would have been required had no CFC refrigerant been involved. The most we will pay for loss or damage under this coverage extension, including actual loss of Business Income you sustain, necessary Extra Expense you incur and loss under Spoilage coverage, is $50,000.

g. Service Interruption: The insurance provided for Business Income, Extra Expense and Spoilage is extended to apply to loss caused by or resulting from an "accident" to equipment that is owned by a utility, landlord, or other supplier with whom you have a contract to provide you with any of the following services: electrical power, communications, waste disposal, air conditioning, refrigeration, heating, gas, air, water or steam.

3. Exclusions

All exclusions and limitations apply except:

a. Exclusions B.2.a., B.2.d. and B.2.k.(6); and

b. Limitations A.4.a.(1) and A.4.a.(2).

The following exclusions are modified as shown:

a. The following is added to Exclusion B.1.g., water: However, if electrical "covered equipment" requires drying out because of the above, we will pay for the direct expenses of such drying out subject to the applicable Limit of Insurance for Building or Business Personal Property, whichever applies.

b. For the purpose of this endorsement, the last paragraph of Exclusion B.2.k. is deleted and replaced with the following: But if an excluded cause of loss that is listed in B.2.k.(1) through B.2.k.(7) results in an "accident," we will pay for the loss or damage caused by that "accident".

c. None of the following is "covered equipment":

(1) structure, foundation, cabinet, compartment or air supported structure or building;

(2) insulating or refractory material

**BP2115 (07/00)   Page 2 of 3**

Copyright, Insurance Services Office, Inc., 1997

Issue Date  04/07/2016        03:08:27 PM

(3) sewer piping, underground vessels or piping, or piping forming a part of a sprinkler system;

(4) water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;

(5) excavation equipment or construction equipment; or

(6) vehicle, aircraft, floating vessel or any equipment mounted on such vehicle, aircraft or floating vessel. However, any property that is stationary, permanently installed at a covered location and that receives electrical power from an external power supplier will not be considered a vehicle, aircraft or floating vessel.

d. We will not pay under this endorsement for loss or damage caused by or resulting from any defect, virus, loss of data or other situation within Electronic Media and Records. But if loss or damage from an "accident" results, we will pay for that resulting loss or damage.

e. With respect to Service Interruption coverage and Spoilage coverage, we will also not pay for loss or damage caused by or resulting from: fire; lightning; windstorm or hail; explosion (except for steam or centrifugal explosion); smoke; aircraft or vehicles; riot or civil commotion; vandalism; sprinkler leakage; falling objects; weight of snow, ice or sleet; freezing or collapse.

f. With respect to Service Interruption coverage and Business Income and Extra Expense coverages, we will also not pay for delay in resuming operations due to the need to reconstruct or reinput data or programs on Electronic Media and Records.

4. Conditions:

a. Suspension: When any "covered equipment" is found to be in, or exposed to a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an "accident" to that "covered equipment". We can do this by mailing or delivering a written notice of suspension to your address as shown in the Declarations, or at the address where the equipment is located. Once suspended in this way, your insurance can be reinstated only by an endorsement for that "covered equipment". If we suspend your insurance, you will receive a pro rata refund of premium. But the suspension will be effective even if we have not yet made or offered a refund.

b. Jurisdictional Inspections: If any property that is "covered equipment" under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf.

c. Environmental, Safety and Efficiency Improvements: If "covered equipment" requires replacement due to an "accident", we will pay your additional cost to replace with equipment that is better for the environment, safer or more efficient than the equipment being replaced. However, we will not pay more than 125% of what the cost would have been to repair or replace with like kind and quality. This condition does not increase any of the applicable limits. This condition does not apply to any property to which Actual Cash Value applies.

5. Limits:

The most we will pay for loss or damage under this endorsement is the Limit of Insurance for Building and/or Business Personal Property, as shown in the Declarations. Coverage provided under this endorsement does not provide an additional amount of insurance.

**BP2115 (07/00) Page 3 of 3**
*//*BP2115-200007

Copyright, Insurance Services Office, Inc., 1997

# STATE AUTO®
Insurance Companies

**BOP 2870198    00**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PERSONAL PROPERTY OF OTHERS - BAILEE FORM

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

The coverage provided by this endorsement is subject to the provisions applicable to the Businessowners Special Property Coverage Form attached to this policy, including the deductible provisions, except as otherwise provided within this endorsement.

A.  Coverage
    Paragraph **c.** is added to **A.1.** Covered Property as follows:
    c.  Personal property of others, excluding animals, that is in your care, custody or control while:
        1.  in or on the buildings at the described premises or
        2.  in the open (or in a vehicle) within 100 feet of the described premises,
        except as otherwise provided in Loss Payment Property Loss Condition E.6.d.(3)(b).
C.  Limits of Insurance
    With respects to above paragraph **A.1.c.**, Paragraph **C.1.**, Limits Of Insurance, is replaced by the following:
    1.  The most we will pay for loss or damage to any item in any one occurrence is the applicable Limit of Insurance shown in the Declarations.
E.  Property Loss Conditions
    With respect to above paragraph A.1.c., Item 6.d.(3)(b), Loss Payment, is deleted and replaced with the following:
    (b)  Property of others, plus the cost of labor, materials or services furnished or arranged by you on personal property of others.

**BP2169 (01/02)   Page 1 of 1**
*//*BP2169-200201

# STATE AUTO®
Insurance Companies

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# HIRED AUTO AND NON-OWNED AUTO LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

### SCHEDULE

| Coverage | Additional Premium |
|---|---|
| **A. Hired Auto Liability:** | $ |
| **B. Non-Owned Auto Liability:** | $ |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A.** Insurance is provided only for those coverages for which a specific premium charge is shown in the Declarations or in the Schedule.

**1. Hired Auto Liability**

The insurance provided under **Section I - Coverage A - Bodily Injury And Property Damage Liability**, applies to "bodily injury" or "property damage" arising out of the maintenance or use of a "hired auto" by you or your "employees" in the course of your business.

**2. Non-Owned Auto Liability**

The insurance provided under **Section I - Coverage A - Bodily Injury And Property Damage Liability**, applies to "bodily injury" or "property damage" arising out of the use of any "non-owned auto" in your business by any person.

**B.** For insurance provided by this endorsement only:

**1.** The exclusions, under Paragraph **2.. Section I - Coverage A - Bodily Injury And Property Damage Liability**, other than Exclusions **a.**, **b.**, **d.**, **f.** and **i.** and the Nuclear Energy Liability Exclusion **(IL 00 21)**, are deleted and replaced by the following:

**a.** "Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies:

**(a)** Whether the insured may be liable as an employer or in any other capacity; and

**(b)** To any obligation to share damages with or repay someone else who must pay damages because of injury.

This exclusion does not apply to:

**(i)** Liability assumed by the insured under an "insured contract"; or

**(ii)** "Bodily injury" arising out of and in the course of domestic employment by the insured unless benefits for such injury are in whole or in part either payable or required to be provided under any workers compensation law.

**b.** "Property damage" to:

**(1)** Property owned or being transported by, or rented or loaned to the insured; or

**(2)** Property in the care, custody or control of the insured.

**2. Section II - Who Is An Insured** is replaced by the following:

Each of the following is an insured under this endorsement to the extent set forth below:

**a.** You;

**b.** Any other person using a "hired auto" with your permission;

**c.** For a "non-owned auto":

**(1)** Any partner or "executive officer" of yours; or

**(2)** Any "employee" of yours

but only while such "non-owned auto" is being used in your business; and

**d.** Any other person or organization, but only for their liability because of acts or omissions of an insured under **a.**, **b.** or **c.** above.

Includes Copyrighted material of
Insurance Services Office, Inc. with its permission

0007883   Printed:
04/08/16   01:21:05

None of the following is an insured:

**(1)** Any person engaged in the business of his or her employer for "bodily injury" to any co-"employee" of such person injured in the course of employment, or to the spouse, child, parent, brother or sister of that co-"employee" as a consequence of such "bodily injury", or for any obligation to share damages with or repay someone else who must pay damages because of the injury;

**(2)** Any partner or "executive officer" for any "auto" owned by such partner or officer or a member of his or her household;

**(3)** Any person while employed in or otherwise engaged in duties in connection with an "auto business", other than an "auto business" you operate;

**(4)** The owner or lessee (of whom you are a sublessee) of a "hired auto" or the owner of a "non-owned auto" or any agent or "employee" of any such owner or lessee; or

**(5)** Any person or organization for the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations.

**C.** The following additional definitions apply:

**1.** "Auto Business" means the business or occupation of selling, repairing, servicing, storing or parking "autos".

**2.** "Hired Auto" means any "auto" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent, or borrow from any of your "employees", your partners or your "executive officers" or members of their households.

**3.** "Non-Owned Auto" means any "auto" you do not own, lease, hire, rent or borrow which is used in connection with your business. This includes "autos" owned by your "employees", your partners or your "executive officers", or members of their households, but only while used in your business or your personal affairs.

**BP 04 04C 01 08 Page 2 of 2**
*//*BP 04 04C 01 08

Includes Copyrighted material of
Insurance Services Office, Inc. with its permission

0007884   Printed:
04/08/16   01:21:05

# STATE AUTO®
### Insurance Companies

**BOP 2870198    00**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# APPURTENANT STRUCTURES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

The provisions of the policy apply except as modified by this endorsement.

1.  The following is added to Buildings, Paragraph A.1.a (6):

    Appurtenant structures or outbuildings located on the same premises as the building(s) described in the Declarations.

2.  The most we will pay for loss to appurtenant structures is the lesser of the following amounts:

    a.  Ten percent of the building limit shown in the Declarations for the building on the premises where the appurtenant structure is located; or

    b.  $10,000.

**BP2102 (07/00)   Page 1 of 1**
*//*BP2102-200007
Copyright, Insurance Services Office, Inc., 1997

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ARSON AND THEFT REWARD

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

The provisions of the policy apply except as modified by this endorsement.

The following is added to Paragraph A.5, Additional Coverages:

Arson and Theft Information

We will pay the expenses to provide rewards given to any person or persons other than you; your officers; your partners; your employees; or public police or fire officials for information leading to a conviction in connection with:

1.  A fire loss to the described premises caused by arson;

2.  An actual or attempted theft of money or other covered Business Personal Property; or

3.  A vandalism loss to the described premises.

Costs incurred in advertising the reward are included. The most we will pay under this provision is the limit indicated in the Declarations. This limit applies per occurrence regardless of the number of persons providing information.

**BP2103 (07/00)   Page 1 of 1**
*//*BP2103-200007
Copyright, Insurance Services Office, Inc., 1997

**STATE AUTO®**
Insurance Companies

**BOP 2870198    00**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXHIBITIONS, FAIRS, SALES SAMPLES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

The provisions of the policy apply except as modified by this endorsement.

The following is added to Paragraph A.6, Coverage Extensions:

Exhibitions, Fairs, Sales Samples

You may extend the insurance that applies to Business Personal Property to apply to covered Business Personal Property, other than "money" and "securities," "valuable papers and records" or accounts receivable, while away from the insured premises:

1.  In the course of transit; or

2.  Temporarily on exhibit or display; or

3.  In the custody of your sales representatives; or

4.  In your custody while acting as a sales representative.

The most we will pay for loss or damage under this Extension is shown in the Declarations as Exhibitions/Fairs/Sales Samples.

**BP2118 (07/00)    Page 1 of 1**
*//*BP2118-200007

Includes copyrighted material of Insurance Services Office, Inc., with its permission

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FIRE EXTINGUISHER RECHARGE EXPENSE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

The provisions of the policy apply except as modified by this endorsement.

The following is added to Paragraph A.5, Additional Coverages:

Fire Extinguisher Recharge

1.  We will pay for your expense to recharge portable fire extinguishers used to fight a fire at the premises described in the Declarations or at immediately adjacent premises that expose your property to loss.

2.  The most we will pay under this provision is shown in the Declarations as Fire Extinguisher Recharge.

**BP2121 (07/00)    Page 1 of 1**
*//*BP2121-200007

Copyright, Insurance Services Office, Inc., 1997

Issue Date  04/07/2016        03:08:27 PM

# STATE AUTO®
Insurance Companies

**BOP 2870198   00**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOCK AND KEY REPLACEMENT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

The provisions of the policy apply except as modified by this endorsement.

The following is added to Paragraph A.6, Coverage Extensions:

Lock and Key Replacement

You may extend the insurance that applies to Covered Property to pay for expenses incurred to replace the door locks, cylinders or keys of your described premises following a covered burglary or vandalism loss or due to theft of your door keys.

The most we will pay under this extension is the amount indicated as Lock and Key Replacement in the Declarations.

**BP2128 (07/00)   Page 1 of 1**
*//*BP2128-200007

Copyright, Insurance Services Office, Inc., 1997

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PREMISES BOUNDARY

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

The provisions of the policy apply except as modified by this endorsement.

Provisions relating to "within 100 feet of the described premises" contained in the Businessowners Special Property Coverage Form are deleted and replaced by the following:

within 1,000 feet of the described premises

**BP2132 (07/00)   Page 1 of 1**
*//*BP2132-200007

# STATE AUTO®
Insurance Companies

**BOP 2870198   00**

---

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EXCLUSION - "FUNGI", WET ROT, DRY ROT AND BACTERIA

This endorsement modifies insurance provided under the following:

ORDINANCE OR LAW COVERAGE

A.  Paragraph 2. is amended to read as follows:
   2.  We will not pay under Coverage A, Coverage B, or Coverage C of this endorsement for:
     a.  Enforcement of any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungi", wet or dry rot or bacteria; or
     b.  The costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungi", wet or dry rot or bacteria.
B.  Section 7. is added as follows:
   7.  Definitions
     "Fungi" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**BP2172 (11/02)   Page 1 of 1**
*//*BP2172-200211
     Includes copyrighted material of Insurance Services Office, Inc., with its permission

---

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BRANDS AND LABELS

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

The provisions of the policy apply except as modified by this endorsement.

If branded or labeled merchandise that is Covered Property is damaged by a Covered Cause of Loss, we may take all or any part of the property at an agreed or appraised value.  If so, you may, at your own expense:

A.  Stamp salvage on the merchandise or its containers, if the stamp will not physically damage the merchandise; or

B.  Remove the brands or labels, if doing so will not physically damage the merchandise.  You must re-label the merchandise or its containers to comply with the law.

**BP2105 (07/00)  Page 1 of 1**
*//*BP2105-200007
     Includes copyrighted material of Insurance Services Office, Inc., with its permission

# STATE AUTO®
## Insurance Companies

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONSEQUENTIAL DAMAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

The provisions of the policy apply except as modified by this endorsement.

The following is added to Paragraph A.5, Additional Coverages:

Consequential Loss or Damage

If a Covered Cause of Loss occurs to covered Business Personal Property, we will pay any reduction in value of the remaining undamaged product part or parts.

Consequential damage means loss arising out of the part or parts of your covered business personal property that are not lost or damaged, but are unmarketable as a complete product due to a covered cause of loss resulting in physical loss or damage to your business personal property.

The most we will pay under this extension is the amount indicated as Consequential Damage in the Declarations.

**BP2112 (07/00)   Page 1 of 1**
*//*BP2112-200007

Copyright, Insurance Services Office, Inc., 1997

---

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXTENDED OUTDOOR PROPERTY

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

The provisions of the policy apply except as modified by this endorsement.

Paragraph A.6.c., Outdoor Property, is deleted and replaced by the following:

c.   Extended Outdoor Property, Other than Signs

You may extend the insurance provided by this policy to apply to your outdoor fences, awnings, radio and television antennas (including satellite dishes), lawns, trees, shrubs and plants, including debris removal expense, caused by or resulting from any of the "Specified Causes of Loss."

The most we will pay for loss or damage under this extension is the amount indicated for Extended Outdoor Property on the Declarations.   However, we will not pay more than $1,000 for damage to lawns or any one tree, shrub or plant.

**BP2120 (07/00)   Page 1 of 1**
*//*BP2120-200007

Includes copyrighted material of Insurance Services Office, Inc., with its permission

0007889    Printed:
04/08/16   01:21:05

# STATE AUTO®
Insurance Companies

**BOP 2870198   00**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LEASE GAP ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

The provisions of the policy apply except as modified by this endorsement.

The following is added to Paragraph E.6., Loss Payment:

(9) Applicable to covered Business Personal Property you lease or rent from others:

In the event of a covered loss to leased or rented equipment, our limit of liability will be the greater of:

1. The amount due under the terms of the lease or rental agreement to which your covered Business Personal Property is subject; or

2. The cost to repair or replace, with property of like kind and quality.

**BP2126 (07/00)  Page 1 of 1**
*//*BP2126-200007

Copyright, Insurance Services Office, Inc., 1997

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ASBESTOS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM
BUSINESSOWNERS LIABILITY COVERAGE FORM

This insurance does not apply to:
**A.** "Bodily injury," "property damage" or "personal and advertising injury" as defined in the policy arising out of:
  **1.** Inhaling, ingesting or prolonged physical exposure to asbestos or goods or products containing asbestos;
  **2.** The use of asbestos in constructing or manufacturing any goods, product, or structure;
  **3.** The removal of asbestos from any goods, product or structure;
  **4.** The manufacture, transportation, storage or disposal of asbestos or goods or products containing asbestos;
**B.** Any damages or any loss, cost or expense arising out of any claim or suit by or on behalf of any governmental authority requirement that any insured or any other person or entity should be, or should be responsible for:
  **1.** Assessing the presence, absence or amount or effects of asbestos;
  **2.** Identifying, sampling or testing for, detecting, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, abating, disposing of or mitigating asbestos; or
**C.** Responding to asbestos in any way other than as described in subparagraphs **A.** and **B.** above.
**D.** Any actual or alleged negligence in hiring, training, supervision, instructions, recommendations, warnings or advice given or which should have been given to employees, consumers, or others in connection with **A.** and **B.** above; or
**E.** Any obligation to share damages with or repay someone else who must pay damages in connection with any of the subsections above.

**SL2002 (01/06)  Page 1 of 1**
*//*SL2002-200601

Includes copyrighted material of
Insurance Services Office, Inc. with its permission

# STATE AUTO®
## Insurance Companies

**BOP 2870198    00**

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION - LEAD LIABILITY

The following exclusions are added to all coverages contained within.

COMMERCIAL GENERAL LIABILITY COVERAGE FORM
BUSINESSOWNERS LIABILITY COVERAGE FORM

This insurance does not apply to:

1. Actual or alleged "bodily injury," arising out of the ingestion, inhalation or absorption of lead or lead compounds in any form.

2. Actual or alleged "property damage" or "personal and advertising injury" arising out of any form of lead or lead compounds.

3. Any loss, cost or expense arising out of any:

   a. Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of lead or lead compounds;

   b. Claim or "suit" by or on behalf of any governmental authority for damages resulting from testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing or in any way responding to or assessing the effects of lead or lead compounds in any form;

   c. Any actual or alleged negligence in hiring, training, supervision, instructions, recommendations, warnings or advice given or which should have been given to employees, consumers, or others in connection with lead or lead compounds; or

   d. Any obligation to share damages with or repay someone else who must pay damages in connection with lead or lead compounds.

**SL2004 (01/06)  Page 1 of 1**
*//*SL2004-200601

Includes copyrighted material of
Insurance Services Office, Inc. with its permission

# STATE AUTO®
Insurance Companies

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MARYLAND CHANGES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM
COMMERCIAL GENERAL LIABILITY COVERAGE FORM
LIQUOR LIABILITY COVERAGE FORM
BUSINESSOWNERS COMMON POLICY CONDITIONS

**A. Businessowners Special Property Coverage** Form **BP 00 02** is amended as follows:

1. Paragraph **E.4. Legal Action Against Us** Property Loss Condition is replaced by the following:

    **4. Legal Action Against Us**

    No one may bring a legal action against us under this policy unless:

    **a.** There has been full compliance with all of the terms of this policy; and

    **b.** The action is brought within three years from the date it accrues.

2. If this policy has been issued to a condominium association, Paragraphs **F.2.f.** and **g. Mortgageholders** Property General Condition are replaced by the following:

    **f.** If we cancel this policy, we will give written notice to the mortgageholder at least 30 days before the effective date of cancellation.

    **g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 30 days before the expiration date of this policy.

**B. Businessowners Common Policy Conditions BP 00 09C** is amended as follows:

1. Paragraph **A. Cancellation** is amended as follows:

    Paragraphs **2.** and **3.** are replaced by the following:

    **a.** When this policy has been in effect for 45 days or less and is not a renewal policy, we may cancel this policy by mailing to the first Named Insured at the last mailing address known to us written notice of cancellation, stating the reason for cancellation, at least:

    **(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium.

    **(2)** 15 days before the effective date of cancellation if we cancel because the risk does not meet our underwriting standards.

    However, if this policy has been issued to a condominium association, we may cancel this policy by mailing or delivering

the written notice at least 30 days before the effective date of cancellation. The notice will be mailed or delivered to the first Named Insured, the council of unit-owners and each unit-owner to whom a certificate of insurance has been issued.

**b.** When this policy has been in effect for more than 45 days or is a renewal policy, we may cancel this policy by mailing to the first Named Insured at the last mailing address known to us written notice of cancellation at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium, except as provided in Paragraph **b.(2).**

**(2)** 30 days before the effective date of cancellation if we cancel a condominium association policy for nonpayment of premium.

**(3)** 45 days before the effective date of cancellation if we cancel for a permissible reason other than nonpayment of premium, stating the reason for cancellation. Under this Paragraph **(3)**, we may cancel only for one or more of the following reasons:

**(a)** When there exists material misrepresentation or fraud in connection with the application, policy, or presentation of a claim.

**(b)** A change in the condition of the risk that results in an increase in the hazard insured against.

**(c)** A matter or issue related to the risk that constitutes a threat to public safety.

If this policy has been issued to a condominium association, the notice of cancellation will be mailed or delivered to the first Named Insured, the council of unit owners and each unit owner to whom a certificate of insurance has been issued.

If we cancel pursuant to Paragraph **b.(3)**, you may request additional information on the reason for cancellation within 30 days from the date of our notice.

**BP 01 64C 12 10 Page 1 of 2**
*//*BP0164C-201012

*d* Insurance Services Office, Inc., 2010

# STATE AUTO®
Insurance Companies

**c.** Paragraph **5**. is replaced by the following:

If this policy is canceled, we will send the first Named Insured any premium refund due.

If we cancel, the refund will be pro rata. If the first Named Insured cancels:

**a.** The refund will be 90% of the pro rata unearned premium; and

**b.** We will retain the minimum premium, except if the policy is canceled as of the inception date.

However, if this policy is financed by a premium finance company and we or the premium finance company or the first Named Insured cancels the policy, the refund will consist of the gross unearned premium computed pro rata, excluding any expense constant, administrative fee or nonrefundable charge filed with and approved by the insurance commissioner.

The cancellation will be effective even if we have not made or offered a refund.

**d.** Paragraph **6**. is replaced by the following:

We will send notice of cancellation to the first Named Insured by certificate of mail if:

**a.** We cancel for nonpayment of premium; or

**b.** This policy is not a renewal of a policy we issued and has been in effect for 45 days or less.

We will send notice to the first Named Insured by certificate of mail or by commercial mail delivery service if we cancel for a reason other than nonpayment of premium and this policy:

**a.** Is a renewal of a policy we issued; or

**b.** Has been in effect for more than 45 days.

We will maintain proof of mailing in a form authorized or accepted by the United States Postal Service or by other commercial mail delivery service when such service is used. Proof of mailing will be sufficient proof of notice.

**2.** Paragraph **C. Concealment, Misrepresentation Or Fraud** is replaced by the following:

We do not provide coverage in any case of fraud by you, at any time, as it relates to this policy. We also do not provide coverage if you or any other insured, at any time, intentionally conceals or misrepresents a material fact concerning:

**1.** This policy;

**2.** The covered property;

**3.** Your interest in the covered property; or

**4.** A claim under this policy.

**3.** The following condition is added:

**N. Premium Audit**

Premium shown in this policy as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit premiums is 30 days from the date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**4.** The following condition is added:

**M. Nonrenewal**

**1.** We may elect not to renew this policy by mailing notice of nonrenewal to the first Named Insured at the last mailing address known to us at least 45 days before the expiration date of this policy.

**2.** We will send notice of nonrenewal to the first Named Insured by certificate of mail or by commercial mail delivery service. We will maintain proof of mailing in a form authorized or accepted by the United States Postal Service or by other commercial mail delivery service when such service is used. Proof of mailing will be sufficient proof of notice.

**3.** When we elect not to renew a policy that has been in effect for more than 45 days for a reason other than nonpayment of premium, we will provide a written statement of the actual reason for the refusal to renew. You may request additional information within 30 days from the date of our notice.

**4.** If we offer to renew at least 45 days before the renewal date and you fail to make the required premium payment by the renewal date, the policy will terminate on the renewal date for nonpayment of premium.

**BP 01 64C 12 10 Page 2 of 2**
*//*BP0164C-201012

*d* Insurance Services Office, Inc., 2010

# STATE AUTO®
Insurance Companies

**BOP 2870198    00**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# DEDUCTIBLE LIABILITY INSURANCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Coverage | Amount and Basis of Deductible | |
| --- | --- | --- |
| | PER CLAIM    or | PER OCCURRENCE |
| Bodily Injury Liability | $ | $ |
| OR | | |
| Property Damage Liability | $ | $ |
| OR | | |
| Bodily Injury Liability and/or | $ | $ |
| Property Damage Liability Combined | | |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**APPLICATION OF ENDORSEMENT** (Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to damages for all "bodily injury" and "property damage", however caused):

**A.** Our obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule above as applicable to such coverages.

**B.** You may select a deductible amount on either a per claim or a per "occurrence" basis. Your selected deductible applies to the coverage option and to the basis of the deductible indicated by the placement of the deductible amount in the Schedule above. The deductible amount stated in the Schedule above applies as follows:

**1. PER CLAIM BASIS.** If the deductible amount indicated in the Schedule above is on a per claim basis, that deductible applies as follows:

**a.** Under Bodily Injury Liability Coverage, to all damages sustained by any one person because of "bodily injury";

**b.** Under Property Damage Liability Coverage, to all damages sustained by any one person because of "property damage"; or

**c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages sustained by any one person because of:
  **(1)** "Bodily injury";
  **(2)** "Property damage"; or
  **(3)** "Bodily injury" and "property damage" combined

as the result of any one "occurrence".

If damages are claimed for care, loss of services or death resulting at any time from "bodily injury", a separate deductible amount will be applied to each person making a claim for such damages.

With respect to "property damage", person includes an organization.

**2. PER OCCURRENCE BASIS.** If the deductible amount indicated in the Schedule above is on a "per occurrence" basis, that deductible amount applies as follows:

**a.** Under Bodily Injury Liability Coverage, to all damages because of "bodily injury";

**b.** Under Property Damage Liability Coverage, to all damages because of "property damage"; or

**CG 03 00 01 96 Page 1 of 2**
*//*CG 03 00 01 96

Copyright, Insurance Services Office, Inc., 1994

0007894    Printed:
04/08/16    01:21:05

**c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages because of:
  **(1)** "Bodily injury";
  **(2)** "Property damage"; or
  **(3)** "Bodily injury" and "property damage" combined

as the result of any one "occurrence", regardless of the number of persons or organizations who sustain damages because of that "occurrence".

**C.** The terms of this insurance, including those with respect to:

**1.** Our right and duty to defend the insured against any "suits" seeking those damages; and

**2.** Your duties in the event of an "occurrence", claim, or "suit"

apply irrespective of the application of the deductible amount.

**D.** We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

**CG 03 00 01 96 Page 2 of 2**
*//*CG 03 00 01 96

Copyright, Insurance Services Office, Inc., 1994

# STATE AUTO®
Insurance Companies

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# DATA COMPROMISE PLUS

### RESPONSE EXPENSES
### DEFENSE AND LIABILITY
### IDENTITY RECOVERY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Coverage under this endorsement is subject to the following:

### SCHEDULE

**SECTION 1 - RESPONSE EXPENSES**

| | | |
|---|---|---|
| Data Compromise Response Expenses Limit: | $50,000 | Annual Aggregate |
| Sublimits: | | |
| Named Malware (Sec. 1) | $50,000 | Any one "Personal Data Compromise" |
| Forensic IT Review: | $5,000 | Any one "Personal Data Compromise" |
| Legal Review: | $5,000 | Any one "Personal Data Compromise" |
| PR Services: | $5,000 | Any one "Personal Data Compromise" |
| Response Expenses Deductible: | $1,000 | Any one "Personal Data Compromise" |

**SECTION 2 - DEFENSE AND LIABILITY**

| | | |
|---|---|---|
| Data Compromise Defense and Liability Limit: | $50,000 | Annual Aggregate |
| Sublimit: | | |
| Named Malware (Sec. 2) | $50,000 | Any one "Personal Data Compromise" |
| Defense and Liability Deductible: | $1,000 | Each "Data Compromise Suit" |

**SECTION 3 - IDENTITY RECOVERY**

| | | |
|---|---|---|
| Case Management Service: | Service for any one "identity theft" for up to 12 months | |
| Expense Reimbursement Limit: | $15,000 | Annual Aggregate |
| Expense Reimbursement Deductible: | $250 | Any one "identity recovery insured" |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** The following is added to **SECTION I - COVERAGES** as an Additional Coverage.
**SECTION 1 - RESPONSE EXPENSES**
**DATA COMPROMISE COVERED CAUSE OF LOSS**
Coverage under this Data Compromise Plus Coverage endorsement applies only if all of the following conditions are met:
**1.** There has been a "personal data compromise"; and
**2.** Such "personal data compromise" is first discovered by you during the policy period for which this Data Compromise Plus Coverage endorsement is applicable; and
**3.** Such "personal data compromise" is reported to us within 60 days after the date it is first discovered by you.

**COVERAGE - SECTION 1**
If the three conditions listed above in DATA COMPROMISE - COVERED CAUSE OF LOSS have been met, then we will provide coverage for the following expenses when they arise directly  from the covered cause of loss and are necessary and reasonable. Coverages **4** and **5** apply only if there has been a notification of the "personal data compromise" to "affected individuals" as covered under coverage **3**.
Please note that service providers must be approved by us as described in Additional Condition **6. - Service Providers.**
**1.  Forensic Information Technology Review**
Professional information technologies review if needed to determine, within the constraints of what is

**SL 31 08 06 14 Page 1 of 10**
*//*SL3108-201406

***d*** 2006. 2009. 2012
Includes copyrighted material of
Insurance Services Office, Inc., with its permission

possible and reasonable, the nature and extent of the "personal data compromise" and the number and identities of the "affected individuals".

This does not include costs to analyze, research or determine any of the following:

**a.**  Vulnerabilities in systems, procedures or physical security;

**b.**  Compliance with PCI or other industry security standards; or

**c.**  The nature or extent of loss or damage to data that is not "personally identifying information" or "personally sensitive information".

If there is reasonable cause to suspect that a covered "personal data compromise" may have occurred, we will pay for costs covered under Forensic Information Technology Review, even if it is eventually determined that there was no covered "personal data compromise". However, once it is determined that there was no covered "personal data compromise", we will not pay for any further costs.

**2.  Legal Review**

Professional legal counsel review of the "personal data compromise" and how you should best respond to it.

If there is reasonable cause to suspect that a covered "personal data compromise" may have occurred, we will pay for costs covered under Legal Review, even if it is eventually determined that there was no covered "personal data compromise". However, once it is determined that there was no covered "personal data compromise", we will not pay for any further costs.

**3.  Notification to "Affected Individuals"**

We will pay your necessary and reasonable costs to provide notification of the "personal data compromise" to "affected individuals".

**4.  Services to "Affected Individuals"**

We will pay your necessary and reasonable costs to provide the following services to "affected individuals".

**a.**  The following services apply to any "personal data compromise".

   **1)**  Informational Materials

   A packet of loss prevention and customer support information.

   **2)**  Help Line

   A toll-free telephone line for "affected individuals" with questions about the "personal data compromise". Where applicable, the line can also be used to request additional services as listed in **b.1)** and **2)**

**b.**  The following additional services apply to "personal data compromise" events involving "personally identifying information".

   **1)**  Credit Report and Monitoring

   A credit report and an electronic service automatically monitoring for activities affecting an individual's credit records. This service is subject to the "affected individual" enrolling for this service with the designated service provider.

   **2)**  Identity Restoration Case Management

   As respects any "affected individual" who is or appears to be a victim of an "identity theft" that may reasonably have arisen from the "personal data compromise", the services of an identity restoration professional who will assist that "affected individual" through the process of correcting credit and other records and, within the constraints of what is possible and reasonable, restoring control over his or her personal identity.

**5.  PR Services**

Professional public relations firm review of and response to the potential impact of the "personal data compromise" on your business relationships.

This includes costs to implement public relations recommendations of such firm. This may include advertising and special promotions designed to retain your relationship with "affected individuals". However, we will not pay for promotions:

**a.**  Provided to any of your directors or employees; or

**b.**  Costing more than $25 per "affected individual".

For the purpose of the **Section 1** coverage under this endorsement only, the following replaces **SECTION III - LIMITS OF INSURANCE**

**LIMITS - SECTION 1**

**1.**  The most we will pay under Response Expenses coverage is the Data Compromise Response Expenses Limit indicated for this endorsement.

**2.**  The Data Compromise Response Expenses Limit is an annual aggregate limit. This amount is the most we will pay for the total of all loss covered under **Section 1** arising out of all "personal data compromise" events which are first discovered by you during the present annual policy period. This limit

**SL 31 08 06 14 Page 2 of 10**
*//*SL3108-201406

**d** 2006. 2009. 2012
Includes copyrighted material of
Insurance Services Office, Inc., with its permission

applies regardless of the number of "personal data compromise" events discovered by you during that period.

3.  A "personal data compromise" may be first discovered by you in one policy period but cause covered costs in one or more subsequent policy periods. If so, all covered costs arising from such "personal data compromise" will be subject to the Data Compromise Response Expenses Limit applicable to the policy period when the "personal data compromise" was first discovered by you.

4.  The most we will pay under Response Expenses coverage for loss arising from any "malware-related compromise" is the Named Malware (Sec. 1) sublimit indicated for this endorsement. For the purpose of the Named Malware (Sec. 1) sublimit, all "malware-related compromises" that are caused, enabled or abetted by the same virus or other malicious code are considered to be a singe "personal data compromise".

5.  The most we will pay under Forensic IT Review, Legal Review and PR Services coverages for loss arising from any one "personal data compromise" is the applicable sublimit for each of those coverages indicated for this endorsement. These sublimits are part of, and not in addition to, the Data Compromise Response Expenses Limit. PR Services coverage is also subject to a limit per "affected individual" as described in **5. PR Services**.

6.  Coverage for Services to "affected individuals" is limited to costs to provide such services for a period of up to one year from the date of the notification to the "affected individuals". Notwithstanding, coverage for Identity Restoration Case Management services initiated within such one year period may continue for a period of up to one year from the date such Identity Restoration Case Management services are initiated.

**DEDUCTIBLE -  SECTION 1**
Response Expenses coverage is subject to the Response Expenses Deductible indicated for this endorsement. You will be responsible for such deductible amount as respects each "personal data compromise" covered under this endorsement.

B.  The following is added to **SECTION I -  COVERAGES** as an Additional Coverage.
**SECTION 2 - DEFENSE AND LIABILITY**
**DEFENSE AND LIABILITY COVERED CAUSE OF LOSS**
Coverage under **Section 1** and **Section 2** of this Data Compromise Plus Coverage endorsement applies only if all three of the conditions in DATA COMPROMISE - COVERED CAUSE OF LOSS are met.
Only with regard to **Section 2 - Defense and Liability** coverage, the following conditions must also be met:

1.  You have provided notifications and services to "affected individuals" in consultation with us pursuant to Response Expenses coverage;

2.  You receive notice of a "data compromise suit" brought by one or more "affected individuals" or by a governmental entity on behalf of one or more "affected individuals";

3.  Notice of such "data compromise suit" is received by you within  three  years  of  the date that the "affected individuals" are notified of the "personal data compromise"; and

4.  Such "data compromise suit" is reported to us within 60 days after the date it is first received by you.

**COVERAGE -  SECTION 2**
If all four of the conditions listed above in DEFENSE AND LIABILITY - COVERED CAUSE OF LOSS have been met, then we will provide coverage for "data compromise defense" and "data compromise liability" directly arising from the covered cause of loss.

For the purpose of the **Section 2** coverage under this endorsement only, the following replaces **SECTION III - LIMITS OF INSURANCE**
**LIMITS - SECTION 2**

1.  The most we will pay under **Section 2** - Defense and Liability coverage is the Data Compromise Defense and Liability Limit (other than post-judgment interest) indicated for this endorsement.

2.  The Data Compromise Defense and Liability Limit is an annual aggregate limit. This amount is the most we will pay for all loss covered under **Section 2** (other than post-judgment interest) arising out of all "personal data compromise" events which are first discovered by you during the present annual policy period. This limit applies regardless of the number of "personal data compromise" events occurring during that period.

3.  A "personal data compromise" may be first discovered by you in one policy period but cause covered costs in one or more subsequent policy periods. If so, all covered costs arising from such "personal data compromise" (other than post-judgment interest) will be subject to the Data Compromise Defense and Liability Limit applicable to the policy period when the "personal data compromise" was first discovered by you.

**SL 31 08 06 14 Page 3 of 10**
*/ /*SL3108-201406

*d* 2006. 2009. 2012
Includes copyrighted material of
Insurance Services Office, Inc., with its permission

4. The most we will pay under Defense and Liability coverage for loss arising from any "malware-related compromise" is the Named Malware (Sec. 2) sublimit indicated for this endorsement. For the purpose of the Named Malware (Sec. 2) sublimit, all "malware-related compromises" that are caused, enabled or abetted by the same virus or other malicious code are considered to be a single "personal data compromise". This sublimit is part of, and not in addition to, the Defense and Liability Limit.

**DEDUCTIBLE - SECTION 2**

Defense and Liability coverage is subject to the Defense and Liability Deductible indicated for this endorsement. You will be responsible for such deductible amount as respects each "data compromise suit" covered under this endorsement.

For the purpose of the **Section 1** and **Section 2** coverage under this endorsement only, the following additional exclusions apply to Paragraph **2. Exclusions** under **SECTION I - COVERAGES:**

**EXCLUSIONS - SECTION 1 AND SECTION 2**

We will not pay for cost arising from the following:

1. Your intentional or willful complicity in a "personal data compromise";
2. Any criminal, fraudulent or dishonest act, intentional error or omission, or any intentional or knowing violation of the law by you;
3. Any "personal data compromise" occurring prior to the first inception of this Data Compromise Plus Coverage endorsement or any coverage substantially similar to that described in this endorsement;
4. Cost to research or correct any deficiency. This includes, but is not limited to, any deficiency in your systems, procedure or physical security that may have contributed to a "personal data compromise";
5. Any fines or penalties. This includes, but is not limited to, fees or surcharges from affected financial institutions;
6. Any criminal investigations or proceedings;
7. Any extortion or blackmail. This includes, but is not limited to, ransom payments and private security assistance;
8. Any "personal data compromise" involving data that is being transmitted electronically, unless such data is encrypted to protect the security of the transmission;
9. Your reckless disregard for the security of "personally identifying information" or "personally sensitive information" in your care, custody, or control;
10. That part of any "data compromise suit" seeking any non-monetary relief; or
11. "Bodily injury", "property damage" or "personal and advertising injury".

For the purpose of the **Section 1** and **Section 2** coverage under this endorsement only, **SUPPLEMENTARY PAYMENTS under SECTION I - COVERAGES** do not apply.

For the purpose of the **Section 1** and **Section 2** coverage under this endorsement only, subparagraphs **2.b.** and **3.** of **SECTION II - WHO IS AN INSURED** do not apply.

For the purpose of the **Section 1** and **Section 2** coverage under this endorsement only, the following is added to **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS:**

**ADDITIONAL CONDITIONS - SECTION 1 AND SECTION 2**

1. **"Data Compromise Liability" Defense**
   a. We will have the right, and the duty to assume the defense of any applicable "data compromise suit" against you. You will give us such information and cooperation as we may reasonably require.
   b. You will not admit liability for or settle any "data compromise suit" or incur any defense costs without our prior written consent.
   c. If you refuse to consent to any settlement recommended by us and acceptable to the claimant, we may then withdraw from your defense (if we have assumed your defense) by tendering control of the defense to you. From that point forward, you will, at your own expense, negotiate or defend such "data compromise suit" independently of us. Our liability will not exceed the amount for which the claim or suit could have been settled if such recommendation had been consented to, plus defense costs incurred by us, and defense costs incurred by you with our written consent, prior to the date of such refusal.
   d. We will not be obligated to pay any damages or defense costs, or to defend or continue to defend any "data compromise suit" after the Data Compromise Defense and Liability Limit has been exhausted.
   e. We shall pay all interest on that amount of any judgment within the Data Compromise Defense and Liability Limit which accrues:
      1) after entry of judgment; and
      2) before we pay, offer to pay or deposit in court that part of the judgment within the Data Compromise Defense and Liability Limit or, in any case, before we pay or offer to pay the entire Data Compromise Defense and Liability Limit.

**SL 31 08 06 14 Page 4 of 10**
*//*SL3108-201406*

*d* 2006. 2009. 2012
Includes copyrighted material of
Insurance Services Office, Inc., with its permission

## STATE AUTO®
Insurance Companies

**BOP 2870198    00**

These interest payments shall be in addition to and not part of the Data Compromise Defense and Liability Limit.

**2. Duties in the Event of a "Data Compromise Suit"**

   **a.** If a "data compromise suit" is brought against you, you must:

   **(1)** Immediately record the specifics of the "data compromise suit" and the date received;

   **(2)** Provide us with written notice, as soon as practicable, but in no event more than 60 days after the date the "data compromise suit" is first received by you;

   **(3)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "data compromise suit";

   **(4)** Authorize us to obtain records and other information;

   **(5)** Cooperate with us in the investigation, settlement or defense of the "data compromise suit";

   **(6)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to you because of loss to which this insurance may also apply; and

   **(7)** Take no action, or fail to take any required action, that prejudices your rights or our rights with respect to such "data compromise suit".

   **b.** You may not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our prior written consent.

   **c.** If you become aware of a claim or complaint that may become a "data compromise suit", you will promptly inform us of such claim or complaint.

**3. Due Diligence**

You agree to use due diligence to prevent and mitigate costs covered under this endorsement. This includes, but is not limited to, complying with, and requiring your vendors to comply with, reasonable and industry-accepted protocols for:

   **a.** Providing and maintaining appropriate physical security for your premises, computer systems and hard copy files;

   **b.** Providing and maintaining appropriate computer and Internet security;

   **c.** Maintaining and updating at appropriate intervals backups of computer data;

   **d.** Protecting transactions, such as processing credit card, debit card and check payments; and

   **e.** Appropriate disposal of files containing "personally identifying information" or "personally sensitive information" including shredding hard copy files and destroying physical media used to store electronic data.

**4. Legal Advice**

We are not your legal advisor. Our determination of what is or is not covered under this Data Compromise Plus Coverage endorsement does not represent advice or counsel from us about what you should or should not do.

**5. Pre-Notification Consultation**

You agree to consult with us prior to the issuance of notification to "affected individuals". We assume no responsibility under this Data Compromise Coverage for any services promised to "affected individuals" without our prior agreement. If possible, this pre-notification consultation will also include the designated service provider(s) as agreed to under Additional Condition **6. Service Providers**. You must provide the following at our pre-notification consultation with you:

   **a.** The exact list of "affected individuals" to be notified, including contact information;

   **b.** Information about the "personal data compromise" that may appropriately be communicated with "affected individuals"; and

   **c.** The scope of services that you desire for the "affected individuals". For example, coverage may be structured to provide fewer services in order to make those services available to more "affected individuals" without exceeding the available Response Expenses Limit.

**6. Service Providers**

   **a.** We will only pay under this Data Compromise Coverage for services that are provided by service providers approved by us. You must obtain our prior approval for any service provider whose expenses you want covered under this Data Compromise Coverage. We will not unreasonably withhold such approval.

   **b.** Prior to the Pre-Notification Consultation described in Additional Condition **5.** above, you must come to agreement with us regarding the service provider(s) to be used for the **Notification to "Affected Individuals"** and **Services to "Affected Individuals"**. We will suggest a service provider; however, if you prefer to use an alternate service provider, our coverage is subject to the following limitations:

   **(1)** Such alternate service provider must be approved by us;

   **(2)** Such alternate service provider must provide services that are reasonably equivalent or superior in both kind and quality to the services that would have been provided by the service provider we had suggested; and

**SL 31 08 06 14 Page 5 of 10**

*d* 2006. 2009. 2012
Includes copyrighted material of
Insurance Services Office, Inc., with its permission

0007900    Printed:
04/08/16   01:21:05

# STATE AUTO®
## Insurance Companies

**BOP 2870198   00**

**(3)** Our payment for services provided by any alternate service provider will not exceed the amount that we would have paid using the service provider we had suggested.

**7. Services**

The following conditions apply as respects any services provided to you or any "affected individual" by us, our designees or any service firm paid for in whole or in part under this Data Compromise coverage:

**a.** The effectiveness of such services depends on your cooperation and assistance;

**b.** All services may not be available or applicable to all individuals. For example, "affected individuals" who are minors or foreign nationals may not have credit records that can be provided or monitored. Service in Canada will be different from service in the United States and Puerto Rico in accordance with local conditions;

**c.** We do not warrant or guarantee that the services will end or eliminate all problems associated with the covered events; and

**d.** You will have a direct relationship with the professional service firms paid for in whole or in part under this coverage. Those firms work for you.

For the purpose of the **Section 1** and **Section 2** coverage under this endorsement only, the following is added to **SECTION V - DEFINITIONS**

## DEFINITIONS - SECTION 1 AND SECTION 2

1. "Affected individual" means any person who is your current, former or prospective customer, client, member, owner, director or employee and whose "personally identifying information" or "personally sensitive information" is lost , stolen, accidentally released or accidentally published by a "personal data compromise" covered under this endorsement. This definition is subject to the following provisions:

   **a.** "Affected individual" does not include any business or organization. Only an individual person may be an "affected individual";

   **b.** An "affected individual" must have a direct relationship with your interests as insured under this policy. The following are examples of individuals who would not meet this requirement:

      **1)** If you aggregate or sell information about individuals as part of your business, the individuals about whom you keep such information do not qualify as "affected individuals". However, specific individuals may qualify as "affected individuals" for another reason, such as being an employee of yours;

      **2)** If you store, process, transmit or transport records, the individuals whose "personally identifying information" or "personally sensitive information" you are storing, processing, transmitting or transporting for another entity do not qualify as "affected individuals". However, specific individuals may qualify as "affected individuals" for another reason, such as being an employee of yours; or

      **3)** You may have operations, interests or properties that are not insured under this policy. Individuals who have a relationship with you through such other operations, interests or properties do not qualify as "affected individuals". However, specific individuals may qualify as "affected individuals" for another reason, such as being an employee of the operation insured under this policy; and

   **c.** An "affected individual" may reside anywhere in the world.

2. "Data Compromise Defense Costs" means expenses resulting solely from the investigation, defense and appeal of any "data compromise suit" against you. Such expenses must be reasonable and necessary. They will be incurred by us. They do not include your salaries or your loss of earnings. They do include premiums for any appeal bond, attachment bond or similar bond, but we have no obligation to apply for or furnish any such bond.

3. "Data Compromise Liability"

   **a.** "Data compromise liability" means the following, when they arise from a "data compromise suit":

      **1)** Damages, judgments or settlements to "affected individuals";

      **2)** Defense costs added to that part of any judgment paid by us, when such defense costs are awarded by law or by court order; and

      **3)** Pre-judgment interest and post-judgment interest on that part of any judgment paid by us.

   **b.** "Data compromise liability" does not mean:

      **1)** Damages, judgments or settlements to anyone who is not an "affected individual";

      **2)** Civil or criminal fines or penalties imposed by law;

      **3)** Punitive or exemplary damages;

      **4)** The multiplied portion of multiplied damages;

      **5)** Taxes; or

      **6)** Matters which may be deemed uninsurable under the applicable law.

4. "Data Compromise Suit"

**SL 31 08 06 14 Page 6 of 10**
*//*SL3108-201406*

*d* 2006. 2009. 2012
Includes copyrighted material of
Insurance Services Office, Inc., with its permission

# STATE AUTO®
## Insurance Companies

**BOP 2870198    00**

a. "Data Compromise Suit" means a civil proceeding in which damages to one or more "affected individuals" arising from a "personal data compromise" or the violation of a governmental statute or regulation are alleged. Such proceeding must be brought in the United States of America, Puerto Rico or Canada. "Data compromise suit" includes:

1) An arbitration proceeding in which such damages are claimed, and to which you must submit or do submit with our consent;

2) Any other alternative dispute resolution proceeding in which such damages are claimed, and to which you submit with our consent; or

3) A written demand for money, when such demand could reasonably result in a civil proceeding as described in this definition.

b. "Data compromise suit" does not mean any demand or action brought by or on behalf of someone who is:

1) Your director or officer;

2) Your owner or part-owner; or

3) A holder of your securities;

in their capacity as such, whether directly, derivatively, or by class action. "Data compromise suit" will include proceedings brought by such individuals in their capacity as "affected individuals", but only to the extent that the damages claimed are the same as would apply to any other "affected individual".

c. "Data compromise suit" does not mean any demand or action brought by an organization, business, institution, or any other party that is not an "affected individual" or governmental entity. "Data compromise suit" does not mean any demand or action brought on behalf of an organization, business, institution, governmental entity or any other party that is not an "affected individual".

5. "Identity Theft" means the fraudulent use of "personally identifying information". This includes fraudulently using such information to establish credit accounts, secure loans, enter into contracts or commit crimes. "Identity theft" does not include the fraudulent use of a business name, d/b/a or any other method of identifying a business activity.

6. "Malware-Related Compromise" means a "personal data compromise" that is caused, enabled or abetted by a virus or other malicious code that, at the time of the "personal data compromise", is named and recognized by the CERT*e* Coordination Center, McAfee*e*, Secunia, Symantec or other comparable third party monitors of malicious code activity.

7. "Personal Data Compromise" means the loss, theft, accidental release or accidental publication of "personally identifying information" or "personally sensitive information" as respects one or more "affected individuals". If the loss, theft, accidental release or accidental publication involves "personally identifying information", such loss theft, accidental release or accidental publication must result in, or have the reasonable possibility of resulting in, the fraudulent use of such information. This definition is subject to the following provisions:

a. At the time of the loss, theft, accidental release or accidental publication, the "personally identifying information" or "personally sensitive information" need not be at the insured premises but must be in your direct care, custody or control of:

1) You; or

2) A professional entity with which you have a direct relationship and to which you (or an "affected individual" at your direction) have turned over (directly or via a professional transmission or transportation provider) such information for storage, processing, transmission or transportation of such information.

b. "Personal data compromise" includes disposal or abandonment of "personally identifying information" or "personally sensitive information" without appropriate safeguards such as shredding or destruction, subject to the following provisions:

1) The failure to use appropriate safeguards must be accidental and not reckless or deliberate; and

2) Such disposal or abandonment must take place during the time period for which this Data Compromise Plus Coverage endorsement is effective;

c. "Personal data compromise" includes situations where there is a reasonable cause to suspect that such "personally identifying information" has been lost, stolen, accidentally released or accidentally published, even if there is no firm proof; and

d. All incidents of "personal data compromise" that are discovered at the same time or arise from the same cause will be considered one "personal data compromise".

8. "Personally identifying information" means information, including health information, which could be used to commit fraud or other illegal activity involving the credit, access to health care, or identity of an "affected individual". This includes but is not limited to Social Security numbers or account numbers.

*//*SL3108-201406

*d* 2006, 2009, 2012
Includes copyrighted material of
Insurance Services Office, Inc., with its permission

Issue Date  04/07/2016        03:08:27 PM

0007902    Printed:
04/08/16   01:21:05

# STATE AUTO®
## Insurance Companies

**BOP 2870198    00**

"Personally identifying information" does not mean or include information that is otherwise available to the public, such as names and addresses.

9.  "Personally Sensitive Information" means private information specific to an individual the release of which requires notification of "affected individuals" under any applicable law.

"Personally sensitive information" does not mean or include "personally identifying information".

**C.** The following is added to **SECTION I - COVERAGES** as an Additional Coverage.

**SECTION 3 -  IDENTITY RECOVERY COVERAGE**

**COVERAGE -  SECTION 3**

We will provide the Case Management Service and Expense Reimbursement Coverage indicated below if all of the following requirements are met:

1.  There has been an "identity theft" involving the personal identity of an "identity recovery insured" under this policy;

2.  Such "identity theft" is first discovered by the "identity recovery insured" during the policy period for which this Identity Recovery Coverage is applicable; and

3.  Such "identity theft" is reported to us within 60 days after the date it is first discovered by the "identity recovery insured".

If all three of the requirements listed above have been met, then we will provide the following to the "identity recovery insured":

1.  **Case Management Service**

Services of an "identity recovery case manager" as needed to respond to the "identity theft"; and

2,  **Expense Reimbursement**

Reimbursement of necessary and reasonable "identity recovery expenses" incurred as a direct result of the "identity theft".

For the purpose of the **Section 3** coverage under this endorsement only, the following is added to Paragraph **2. Exclusions** under **SECTION I - COVERAGES**

**EXCLUSIONS -  SECTION 3**

We do not cover loss or expense arising from any of the following:

1.  The theft of a professional or business identity;

2.  Any fraudulent, dishonest or criminal act by an "identity recovery insured" or any person aiding or abetting an "identity recovery insured", or by any authorized representative of an "identity recovery insured", whether acting alone or in collusion with others. However, this exclusion will not apply to the interests of an "identity recovery insured" who has no knowledge of or involvement in such fraud, dishonesty or criminal act; or

3.  An "identity theft" that is not reported in writing to the police.

For the purpose of the **Section 3** coverage under this endorsement only, **SUPPLEMENTARY PAYMENTS** under **SECTION I - COVERAGES** do not apply:

For the purpose of the **Section 3** coverage under this endorsement only, the following replaces **SECTION III - LIMITS OF INSURANCE**

**LIMITS -  SECTION 3**

1.  Case Management Service is available as needed for any one "identity theft" for up to 12 consecutive months from the inception of the service. Expenses we incur to provide Case Management Service do not reduce the amount of limit available for Expense Reimbursement Coverage.

2.  Expense Reimbursement Coverage is subject to the Expense Reimbursement Limit indicated for this endorsement. The Expense Reimbursement Limit is an annual aggregate limit per "identity recovery insured". Regardless of the number of claims, this limit is the most we will pay for the total of all loss or expense arising out of all "identity thefts" to any one "identity recovery insured" which are first discovered by the "identity recovery insured" during a 12 month period starting with the beginning of the present annual policy period. If an "identity theft" is first discovered in one policy period and continues into other policy periods, all loss and expense arising from such "identity theft" will be subject to the aggregate limit applicable to the policy period when the "identity theft" was first discovered.

3.  Legal costs as provided under item **d.** of the definition of "identity recovery expenses" are part of, and not in addition to, the Expense Reimbursement Coverage limit.

4.  Item **e.** (Lost Wages) and item **f.** (Child Elder Care Expenses) of the definition of "identity recovery expenses" are jointly subject to a sublimit of $5,000. This sublimit is part of, and not in addition to, the Expense Reimbursement Coverage limit. Coverage is limited to wages lost and expenses incurred within 12 months after the first discovery of the "identity theft" by the "identity recovery insured".

*d* 2006. 2009. 2012
Includes copyrighted material of
Insurance Services Office, Inc., with its permission

# STATE AUTO®
## Insurance Companies

**5.** Item **g.** (Mental Health Counseling) of the definition of "identity recovery expenses" is subject to a sublimit of $1,000. This sublimit is part of, and not in addition to, the Expense Reimbursement Coverage limit. Coverage is limited to counseling that takes place within 12 months after the first discovery of the "identity theft" by the "identity recovery insured".

**6.** Item **h.** (Miscellaneous Unnamed Costs) of the definition of "identity recovery expenses" is subject to a sublimit of $1,000. This sublimit is part of, and not in addition to, the Expense Reimbursement Coverage limit. Coverage is limited to costs incurred within 12 months after the first discovery of the "identity theft" by the "identity recovery insured".

## DEDUCTIBLE - SECTION 3

**1.** Case Management Service is not subject to a deductible.

**2.** Expense Reimbursement Coverage is subject to the Expense Reimbursement Deductible indicated for this endorsement. Any one "identity recovery insured" will be responsible for only one deductible under this Identity Recovery Coverage during any one policy period.

For the purpose of the coverage under **Section 3** under this endorsement only, **SECTION II - WHO IS AN INSURED** does not apply.

For the purpose of the **Section 3** coverage under this endorsement only, the following is added to **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS**

## ADDITIONAL CONDITIONS - SECTION 3

**1. Help Line**

   **a.** For assistance, the "identity recovery insured' should call the **Identity Recovery Help Line** at **1-800-414-9783.**

   **b.** The **Identity Recovery Help Line** can provide the "identity recovery insured" with:

      1) Information and advice for how to respond to a possible "identity theft; and

      2) Instructions for how to submit a service request for Case Management Service and/or a claim form for Expense Reimbursement Coverage.

     In some cases, we may provide Case Management Services at our expense to an "identity recovery insured" prior to a determination that a covered "identity theft" has occurred. Our provision of such services is not an admission of liability under this policy. We reserve the right to deny further coverage or service if, after investigation, we determine that a covered "identity theft" has not occurred.

   **c.** As respects Expense Reimbursement Coverage the "identity recovery insured" must send to us, within 60 days after our request, receipts, bills or other records that support his or her claims for "identity recovery expenses".

**2. Services**

The following conditions apply as respects any services provided by us or our designee to any "identity recovery insured" under this endorsement:

   **a.** Our ability to provide helpful services in the event of an "identity theft" depends on the cooperation, permission and assistance of the "identity recovery insured";

   **b.** All services may not be available or applicable to all individuals. For example, "identity recovery insureds" who are minors of foreign nationals may not have credit records that can be provided or monitored. Service in Canada will be different from service in the United States and Puerto Rico in accordance with local conditions; and

   **c.** We do not warrant or guarantee that our services will end or eliminate all problems associated with an "identity theft" or prevent future "identity thefts".

For the purpose of the **Section 3** coverage under this endorsement only, the following is added to **SECTION V - DEFINITIONS**

## DEFINITIONS - SECTION 3

**1.** "Identity Recovery Case Manager" means one or more individuals assigned by us to assist an "identity recovery insured" with communications we deem necessary for re-establishing the integrity of the personal identity of the "identity recovery insured". This includes, with the permission and cooperation of the "identity recovery insured", written and telephone communications with law enforcement authorities, governmental agencies, credit agencies and individual creditors and businesses.

**2.** "Identity Recovery Expenses" means the following when they are reasonable and necessary expenses that are incurred as a direct result of an "identity theft":

   **a.** Costs for re-filing applications for loans, grants or other credit instruments that are rejected solely as a result of an "identity theft";

   **b.** Costs for notarizing affidavits or other similar documents, long distance telephone calls and postage solely as a result of your efforts to report an "identity theft" or amend or rectify records as to your true name or identity as a result of an "identity theft";

**SL 31 08 06 14 Page 9 of 10**
*//*SL3108-201406

*d* 2006. 2009. 2012
Includes copyrighted material of
Insurance Services Office, Inc., with its permission

**c.** Costs for credit reports from established credit bureaus;

**d.** Fees and expenses for an attorney approved by us for the following:

**1)** The defense of any civil suit brought against an "identity recovery insured";

**2)** The removal of any civil judgment wrongfully entered against an "identity recovery insured";

**3)** Legal assistance for an "identity recovery insured" at an audit or hearing by a governmental agency;

**4)** Legal assistance in challenging the accuracy of the "identity recovery insured's" consumer credit report; and

**5)** The defense of any criminal charges brought against an "identity recovery insured" arising from the actions of a third party using the personal identity of the "identity recovery insured";

**e.** Actual lost wages of the "identity recovery insured" for time reasonably and necessarily taken away from work and away from the work premises. Time away from work includes partial or whole work days. Actual lost wages may include payment for vacation days, discretionary days, floating holidays and paid personal days. Actual lost wages does not include sick days or any loss arising from time taken away from self employment. Necessary time off does not include time off to do tasks that could reasonably have been done during non-working hours;

**f.** Actual costs for supervision of children or elderly or infirm relatives or dependents of the "identity recovery insured" during time reasonably and necessarily taken away from such supervision. Such care must be provided by a professional care provider who is not a relative of the "identity recovery insured";

**g.** Actual costs for counseling from a licensed mental health professional. Such care must be provided by a professional care provider who is not a relative of the "identity recovery insured"; and

**h.** Any other reasonable costs necessarily incurred by an "identity recovery insured" as a direct result of the "identity theft".

**1)** Such costs include:

**(a)** Costs by the "identity recovery insured" to recover control over his or her personal identity; and

**(b)** Deductibles or service fees from financial institutions.

**2)** Such costs do not include:

**(a)** Costs to avoid, prevent or detect "identity theft" or other loss;

**(b)** Money lost or stolen; and

**(c)** Costs that are restricted or excluded elsewhere in this endorsement or policy.

**3.** "Identity Recovery Insured" means the following:

**a.** When the entity insured under this policy is a sole proprietorship, the "identity recovery insured" is the individual person who is the sole proprietor of the insured entity;

**b.** When the entity insured under this policy is a partnership, the "identity recovery insureds" are the current partners; or

**c.** When the entity insured under this policy is a corporation or other organization, the "identity recovery insureds" are all the individuals having ownership position of 20% or more of the insured entity. However, if and only if there is no one who has such an ownership position, then the "identity recovery insured" will be:

**1)** The chief executive of the insured entity; or

**2)** As respects a religious institution, the senior ministerial employee.

An "identity recovery insured" must always be an individual person. The entity insured under this policy is not an "identity recovery insured".

**4.** "Identity Theft" means the fraudulent use of the social security number or other method of identifying an "identity recovery insured". This includes fraudulently using the personal identity of an "identity recovery insured" to establish credit accounts, secure loans, enter into contracts, or commit crimes.

"Identity theft" does not include the fraudulent use of a business name, d/b/a or any other method of identifying a business activity.

*d* 2006. 2009. 2012
Includes copyrighted material of
Insurance Services Office, Inc., with its permission

Issue Date  04/07/2016        03:08:27 PM

0007905   Printed:
04/08/16   01:21:05



# STATE AUTO®
## Insurance Companies

**BOP 2870198    00**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:
   A. Under any Liability Coverage, to "bodily injury" or "property damage":
      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or
      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.
   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.
   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazard-ous properties" of "nuclear material", if:
      (1) The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

   (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or
   (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:
   "Hazardous properties" includes radioactive, toxic or explosive properties.
   "Nuclear material" means "source material", "special nuclear material" or "by-product material".
   "Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.
   "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".
   "Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".
   "Nuclear facility" means:
      **(a)** Any "nuclear reactor";

**IL 00 21 09 08    Page 1 of 2**

ISO Properties, Inc., 2007

0007906    Printed:
04/08/16    01:21:05

# STATE AUTO®
## Insurance Companies

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

**IL 00 21 09 08   Page 2 of 2**
*//*IL0021-200809

ISO Properties, Inc., 2007

# STATE AUTO®
Insurance Companies

**BOP 2870198    00**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PRODUCT RECALL AND CORRECTION OF WORK COVERAGE

This endorsement modifies insurance provided under the following:

PRINTERS ERRORS AND OMISSIONS LIABILITY - SL 30 01

## SCHEDULE

| Product Recall and Correction of Work Coverage: | |
|---|---|
| Each "Wrongful Act" Limit: | $ |
| Aggregate Limit: | $ |
| Each "Wrongful Act" Deductible Amount: | $ |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A.** The following is added as subparagraph **c.** to **A. 1. Insuring Agreement - Product Recall and Correction of Work Coverage** of the Printers Errors and Omissions Liability endorsement.
    **c.** We will also pay you for "product recall and correction of work expenses" because of a "wrongful act" in the course of providing or failing to provide "printing services or products", but only if all of the following provisions apply.
        **1)** The "wrongful act" is the first committed in the "coverage territory" and during the policy period;
        **2)** The results of your "printing services or products" are no longer in your care, custody or control; and
        **3)** No claim or "suit" for "damages" because of the same "wrongful act" has been made.

**B.** Paragraph **2.d.** under **Exclusions** of the Printers Errors and Omissions Coverage endorsement is replaced by the following:
    **2.** Exclusions
        **d.** Reimbursements of costs of printing or printing material. However, this does not apply to recoveries as payments for "product recall and correction of work expenses" because of a "wrongful act" in the course of providing or failing to provide "printing services or products",

**C.** For the purpose of **Product Recall and Correction of Work Coverage** afforded by this endorsement, the following is added to paragraph **C.** of the Printers Errors and Omissions Liability endorsement.
    **1.** The Aggregate Limit for "product recall and correction of work expenses" is $50,000 unless otherwise indicated in the Schedule above. The Aggregate Limit is the most we will pay for the sum of all "product recall and correction of work expenses" because of "wrongful acts" in the course of providing or failing to provide "printing services or products". This limit is in addition to, and not included within the General Aggregate set forth in Paragraph **2.** of SECTION III - LIMITS OF INSURANCE in the Commercial General Liability Coverage Form.
    **2.** Subject to the Aggregate Limit described in subparagraph **B.1.** above, the Each "Wrongful Act" Limit of $25,000, unless otherwise indicated in the Schedule above, is the most we will pay for the sum of all "product recall and correction of work expenses" because of one "wrongful act" in the course of providing or failing to provide "printing services or products". This limit is in addition to, and not included within the Printers Errors and Omissions Liability Limit of Insurance set forth in Paragraph **D** of the Printers Errors And Omissions Liability Endorsement.
    **3.** Our obligation to pay you for "product recall and correction of work expenses" because of "wrongful acts" in the course of providing or failing to provide "printing services or products" applies only to the amount of "product recall and correction of work expenses" which are in excess of the Product Recall And Correction of Work - Each Wrongful Act deductible amount of $1,000 unless otherwise indicated in the Schedule above.
    The deductible amount for Product Recall And Correction of Work - Each Wrongful Act applies to all "product recall and correction of work expenses" because of one "wrongful acts" in the course of providing or failing to provide "printing services or products".

**SL 30 38 12 13 Page 1 of 2**
*//*SL3038-201312*

Includes copyrighted material of
Insurance Services Office, Inc. with its permission

The Product Recall And Correction of Work Limits of Insurance (including aggregates) are in excess  of the deductible amount and shall not be reduced by the amount of any all "product recall and correction of work expenses" within the deductible amount.

**4.** For the purpose of determining the limits of insurance provided by this endorsement, any related "wrongful acts" to any one person will be considered one "occurrence".

**5.** No other obligation or liability to pay sums or perform acts or services for other Product Recall and Correction Work Coverage is covered.

**D.** For the purpose of this coverage, the following Definition is added:

**1.** "Product recall and correction of work expenses":

**a.** Means reasonable and necessary expenses you incur for the withdrawal, review and correction of your "printing services or products";

**b.** Includes:

**(1)** Expenses for communications, transportation, postage, inspection, storage and disposal of your "printing services or products";

**(2)** Remuneration paid to your "employees" or independent contractors you must hire to withdraw, inspect or correct your "printing services or products";

**(3)** Expenses to correct, replace and/or redistribute your "printing services or products"; and

**(4)** Expenses to repair, replace or recreate your "electronic data" that forms a part of your "printing services or products";

provided that such expenses do not exceed the original cost of providing your "printing services or products".

**c.** Does not include:

**(1)** Loss of profits on your "printing services or products" that must be corrected;

**(2)** Costs incurred solely for retention of market share and customer goodwill;

**(3)** Expenses that represent an enhancement or improvement of your "printing services or products" as originally provided.

**SL 30 38 12 13 Page 2 of 2**
*//*SL3038-201312

Includes copyrighted material of
Insurance Services Office, Inc. with its permission

**STATE AUTO**®
Insurance Companies

**BOP 2870198    00**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LIABILITY EXTENSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the policy apply except as modified by this endorsement.

1.  Paragraph **2.** - Exclusions, subparagraph **j.** **(1)** through **(6)** remain unchanged.
    The sub-paragraph following **(6)** is replaced with the following:
    Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire, explosion or water) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** - Limits Of Insurance.

2.  The final sub-paragraph of Paragraph **2.** - Exclusions is deleted and replaced by the following:
    Exclusions **c., d., e., f., g., h., i., k., l., m., n.,** and **o.** do not apply to damage by fire, explosion, or water to premises while rented to you or temporarily occupied by you with permission of the owner. A separate Damage To Premises Rented To You Limit of Insurance applies to this coverage as described in Section **III** - Limits Of Insurance

3.  Paragraph **6.** of Section **III** - Limits of Insurance is replaced by the following
    **6.** Subject to **5.** above, the Damage To premises Rented To you Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, explosion, or water while rented to you or temporarily occupied by you with the permission is the Damage To Premises Rented To You Limit shown in the Declarations.

**SL 00 63 01 08 Page** 1 **of** 1
*//*SL0063-200801

Includes copyrighted material of
Insurance Services Office, Inc., with its permission

# STATE AUTO®
### Insurance Companies

**BOP 2870198   00**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

# AMENDMENT OF CONTRACTUAL LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**A.** The following replaces Paragraph **(2)** of Exclusion **b.,** Contractual Liability, in Paragraph **2.** of SECTION I - COVERAGES - COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY:

**(1)** That you would have in the absence of the contract or agreement; or

**(2)** Assumed by you in a contract or agreement that is an "insured contract", provided that the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed by you in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than you will be deemed to be damages because of "bodily injury" or "property damage", provided that:

    **(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed by you in the same "insured contract"; and

    **(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**B.** The following replaces the beginning of Paragraph **2.**, and Paragraphs **2.a., b., c., d.** and **e.**, of SUPPLEMENTARY PAYMENTS - COVERAGES A AND B of SECTION I - COVERAGES:

**2.** If we defend you against a "suit" and your indemnitee is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

    **a.** The "suit" against the indemnitee seeks damages for which you have assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

    **b.** This insurance applies to such liability assumed by you;

    **c.** The obligation to defend, or the cost of the defense of, that indemnitee has also been assumed by you in the same "insured contract";

    **d.** The allegations in the "suit" and the information we know about the "occurrence" are such that we determine that no conflict exists between your interests and the interests of the indemnitee;

    **e.** You and the indemnitee ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend you and the indemnitee; and

**C.** The following replaces the last sentence of Paragraph **2.** of SUPPLEMENTARY PAYMENTS - COVERAGES A AND B of SECTION I - COVERAGES:

Our obligation to defend your indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

    **a.** We have used up the applicable limit of insurance in the payment of judgments, settlements, medical expenses; or

    **b.** The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

Includes copyrighted material of
Insurance Services Office, Inc., with it permission

# STATE AUTO®
Insurance Companies

**BOP 2870198     00**

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** - Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** - Definitions.

## SECTION I - COVERAGES
## COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY
1. **Insuring Agreement**
   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:
      (1) The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and
      (2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B**.
   b. This insurance applies to "bodily injury" and "property damage" only if:
      (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";
      (2) The "bodily injury" or "property damage" occurs during the policy period; and
      (3) Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** - Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property

damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.
   c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.
   d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:
      (1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;
      (2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or
      (3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.
   e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".
2. **Exclusions**
   This insurance does not apply to:
   a. **Expected Or Intended Injury**
      "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.
   b. **Contractual Liability**
      "Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:
      (1) That the insured would have in the absence of the contract or agreement; or

**CG 00 01 12 04    Page 1 of 13**
*//*CG 00 01 12 04

ISO Properties, Inc., 2003

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

   **(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

   **(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

   **(a)** Employment by the insured; or

   **(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

   **(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

      **(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

      **(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

      **(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

   **(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

   **(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

      **(i)** Any insured; or

      **(ii)** Any person or organization for whom you may be legally responsible; or

   **(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working

**CG 00 01 12 04 Page 2 of 13**

*//*CG 00 01 12 04

ISO Properties, Inc., 2003

directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or sub-contractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial

**CG 00 01 12 04 Page 3 of 13**
*//*CG 00 01 12 04

ISO Properties, Inc., 2003

responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including

the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** - Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

ISO Properties, Inc., 2003

0007915   Printed:
04/08/16   01:21:05

**o. Personal And Advertising Injury**
"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**
Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** - Limits Of Insurance.

## COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B**.

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods - Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of web sites for others; or

**(3)** An Internet search, access, content or service provider.

ISO Properties, Inc., 2003

0007916    Printed:
04/08/16  01:21:05

However, this exclusion does not apply to Paragraphs **14.a.**, **b.** and **c.** of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-Related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**COVERAGE C MEDICAL PAYMENTS**

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(1)** The accident takes place in the "coverage territory" and during the policy period;

**(2)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(3)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A**.

**CG 00 01 12 04 Page 6 of 13**
*//*CG 00 01 12 04

ISO Properties, Inc., 2003

0007917    Printed:
04/08/16   01:21:05

## SUPPLEMENTARY PAYMENTS - COVERAGES A AND B

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All costs taxed against the insured in the "suit".

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

**a.** We have used up the applicable limit of insurance in the payment of judgments or settlements; or

**b.** The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II - WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

ISO Properties, Inc., 2003

d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

e. A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

2. Each of the following is also an insured:
   a. Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:
      (1) "Bodily injury" or "personal and advertising injury":
          (a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;
          (b) To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;
          (c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1)(a)** or **(b)** above; or
          (d) Arising out of his or her providing or failing to provide professional health care services.
      (2) "Property damage" to property:
          (a) Owned, occupied or used by,
          (b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

   you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

   b. Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

   c. Any person or organization having proper temporary custody of your property if you die, but only:
      (1) With respect to liability arising out of the maintenance or use of that property; and
      (2) Until your legal representative has been appointed.

   d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:
   a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;
   b. Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and
   c. Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III - LIMITS OF INSURANCE**

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:
   a. Insureds;
   b. Claims made or "suits" brought; or
   c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:
   a. Medical expenses under Coverage **C**;
   b. Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and
   c. Damages under Coverage **B**.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

ISO Properties, Inc., 2003

0007919   Printed:
04/08/16  01:21:05

4. Subject to **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:
   **a.** Damages under Coverage **A**; and
   **b.** Medical expenses under Coverage **C**
   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS

1. **Bankruptcy**
   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**
   **a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:
   **(1)** How, when and where the "occurrence" or offense took place;
   **(2)** The names and addresses of any injured persons and witnesses; and
   **(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.
   **b.** If a claim is made or "suit" is brought against any insured, you must:
   **(1)** Immediately record the specifics of the claim or "suit" and the date received; and
   **(2)** Notify us as soon as practicable.
   You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:
   **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";
   **(2)** Authorize us to obtain records and other information;
   **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and
   **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.
**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. **Legal Action Against Us**
   No person or organization has a right under this Coverage Part:
   **a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or
   **b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.
   A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

4. **Other Insurance**
   If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:
   **a. Primary Insurance**
   This insurance is primary except when **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **c.** below.
   **b. Excess Insurance**
   This insurance is excess over:
   **(1)** Any of the other insurance, whether primary, excess, contingent or on any other basis:
   **(a)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";
   **(b)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

# STATE AUTO®
## Insurance Companies

**(c)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(d)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability.

**(2)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured by attachment of an endorsement.

When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as

advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V - DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting

*//*CG 00 01 12 04

ISO Properties, Inc., 2003

0007921   Printed:
04/08/16   01:21:05

**STATE AUTO®**
Insurance Companies

customers or supporters is considered an advertisement.

**2.** "Auto" means:

  **a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

  **b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged.

  However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

  **a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

  **b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in **a.** above; or

  **c.** All other parts of the world if the injury or damage arises out of:

  **(1)** Goods or products made or sold by you in the territory described in **a.** above;

  **(2)** The activities of a person whose home is in the territory described in **a.** above, but is away for a short time on your business; or

  **(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

  provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

  **a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

  **b.** You have failed to fulfill the terms of a contract or agreement;

  if such property can be restored to use by:

  **a.** The repair, replacement, adjustment or removal of "your product" or "your work"; or

  **b.** Your fulfilling the terms of the contract or agreement.

**9.** "Insured contract" means:

  **a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

  **b.** A sidetrack agreement;

  **c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

  **d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

  **e.** An elevator maintenance agreement;

  **f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

  Paragraph **f.** does not include that part of any contract or agreement:

  **(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

  **(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

  **(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

  **(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

  **(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**CG 00 01 12 04 Page 11 of 13**

*//*CG 00 01 12 04

ISO Properties, Inc., 2003

0007922    Printed:
04/08/16   01:21:05

11. "Loading or unloading" means the handling of property:

   **a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

   **b.** While it is in or on an aircraft, watercraft or "auto"; or

   **c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

   but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

   **a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

   **b.** Vehicles maintained for use solely on or next to premises you own or rent;

   **c.** Vehicles that travel on crawler treads;

   **d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

   **(1)** Power cranes, shovels, loaders, diggers or drills; or

   **(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

   **e.** Vehicles not described in **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

   **(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

   **(2)** Cherry pickers and similar devices used to raise or lower workers;

   **f.** Vehicles not described in **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

   However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   **(1)** Equipment designed primarily for:

   **(a)** Snow removal;

   **(b)** Road maintenance, but not construction or resurfacing; or

   **(c)** Street cleaning;

   **(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   **(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

   **a.** False arrest, detention or imprisonment;

   **b.** Malicious prosecution;

   **c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

   **d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   **e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

   **f.** The use of another's advertising idea in your "advertisement"; or

   **g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Products-completed operations hazard":

   **a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

   **(1)** Products that are still in your physical possession; or

   **(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

   **(a)** When all of the work called for in your contract has been completed.

   **(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

   **(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

   Work that may need service, maintenance, correction, repair or

*//*CG 00 01 12 04

ISO Properties, Inc., 2003

0007923    Printed:
04/08/16   01:21:05

replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

**(3)** Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

**(2)** The providing of or failure to provide warnings or instructions.

# STATE AUTO®
Insurance Companies

**BOP 2870198    00**

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## RECORDING AND DISTRIBUTION OF MATERIAL OR INFORMATION IN VIOLATION OF LAW

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**RECORDING AND DISTRIBUTION OF MATERIAL OR INFORMATION IN VIOLATION OF LAW**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**a.** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**b.** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**c.** The Fair Credit Reporting Act (FCRA) and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

**d.** Any federal, state or local statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**RECORDING AND DISTRIBUTION OF MATERIAL OR INFORMATION IN VIOLATION OF LAW**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**a.** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**b.** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**c.** The Fair Credit Reporting Act (FCRA) and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

**d.** Any federal, state or local statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**CG0067 (05/09) Page 1 of 1**
*/*CG0067-200905

Includes copyrighted materials of
Insurance Services Office, Inc., with its permission

**STATE AUTO**®
Insurance Companies

**BOP 2870198    00**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF INSURED CONTRACT DEFINITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Paragraph **9.** of the **Definitions** Section is replaced by the following:

**9.** "Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization, provided the "bodily injury" or "property damage" is caused, in whole or in part, by you or by those acting on your behalf. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**CG 24 26 07 04 Page 1 of 1**
*//*CG 24 26 07 04

ISO Properties, Inc., 2003

# STATE AUTO®
Insurance Companies

**BOP 2870198     00**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

   **(a)** Refusal to employ that person;

   **(b)** Termination of that person's employment; or

   **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

   **(a)** Refusal to employ that person;

   **(b)** Termination of that person's employment; or

   **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**CG 21 47 07 98 Page 1 of 1**
*//*CG 21 47 07 98

Copyright, Insurance Services Office, Inc., 1997

# STATE AUTO®
Insurance Companies

**BOP 2870198    00**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY - LIMITED BODILY INJURY EXCEPTION NOT INCLUDED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.p.** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

   **2. Exclusions**

     This insurance does not apply to:

     **p. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

     Damages arising out of:

     **(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

     **(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

     This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**B.** The following is added to Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

   **2. Exclusions**

     This insurance does not apply to:

     **Access Or Disclosure Of Confidential Or Personal Information**

     "Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

     This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

**CG 21 07 05 14  Page 1 of 1**
*//*CG2107-201405*

*d* Insurance Services Office, Inc., 2013

0007928   Printed:
04/08/16   01:21:05

**STATE AUTO®**
Insurance Companies

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

# ADDITIONAL INSURED - OWNERS, LESSEES OR LESSOR OF LEASED EQUIPMENT-AUTOMATIC

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**A.** The words "you" and "your" as used in this endorsement refer to the Named Insured shown in the Declarations and any other person or organization qualifying as a Named Insured under the policy to which this endorsement is attached. "You" and "your" do not refer to an additional insured.

**B. Section II - Who Is An Insured** is amended to include any person(s) or organization(s) for whom you are performing operations when you and such person or organization have agreed in a written contract or written agreement that such person(s) or organization(s) be added as an additional insured on your policy. Such person or organization is an additional insured only with respect to:

1. Liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:
   **a.** Your acts or omissions; or
   **b.** The acts or omissions of those acting on your behalf:
   in the performance of your ongoing operations for the additional insured; or
   **c.** Your maintenance, operation or use of equipment leased to you by such person(s) or organization(s):
   However, the insurance afforded to such additional insured:
   **a.** Only applies to the extent permitted by law; and
   **b.** Will not be broader than that which you are required by the contract or agreement for such additional insured.

   A person's or organization's status as an additional insured under this endorsement ends when the first of the following occurs:
   1) Your ongoing operations for that additional insured are completed or
   2) The contract or agreement is terminated.

**C.** With respect to the insurance afforded to these additional insureds, this insurance does not apply to:

1. "Bodily injury", "property damage" or "personal and advertising injury" which takes place after the equipment lease expires;

2. "Bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by the rendering of, or the failure to render, any professional architectural, engineering or surveying services, including:
   **a.** The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or
   **b.** Supervisory, inspection, architectural or engineering activities.
   This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or the failure to render any professional architectural, engineering or surveying services.

3. "Bodily injury" or "property damage" occurring after:
   **a.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or
   **b.** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

4. "Bodily injury", "property damage" or "personal and advertising injury" arising out of the sole negligence or willful misconduct of, or defects in design provided by, the additional insured or its "employees".

5. "Bodily injury", "property damage" or "personal and advertising injury" caused by "your work" for which a consolidated (wrap-up) insurance program has been provided by the prime contractor, project manager or owner of a construction project in which you are invited.

Includes copyrighted material of
Insurance Services Office, inc., with its permission

0007929    Printed:
04/08/16    01:21:05

# STATE AUTO®
## Insurance Companies

**D.** With respect to any person or organization added as an additional insured by this endorsement, the definition of "insured contract" under **Section V - Definitions** is amended as follows:

  **1.** Paragraph **9.f.** does not apply to "bodily injury" or "property damage" included within the "products-completed operations hazard" unless such contractual assumption of liability is specifically required by a written contract or written agreement.

  **2.** Under paragraph **9.f.** any such part of a contract or agreement shall only be considered an "insured contract" to the extent your assumption of the tort liability is permitted by law.

**E.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

  The most we will pay on behalf of the additional insured is the amount of insurance:

  **1.** Required by the contract or agreement you have entered into with the additional insured; or

  **2.** Available under the applicable Limit of Insurance shown in the Declarations,

  whichever is less.

  This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

**SL 20 38 01 13   Page 2 of 2**

*//*SL2038-201301

Includes copyrighted material of
Insurance Services Office, inc., with its permission

0007930      Printed:
04//08/16    01:21:05

# STATE AUTO®
Insurance Companies

**BOP 2870198    00**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ELECTRONIC DATA LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Loss Of Electronic Data Limit: | $ |
|---|---|
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A.** Exclusion **2.p.** of **Coverage A - Bodily Injury And Property Damage Liability** in **Section I - Coverages** is replaced by the following:
   **2. Exclusions**
      This insurance does not apply to:
      **p. Electronic Data**
         Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate "electronic data" that does not result from physical injury to tangible property.

**B.** The following paragraph is added to **Section III - Limits Of Insurance:**
   Subject to **5.** above, the Loss of Electronic Data Limit shown in the Schedule above is the most we will pay under Coverage **A** for "property damage" because of all loss of "electronic data" arising out of any one "occurrence".

**C.** The following definition is added to the **Definitions** Section:
   "Electronic data" means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**D.** For the purposes of the coverage provided by this endorsement, the definition of "Property Damage" in the **Definitions** Section is replaced by the following:
   **17.** "Property damage" means:
      **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it;
      **b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it; or
      **c.** Loss of, loss of use of, damage to, corruption of, inability to access, or inability to properly manipulate "electronic data", resulting from physical injury to tangible property. All such loss of "electronic data" shall be deemed to occur at the time of the "occurrence" that caused it.
   For the purposes of this insurance, "electronic data" is not tangible property.

**CG 04 37 12 04 Page 1 of 1**
*//*CG 04 37 12 04

ISO Properties, Inc., 2003

0007931   Printed:
04/08/16   01:21:05

# STATE AUTO®
### Insurance Companies

**BOP 2870198    00**

---

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PRINTERS ERRORS AND OMISSIONS LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The Commercial General Liability Coverage Form is amended as follows:

**A.** For the purpose of the coverage provided by this endorsement, the following is added to SECTION **I - COVERAGES:**

**PRINTERS ERRORS AND OMISSIONS LIABILITY**
1. Insuring Agreement.
   **a.** We will also pay those sums that the insured becomes legally obligated to pay as "damages" because of "wrongful acts" in the course of providing or failing to provide "printing services or products" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking such "damages". However, we will have no duty to defend the insured against any "suit" seeking "damages" for a "wrongful act" to which this insurance does not apply. We may at our discretion investigate any "wrongful act" and settle any claim or "suit" that may result. But:
      **(1)** The amount we will pay for "damages" is limited as described in Section **III** - Limits of Insurance; and
      **(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Printers Errors and Omissions Liability Coverage.
   **b.** This insurance applies only to "damages" that occur during the policy period and within the "coverage territory".
2. Exclusions:
   This insurance does not apply to:
   **a.** "Bodily injury", "personal and advertising injury".
   **b.** Dishonest, fraudulent, criminal or malicious acts, errors or omissions of the insured or any person for whom the insured is legally responsible whether acting alone or in collusion with others.
   **c.** Actual or alleged infringement of copyright, patent, trademark, trade dress, trade name or other intellectual property rights or laws.;
   **d.** Reimbursements of costs of printing or printing materials;
   **e.** "Damages" resulting from the insolvency or bankruptcy of the insured;
   **f.** "Damages" resulting from any publishing function of the insured;
   **g.** "Damages" resulting from the writing of materials for customers;
   **h.** "Damages" resulting from addressing, labeling, mailing, or packaging services;
   **i.** The assumption of liability by the insured under any contract or agreement. This exclusion does not apply to liability for "damages" that the insured would have in the absence of the contract or agreement;
   **j.** Physical injury to tangible, property, including all resulting loss of use of that property.
      This exclusion does not apply if the delay, default or failure to perform is caused by a "wrongful act" to which this insurance applies.
   **k.** Cost guarantees or estimates of probable costs or cost estimates being exceeded.
   **l.** Printed material for lotteries, raffles or other games of chance.
   **m.** Liability excluded under Coverage **A** Bodily Injury and Property Damage Liability, Coverage **B** Personal and Advertising Injury Liability, or Coverage C Medical Payments, except:
      **(1)** Coverage **A.** Paragraph **2.b. Contractual Liability**;
      **(2)** Coverage **B.** Paragraph **2.e. Contractual Liability**;
      **(3)** Coverage **A.** Paragraph **2.j.(6) Damage To Property;** and
      **(4)** Coverage **A.** Paragraph **2.l. Damage To Your Work**;

**B.** The following replaces the title of **SUPPLEMENTARY PAYMENTS - COVERAGES A. AND B.** of Section **I** Coverages:
**SUPPLEMENTARY PAYMENTS**

**SL 30 01 01 14 Page 1 of 2**
*//*SL3001-201401*

Includes copyrighted material of
Insurance Services Office, with its permission

# STATE AUTO®
Insurance Companies

**C.** With respect to Printers Errors And Omissions coverage provided by this endorsement, Paragraph **2.a.** under Section **II** - WHO IS AN INSURED is replaced by the following:

  **2.** Each of the following is also an insured:

    **a.** Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for "wrongful acts" committed within the scope of their employment by you or while performing duties related to the conduct of your business.

**D.** With respect to Printers Errors And Omissions coverage provided by this endorsement, Paragraphs **2.b.** and **2.c.** under Section **II** - WHO IS AN INSURED does not apply.

**E.** With respect to Printers Errors and Omissions Liability, the following is added to **SECTION III - LIMITS OF INSURANCE:**

The Printers Errors and Omissions Liability Limit of Insurance shown in the Declarations is the most we will pay for the sum of "damages" because of all Printers Errors and Omissions arising out of any one "wrongful act".

For the purpose of determining the limits for the insurance provided by this endorsement, any act or omission together with all related acts or omissions in the furnishing of these services to any one person will be considered one "occurrence".

**F.** Paragraph **2.** of **SECTION III - LIMITS OF INSURANCE** is replaced by the following:

  **1.** The General Aggregate Limit is the most we will pay for the sum of:

    **a.** Medical expenses under Coverage **C**;

    **b.** "Damages" under Coverage **A**, except "damages" because of "bodily injury" or "property damage" included in the "products-completed operations hazard";

    **c.** "Damages" under Coverage **B**; and

    **d.** "Damages" under Printers Errors and Omissions Liability.

**G.** The following is added to **SECTION V - Definitions:**

  **1.** With respect to Printers Errors and Omissions Liability Coverage the definition of "suit" is replaced by the following:

    **a.** "Suit" means a civil proceeding in which "damages" because of "wrongful acts" to which this insurance applies are alleged. "Suit" includes:

      **(1)** An arbitration proceeding in which such "damages" are claimed and to which the insured must submit or does submit with our consent: or

      **(2)** Any other alternative dispute resolution proceeding in which such "damages" is claimed and to which the insured submits with our consent.

  **2.** With respect to Printers Errors and Omissions Liability Coverage the following definitions are added:

    **a.** "Damages" means:

      **(1)** Monies other than fines, penalties or matters uninsurable under applicable law; and

      **(2)** The cost or expense to repair, replace or recreate "electronic data" of others.

    **b.** "Electronic data" means information, facts, or programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

    **c.** "Printing Services or Products" means those activities usual to the process of producing printed mater. "Printing services or products" includes:

      **(1)** Pre-press, graphic design, duplicating, printing, binding, finishing and distribution services; and

      **(2)** The creation use or manipulation of "electronic data" that is intended to be printed.

    "Printing Services or Products" does not include the content of the material being printed or the exercise of editorial control over the content of the material being printed or the collection or mathematical manipulation of data.

    **d.** "Wrongful Act" means any negligent act, error or omission committed by or on behalf of the insured. A series of negligent acts, errors or omissions that have as a common connection, tie, or link any fact, circumstance, situation, event, transaction, cause or series of related facts, circumstances, situations, events, transactions, or causes will be considered a single "wrongful act" and will be deemed to have been committed at the time the first such negligent act, error or omission is committed.

**SL 30 01 01 14 Page 2 of 2**

*//*SL3001-201401

Includes copyrighted material of
Insurance Services Office, with its permission

**STATE AUTO**®
Insurance Companies

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PROFESSIONAL LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the policy apply except as modified by this endorsement

**A.** The following is added to Paragraph **2.** Exclusions of **Section I** - Coverage **A.** Bodily Injury and Property Damage Liability:
This insurance does not apply to "bodily Injury" or "property damage" caused by rendering or failure to render any professional service. This includes but is not limited to:

**(1)** Legal, accounting or advertising services;

**(2)** Preparing, approving, or failure to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs, or specifications.

**(3)** Supervisory, inspection, quality control or engineering activities;

**(4)** Services by you or any engineer, architect or surveyor who is either employed by you or performing work on your behalf in such capacity, including:

   **a.** The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders, or

   **b.** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders, or drawings and specifications.

**(5)** Drawings and specifications;

**(6)** Medical, surgical, dental, x-ray or nursing treatment, advice or instruction;

**(7)** Treatment of any sickness, disease, condition or injury in animals, including medical, surgical, diagnostic testing or dental procedures used for the prevention, detection, diagnosis or the related furnishing or prescription of drugs or medical, dental or surgical supplies;
The rendering or failure to render any advice or instruction on health maintenance; or
Errors or omissions in the handling or treatment of dead animals including, but not limited to, autopsies, organ donation or other procedures.

**(8)** Any service, treatment, advice or instruction for the purpose of appearances or skin enhancement, hair removal or replacement or personal grooming;

**(9)** Any service, treatment, advice or instruction relating to physical fitness, including service, treatment, advice or instruction in connection with diet, cardio-vascular fitness, body building or physical training programs.

**(10)** Optometry or optical or hearing aid services including the prescribing, preparation, fitting, demonstration or distribution of ophthalmic lenses and similar products or hearing aid devices;

**(11)** Body piercing services; and

**(12)** Services in the practice of pharmacy or a druggist.

**(13)** Any misrepresentation, error or omission by you or any insurance or real estate sales or service representative, agent or broker who is either employed by you or performing work on your behalf in such capacity.

**(14)** Any service by you or on your behalf in connection with the selling, licensing, franchising or furnishing of computer software including electronic data processing programs, designs, specifications, manuals and instructions;

**(15)** Any act, error or omission with respect to electronic data processing services, computer consulting or computer programming services, advice, or instruction rendered by, or that should have been rendered by the insured or any person or organization for whose acts errors or omissions the insured is legally responsible.

**B.** The following is added to Paragraph **2.** Exclusions of **Section I** - Coverage **B.** Personal and Advertising Injury Liability:
This insurance does not apply to "personal and advertising injury" caused by rendering or failure to render any professional service. This includes but is not limited to:

**(1)** Legal, accounting or advertising services;

**(2)** Preparing, approving, or failure to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs, or specifications.

**(3)** Supervisory, inspection, quality control or engineering activities;

**SL 21 16 01 08 Page 1 of 2**
*/**SL2116-200801*

Includes copyrighted material of
Insurance Services Office, Inc., with its permission

# STATE AUTO®
## Insurance Companies

**BOP 2870198    00**

**(4)** Services by you or any engineer, architect or surveyor who is either employed by you or performing work on your behalf in such capacity, including:

    **a.** The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders, or

    **b.** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders, or drawings and specifications.

**(5)** Medical, surgical, dental, x-ray or nursing treatment, advice or instruction;

**(6)** Treatment of any sickness, disease, condition or injury in animals, including medical, surgical, diagnostic testing or dental procedures used for the prevention, detection, diagnosis or the related furnishing or prescription of drugs or medical, dental or surgical supplies;

The rendering or failure to render any advice or instruction on health maintenance; or

Errors or omissions in the handling or treatment of dead animals including, but not limited to, autopsies, organ donation or other procedures.

**(7)** Any service, treatment, advice or instruction for the purpose of appearances or skin enhancement, hair removal or replacement or personal grooming;

**(8)** Any service, treatment, advice or instruction relating to physical fitness, including service, treatment, advice or instruction in connection with diet, cardio-vascular fitness, body building or physical training programs.

**(9)** Optometry or optical or hearing aid services including the prescribing, preparation, fitting, demonstration or distribution of ophthalmic lenses and similar products or hearing aid devices;

**(10)** Body piercing services; and

**(11)** Services in the practice of pharmacy or a druggist.

**(12)** Any misrepresentation, error or omission by you or any insurance or real estate sales or service representative, agent or broker who is either employed by you or performing work on your behalf in such capacity.

**(13)** Any service by you or on your behalf in connection with the selling, licensing, franchising or furnishing of computer software including electronic data processing programs, designs, specifications, manuals and instructions;

**(14)** Any act, error or omission with respect to electronic data processing services, computer consulting or computer programming services, advice, or instruction rendered by, or that should have been rendered by the insured or any person or organization for whose acts errors or omissions the insured is legally responsible.

**SL 21 16 01 08 Page 2 of 2**

*//*SL2116-200801

Includes copyrighted material of
Insurance Services Office, Inc., with its permission

**STATE AUTO**®
Insurance Companies

**BOP 2870198    00**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT PRACTICES RISK MANAGEMENT INFORMATION

This endorsement modifies insurance provided under the following:

**EMPLOYMENT PRACTICES LIABILITY INSURANCE COVERAGE PART**

The following is added to **SECTION V - CONDITIONS**

**P. Employment Practices Legal Advice Line**

**a.** Include with this Coverage is access to certain sources of "employment practices" risk management information. This information is available to you through various means, including, but not limited to, telephonic, electronic, and print media. The specific information sources and media will be determined solely by us.

**b.** Instructions for accessing "employment practices" risk management information are included with documents attached to this policy.

**c.** The "employment practices" risk management information provided through sources we make available to you is for your informational purposes only. We do not warrant that such "employment practices" risk management information is applicable to, or suitable for, your business, nor do we represent that such "employment practices" risk management information constitutes professional advice. The sources of the "employment practices" risk management information are third-party vendors, and, as such, are contractors independent of us. We do not assume any liability for any error or omission on the part of the vendors, and liability is expressly denied.

**d.** Giving information to an "employment practices" risk management information source provided by us concerning any specific "employment practices" which you believe may result in an actual "claim" does not constitute legal notice of that "claim" to us as set forth in **SECTION VI - CONDITIONS** provision **D. Duties in the Event of an Incident, "Claim" or "Suit"** of the policy to which this endorsement is attached.

**e.** We reserve the right to discontinue this "employment practices" risk management information service at our sole discretion without further notice to you.

**EP 24 12 01 14 Page 1 of 1**
*//*EP2412-201401

# STATE AUTO®
## Insurance Companies

**BOP 2870198    00**

---

> ### THIS IS A CLAIMS-MADE AND REPORTED COVERAGE PART.

# EMPLOYMENT PRACTICES LIABILITY
# INSURANCE COVERAGE PART

Throughout this Coverage Part (hereinafter referred to as "EPL Coverage"), the words "you" and "your" refer to the "named insured(s)" shown in the Supplemental Declarations of this EPL Coverage and any other person(s) or organization(s) qualifying as a "named insured" under this EPL Coverage. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under SECTION III. WHO IS AN INSURED.

Other words and phrases that appear in "quotations" have special meaning. Refer to SECTION VII. DEFINITIONS.

The terms and conditions of the Cancellation Clause of the Common Policy Conditions and any amendment to such terms incorporated by endorsement are hereby incorporated herein and shall apply to coverage as is afforded by this EPL Coverage, unless specifically stated otherwise in an endorsement(s) attached hereto.

## SECTION I. WHAT IS COVERED
### A. Insuring Agreement

1. "We" shall pay those "losses" arising out of an "insured's" "wrongful employment act" (other than a "third party violation") against "your" "employees", "recognized volunteers" and applicants for employment to which this insurance applies.

2. If coverage for "third party violations" is shown on the Supplemental Declarations, then "we" shall pay those "losses" arising out of an "insured's" "third party violation".

3. For coverage to apply under this EPL Coverage, the "wrongful employment act" must commence or take place after the Retroactive Date, but before the end of the "EPL coverage period". If no Retroactive Date appears on the Supplemental Declarations then the Retroactive Date shall be the date of organization of the "named insured." A "claim" or "suit" for a "wrongful employment act" must be first made against "you" during the "EPL coverage period" or Extended Reporting Periods (if applicable) and reported to "us" pursuant to the terms of this EPL Coverage.

4. A "claim" or "suit" by a person or organization seeking damages will be deemed to have been made at the earlier of the following times:
   a. When written notice of such "claim" or "suit" is received and recorded by any "insured" or by "us", whichever comes first; or
   b. When "we" make any settlement in accordance with the terms of this EPL Coverage.

### B. Defense

1. "We" have the right and duty to defend and appoint an attorney to defend any "claim" or "suit" brought against any "insured" for a "wrongful employment act" to which this insurance applies, even if the "claim" or "suit" is groundless or fraudulent.

   At the time a "claim" or "suit" is first reported to "us", "you" may request that "we" appoint a defense attorney of "your" choice. "We" will give full consideration to any such request.

2. "We" have the right to investigate and settle any "claim" or "suit" that "we" believe is proper. "You" shall be entitled to consent to such settlement, provided "your" consent is not unreasonably withheld and is provided as soon as practicable.

   If "you" refuse to consent to any settlement that "we" recommend and that is acceptable to the claimant, then "our" liability under this EPL Coverage for such "claim" or "suit" shall not exceed the amount for which we could have settled had "your" consent not been withheld at the time of "our" recommendation. "You" shall thereafter negotiate and defend that "claim" or "suit" at "your" own cost and without "our" involvement.

3. "We" shall pay all reasonable costs "we" ask the "insured" to incur while helping "us" investigate or defend a "claim" or "suit". "We", however, will not pay more than $250 per day for earnings lost by the "insured" because of time taken off from work.

4. "We" shall pay premiums for appeal bonds, or bonds to release property being used to secure a legal obligation, for a covered "suit". "We" shall only pay, however, for bonds valued up to "our" EPL Aggregate Limit of Liability. "We" shall have no obligation to appeal or to obtain these bonds.

# STATE AUTO®
## Insurance Companies

**5.** Payments for "defense costs" are included within the EPL Aggregate Limit of Liability. They are not in addition to the EPL Aggregate Limit of Liability. "Our" duty to defend or to make payment of any "claim" or "suit" pursuant to Paragraphs 1. through 4. of this Clause B., ends after the EPL Aggregate Limit of Liability has been exhausted by payment of "loss", including "defense costs".

**6.** "We" shall pay all interest on that amount of any judgment within the EPL Aggregate Limit of Liability:

**a.** Which accrues after entry of judgment; and

**b.** Before "we" pay, offer to pay, or deposit in court that part of the judgment within the EPL Aggregate Limit of Liability.

These interest payments shall be in addition to and not part of the EPL Aggregate Limit of Liability.

## C. Transfer of Control

**1.** "You" may take over control of any outstanding "claim" or "suit" previously reported to "us", but only if "we", in "our" sole discretion, decide that you should, or if a court orders "you" to do so.

**2.** Notwithstanding Paragraph 1. of this Clause C., in all events, if the EPL Aggregate Limit of Liability is exhausted, "we" will notify "you" of all outstanding "claims" or "suits" and "you" will take over control of the defense. "We" will help transfer control of the "claims" and "suits" to "you".

**3.** "We" shall take whatever steps are necessary to continue the defense of any outstanding "claim" or "suit" and avoid a default judgment during the transfer of control to "you". If "we" do so, "we" shall not waive or give up any of "our" rights. "You" shall pay all reasonable expenses "we" incur for taking such steps after the EPL Aggregate Limit of Liability is exhausted.

## SECTION II. EXCLUSIONS - WHAT IS NOT COVERED

This insurance does not apply to:

## A. Criminal Acts

Any liability arising out of any dishonest, fraudulent, criminal, or malicious act by or at the direction of any "insured". However, to the extent that a "claim" or "suit" is otherwise covered under this EPL Coverage "we" will defend a "claim" or "suit" asserting a dishonest, fraudulent, criminal or malicious act until such time as the "insured" is determined to have committed such dishonest, fraudulent, criminal or malicious act;

The "wrongful employment act(s)" of an "insured" shall not be imputed to any other "insured" for the purpose of determining the applicability of this Exclusion A.;

## B. "Property Damage"

Any liability arising out of "property damage";

## C. "Bodily Injury"

Any liability arising out of "bodily injury";

## D. Worker's Compensation, Social Security and Unemployment, Disability and Retirement Benefits

Any liability arising out of any obligation pursuant to any worker's compensation, disability benefits, unemployment compensation, unemployment insurance, retirement benefits, social security benefits or similar law. This exclusion, however, shall not apply to "loss" arising from a "claim" or "suit" for "retaliation";

## E. Contractual Liability

Any liability arising out of any actual or alleged contractual liability of any "insured" under any express contract or agreement. This exclusion, however, shall not apply to any liability the "insured" would have in the absence of such express contract or agreement;

## F. ERISA, FLSA, NLRA, WARN, COBRA, and OSHA

Any liability for violation(s) of any of the responsibilities, obligations or duties imposed by the Employee Retirement Income Security Act of 1974, the Fair Labor Standards Act (except the Equal Pay Act), the National Labor Relations Act, the Worker Adjustment and Retraining Notification Act, the Consolidated Omnibus Budget Reconciliation Act, the Occupational Safety and Health Act, any rules or regulations of the foregoing promulgated thereunder, and amendments thereto or any similar federal, state, local or foreign statutory law or common law.

It is acknowledged that "claims" and "suits" for violation(s) of any of the responsibilities, obligations or duties imposed by "similar federal, state, local or foreign statutory law or common law," as such quoted language is used in the immediately-preceding paragraph, include, without limitation, any and all "claims" and "suits" which in whole or in part allege, arise out of, are based upon, are attributable to, or are in any way related to any of the circumstances described in any of the following:

**1.** The refusal, failure or inability of any "insured(s)" to pay wages or overtime pay (or amounts representing such wages or overtime pay) for services rendered or time spent in connection with work related activities (as opposed to tort-based back pay or front pay damages for torts other than conversion);

**2.** Improper deductions from pay taken by any "insured(s)" from any "employee(s)" or purported employee(s); or

0007938    Printed:
04/08/16   01:21:05

**3.** Failure to provide or enforce legally required meal or rest break periods;

Notwithstanding the foregoing, this Exclusion F. shall not apply to the extent that a "claim" or "suit" is for "retaliation";

**G. Prior Knowledge**

Any liability arising out of incidents, circumstances or "wrongful employment acts", which an "insured"

**1.** Had knowledge of; or

**2.** Could have reasonably foreseen might result in a "claim" or "suit"

and which were known to the "insured" prior to the effective date of this EPL Coverage or the first EPL Coverage issued by "us" of which this EPL Coverage is an uninterrupted renewal;

**H. Prior Notice**

Any liability arising out of the facts alleged, or to the same or "related wrongful employment acts" alleged or contained in any "claim" or "suit" which has been reported, or in any circumstances of which notice has been given, under any policy of which this EPL Coverage is a renewal or replacement or which it may succeed in time;

**I. Prior Litigation**

Any liability arising out of any prior

**1.** Litigation; or

**2.** Administrative or regulatory proceeding or investigation

of which an "insured" had notice, or alleging the same or "related wrongful employment acts" alleged or contained in such pending or prior litigation or administrative or regulatory proceeding or investigation which the "insured" had knowledge of prior to the effective date of this EPL Coverage or the first EPL Coverage issued by "us" of which this EPL Coverage is an uninterrupted renewal.

**SECTION III. WHO IS AN INSURED**

**A. Individual**

If "you" are shown in the Supplemental Declarations of this EPL Coverage as an individual, "you" and "your" spouse or "Domestic Partner" are "insureds", only for the conduct of a business of which "you" are the sole owner.

**B. Corporation**

If "you" are shown in the Supplemental Declarations of this EPL Coverage as a corporation or organization other than a partnership, joint venture, or limited liability company, "you" and "your" "subsidiaries" are "insureds".

**C. Partnership or Joint Venture**

If "you" are shown in the Supplemental Declarations of this EPL Coverage as a partnership or joint venture, "you" are an "insured". "Your" members, partners or co-venturers and their spouses or "Domestic Partners" are also "insureds", but only for the conduct of "your" business.

**D. Limited Liability Company**

If "you" are shown in the Supplemental Declarations of this EPL Coverage as a limited liability company, "you" are an "insured." "Your" members are also "insureds", but only with respect to the conduct of "your" business. "Your" managers are "insureds", but only with respect to their duties as "your" managers.

**E. Trusts**

If "you" are shown in the Supplemental Declarations of this EPL Coverage as a trust, "you" are an "insured". "Your" trustees are also "insureds", but only with respect to their duties as trustees.

**F. "Employees"**

"Your" "employees", executive officers and directors are "insureds", only for the conduct of "your" business within the scope of their employment or their duties as executive officers or directors.

**G. Extensions**

**1.** Subject otherwise to the terms hereof, this EPL Coverage shall cover "loss" arising from any "claims" or "suits" made against the estates, heirs, or legal representative of deceased individual "insureds", and the legal representatives of individual "insureds", in the event of incompetency, who were individual "insureds" at the time the "wrongful employment acts", upon which such "claims" or "suits" are based, were committed.

**2.** Subject otherwise to the terms hereof, this EPL Coverage shall cover "loss" arising from all "claims" and "suits" made against the lawful spouse (whether such status is derived by reason of statutory law, common law or otherwise of any applicable jurisdiction in the world) or "Domestic Partner" of an individual "insured", including a "claim" or "suit" that seeks damages recoverable from marital community property, property jointly held by the individual "insured" and the spouse or "Domestic Partner", or property transferred from the individual "insured" to the spouse or "Domestic Partner"; provided, however, that this extension shall not afford coverage for a "claim" or "suit" arising out of any "wrongful employment act" of the spouse or "Domestic Partner", but shall apply only to "claims" or "suits" arising out of any "wrongful employment acts" of an individual "insured", subject to this EPL Coverage's terms, conditions and exclusions.

**SECTION IV. LIMIT OF LIABILITY (including "defense costs")**

**A.** The EPL Aggregate Limit of Liability shown in the Supplemental Declarations of this EPL Coverage and the information contained in this section limits the most "we" shall pay for all

# STATE AUTO®
Insurance Companies

"loss" (other than post-judgment interest described in Section I., Clause B., Paragraph 6.) arising out of "claims" and "suits" first made against "insureds" during the "EPL coverage period" or Extended Reporting Periods (if applicable), regardless of:

1. The number of persons or organizations covered by this EPL Coverage; or

2. The number of "claims" made or "suits" brought; or

3. The length of the "EPL coverage period".

B. The EPL Aggregate Limit of Liability is the most "we" shall pay for all "losses" (other than post-judgment interest described in Section I., Clause B., Paragraph 6.), including amounts incurred for "defense costs".

C. The EPL Aggregate Limit of Liability for the Extended Reporting Periods (if applicable) shall be part of, and not in addition to the EPL Aggregate Limit of Liability for the "EPL coverage period".

D. All "claims" and "suits" arising from the same or "related wrongful employment acts" shall be treated as arising out of a single "wrongful employment act".

E. All "claims" or "suits" arising out of one "wrongful employment act" shall be deemed to be made on the date that the first such "claim" is made or "suit" is brought. All "claims" asserted in a "class action suit" will be treated as arising out of a single "wrongful employment act".

F. Any "claim" or "suit" which is made subsequent to the "EPL coverage period" or Extended Reporting Periods (if applicable) which, pursuant to Section VI., Clause D., Paragraphs 3. and 4. is considered made during the "EPL coverage period" or Extended Reporting Periods (if applicable) shall also be subject to the one EPL Aggregate Limit of Liability stated in the Supplemental Declarations of this EPL Coverage.

## SECTION V. DEDUCTIBLE

"You" shall be responsible for the deductible amount shown in the Supplemental Declarations of this EPL Coverage with respect to each "claim" and "suit" and "you" may not insure against it. A single deductible amount shall apply to "loss" arising from all "claims" and "suits" alleging the same "wrongful employment act" or "related wrongful employment acts". Expenses "we" incur in investigating, defending and settling "claims" and "suits" are included in the deductible. The deductible is not included within the EPL Aggregate Limit of Liability.

At our option, "we" may pay any part or all of the EPL Deductible Amount to effect settlement of any "claim" or "suit" and upon notification of the action taken, "you" shall promptly reimburse "us" for such part of the deductible that has been paid by "us".

## SECTION VI. CONDITIONS

"We" have no duty to provide coverage under this EPL Coverage, unless there has been full compliance with all the Conditions contained in this EPL Coverage.

A. **Assignment**

The interest of any "insured" is not assignable. "You" cannot assign or transfer "your" interest in this EPL Coverage without "our" written consent attached to the EPL Coverage.

B. **Bankruptcy or Insolvency**

"Your" bankruptcy, insolvency or inability to pay, will not relieve "us" from the payment of any "claim" or "suit" covered by this EPL Coverage. Under no circumstances will "your" bankruptcy, insolvency, or inability to pay require "us" to drop down, in any way replace, or assume any of "your" obligations with respect to the Deductible provisions of this EPL Coverage.

C. **Coverage Territory**

"We" cover "wrongful employment acts" anywhere in the world, but only if the "claim" is made and the "suit" is brought for such "wrongful employment act" in the United States of America, its territories and possessions, Puerto Rico, or Canada.

D. **Duties in the Event of an Incident, "Claim" or "Suit"**

1. If, during the "EPL coverage period", incidents or events occur which "you" reasonably believe may give rise to a "claim" or "suit" for which coverage may be provided hereunder, such belief being based upon either written notice from the potential claimant or the potential claimant's representative; or notice of a complaint filed with EEOC, DOL or OFCCP (or similar federal, state or local agency); or upon an oral "claim", allegation or threat, "you" shall give written notice to "us" as soon as practicable and either:

   a. Anytime during the "EPL coverage period"; or

   b. Anytime during the Extended Reporting Periods (if applicable).

2. If a "claim" is made or a "suit" is brought against any "insured", "you" must:

   a. Immediately record the specifics of the "claim" or "suit" and the date received; and

   b. Provide "us" with written notice, as described in Paragraph 3. of this Clause D., as soon as practicable.

3. Such written notice of "claim" or "suit" shall contain:

   a. The identity of the person(s) alleging a "wrongful employment act";

   b. The identity of the "insured(s)" who allegedly were involved in the incidents or events;

c.  The date the alleged incidents or events took place; and

d.  The written notice or a memorandum of the oral "claim", allegation or threat referred to above.

If written notice is given to "us" during the "EPL coverage period" or Extended Reporting Periods (if applicable), pursuant to the above requirements, then any "claim" or "suit" which is subsequently made against any "insureds" and reported to "us" alleging, arising out of, based upon or attributable to such circumstances or alleging any "related wrongful employment act" to such circumstances, shall be considered made at the time such notice of such circumstances was first given.

4.  If "you" submit written notice of a "claim" or "suit", pursuant to this Clause D., then any "claim" or "suit" that may subsequently be made against an "insured" and reported to "us" alleging the same or a "related wrongful employment act" to the "claim" or "suit" for which such notice has been given shall be deemed, for the purpose of this insurance, to have been first made during the "EPL coverage period" or Extended Reporting Period (if applicable) in effect at the time such written notice was first submitted to "us".

5.  "You" and any other "insured" must:

a.  Immediately send "us" copies of any demands, notices, summonses or legal papers received in connection with any "claim" or "suit";

b.  Authorize "us" to obtain records and other information;

c.  Cooperate with "us" in the investigation, settlement or defense of the "claim" or "suit";

d.  Assist "us", upon "our" request, in the enforcement of any right against any person or organization which may be liable to the "insured" because of injury or damage to which this insurance may also apply;

e.  Not take any action, nor fail to take any required action, that prejudices the rights of the "insureds" or "us" with respect to such "claim" or "suit".

6.  No "insureds" will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense without "our" prior written consent.

**E.  Transfer of Rights of Recovery Against Others to "Us"**

"You" may be able to recover all or part of a "loss" from someone other than "us". "You", therefore, shall do all that is possible after a "loss" to preserve any such right of recovery. If "we" make a payment under this EPL Coverage, that right of recovery shall belong to "us". "You" shall do whatever is necessary, including signing documents, to help "us" obtain that recovery.

**F.  Extended Reporting Periods**

1.  You shall have the right to the Extended Reporting Periods described in Paragraph 2. of this Clause F., in the event that:

a.  "You" or "we" shall cancel this EPL Coverage;

b.  "You" or "we" shall refuse to renew this EPL Coverage; or

c.  "We" renew this EPL Coverage on an other than a claims-made basis or with a Retroactive Date later than the Retroactive Date shown on the Supplemental Declarations of this EPL Coverage;

2.  If an event as specified in Paragraph 1. of this Clause F. has occurred, "you" shall have the right to the following:

a.  An Automatic Extended Reporting Period of thirty (30) days after the effective date of cancellation or nonrenewal at no additional premium in which to give to "us" written notice of "claims" first made or "suits" first brought against the "insureds" during said Automatic Extended Reporting Period for any "wrongful employment acts" occurring before the end of the "EPL coverage period" and are otherwise covered by this EPL Coverage; and

b.  Upon payment of an additional premium of 100% of the full annual premium applicable to this EPL Coverage, a Supplemental Extended Reporting Period of one (1) year immediately following the effective date of cancellation or nonrenewal in which to give to "us" written notice of "claims" first made or "suits" first brought against the "insureds" during said Supplemental Extended Reporting Period for any "wrongful employment acts" occurring before the end of the "EPL coverage period" and are otherwise covered by this EPL Coverage.

To obtain the Supplemental Extended Reporting Period, "you" must request it in writing and pay the additional premium due, within thirty (30) days of the effective date of cancellation or nonrenewal. The additional premium for the Supplemental Extended Reporting Period shall be fully earned at the inception of the Supplemental Extended Reporting Period. If "we" do not receive the written request as required, "you" may not exercise this right at a later date.

This insurance, provided during the Supplemental Extended Reporting Period, is excess over any other valid and collectible insurance that begins or continues in effect after the Supplemental Extended Reporting Period becomes effective, whether the other insurance applies on a primary, excess, contingent, or any other basis.

**G. Change in Control of "Named Insured"**
In the event of a "Transaction" then this EPL Coverage shall continue in full force and effect as to "wrongful employment acts" occurring prior to the effective time of the "Transaction", but there shall be no coverage afforded by any provision of this EPL Coverage for any actual or alleged "wrongful employment acts" occurring after the effective time of the "Transaction". This EPL Coverage may not be cancelled after the effective time of the "Transaction" and the entire premium for this EPL Coverage shall be deemed earned as of such time. "You" shall also have the right to the Extended Reporting Periods described in Clause F. of this Section VI. "You" shall give "us" written notice of the "Transaction" as soon as practicable, but not later than thirty (30) days after the effective date of the "Transaction".

**H. Legal Action Against "Us"**
No person or organization has the right to join "us" as a party or otherwise bring "us" into a "suit" asking for damages from an "insured".

**I. Other Insurance**
Unless expressly written to be excess over other applicable insurance, it is intended that the insurance provided by this EPL Coverage shall be primary.

**J. EPL Coverage Changes**
This EPL Coverage contains all the agreements between "you" and "us" concerning this insurance. The first "named insured" in the Supplemental Declarations of this EPL Coverage is authorized to request changes in this EPL Coverage. This EPL Coverage can only be changed by a written endorsement "we" issue and make part of this EPL Coverage.

**K. Representations**
Any and all relevant provisions of this EPL Coverage may be voidable by "us" in any case of fraud, intentional concealment, or misrepresentation of material fact by any "insured".

**L. Special Rights and Duties of the First "Named Insured"**
"You" agree that when there is more than one person and/or entity covered under this EPL Coverage, the first "named insured" in the Supplemental Declarations of this EPL Coverage shall act on behalf of all "insureds" as to:
1. Giving of notice of a "claim" or "suit";
2. Giving and receiving notice of cancellation or nonrenewal;

3. Payment of premiums and receipt of return premiums;
4. Acceptance of any endorsements issued to form a part of this EPL Coverage; or
5. Purchasing or deciding not to purchase the Supplemental Extended Reporting Period.

**M. Separation of Insureds**
Except with respect to the EPL Aggregate Limit of Liability and any rights or duties specifically assigned to the first "named insured" in Clause L. of this Section VI, this insurance applies:
1. As if each "named insured" were the only "named insured"; and
2. Separately to each insured against whom a "claim" or "suit" is made.

**N. Tie-In of Limits**
As respects any "claim" or "suit" in which at least one person/entity claimed against is an "insured" under this EPL Coverage and at least one person/entity claimed against is an insured under any other EPL Coverage issued to "you" by "us" (the "Other Policy"), the combined EPL Aggregate Limit of Liability under both this EPL Coverage and the Other Policy for all "losses" arising from such "claims" or "suits" combined shall not exceed the highest applicable limit of insurance under either this EPL Coverage or the Other Policy. This limitation shall apply even if both this EPL Coverage and the Other Policy have been triggered due to a "claim" or "suit" made against the same person/entity but alleging "wrongful employment acts" both in his, her or its capacity as an insured under the "Other policy" and as an "insured" under this EPL Coverage.

**O. Headings**
The descriptions in the headings of this EPL Coverage are solely for convenience, and form no part of the terms and conditions of coverage.

# SECTION VII. DEFINITIONS
**A.** "Bodily injury" means physical injury, sickness, or disease, including death resulting therefrom.
**B.** "Claim" means a written demand for monetary and non-monetary relief (including any request to toll or waive any statute of limitations). The term "claim" shall also mean an Equal Employment Opportunity Commission (EEOC), Department of Labor (DOL) or Office of Federal Contract Compliance Program (OFCCP) (or similar federal, state or local agency) proceeding or investigation commenced by the filing of a notice of charges, service of a complaint or similar document of which notice has been given to "you". However, in no event, shall the term "claim" include any labor or grievance proceeding, which is subject to a collective bargaining agreement.
**C.** "Class action suit" means any suit seeking certification or certified as a class action by a federal or state court.
**D.** "Defense costs" means reasonable and necessary fees, costs and expenses consented to by "us"

resulting solely from the investigation, adjustment, defense and appeal of a "claim" or "suit" against "you". In no event shall "Defense Costs" include "your" or "our" routine on-going expenses, including, without limitation, the salaries of "your" or "our" "employees", officers or staff attorneys.

**E.** "Domestic partner" means any natural person legally recognized as a domestic or civil union partner under:

   **1.** The provisions of any applicable federal, state or local law; or

   **2.** The provisions of any formal program established by "you".

**F.** "Employee" means an individual whose labor or service is engaged by and directed by "you" for remuneration, whether such individual is in a supervisory, co-worker or subordinate position or otherwise, including any part-time, seasonal, and temporary "employees".

   An individual who is an independent contractor or leased to "you" shall also be an "employee". Independent contractors who do not provide ongoing and routine services solely for "you" shall not be considered "employees", including but not limited to independent trade contractors (e.g. plumber, electrician).

**G.** "EPL coverage period" means the period commencing on the effective date shown in the Supplemental Declarations of this EPL Coverage. This period ends on the earlier of the expiration date or the effective date of cancellation of this EPL Coverage. If "you" became an "insured" under this EPL Coverage after the effective date, the "EPL coverage period" begins on the date "you" became an "insured".

**H.** "Loss(es)" means monetary amounts to which this insurance applies and which "you" are legally obligated to pay (including front pay and back pay), judgments, settlements, pre- and post-judgment interest on that part of any judgment paid by "us", statutory attorney fees, and "defense costs"; however, "loss" shall not include:

   **1.** Civil or criminal fines or penalties imposed by law;

   **2.** Taxes;

   **3.** Employment related benefits, stock options, perquisites, deferred compensation or any other type of compensation other than salary, wages or bonus compensation;

   **4.** Any liability or costs incurred by any "insured" to modify any building or property in order to make said building or property more accessible or accommodating to any disabled person, or any liability or costs incurred in connection with any educational, sensitivity or other corporate program, policy or seminar; or

   **5.** Matters which may be deemed uninsurable under the law pursuant to which this EPL Coverage shall be construed.

Where permitted by law, "loss" shall include punitive or exemplary damages imposed upon any "insured" (subject to the policy's other terms, conditions and exclusions).

**I.** "Named insured" means the person or organization designated in the Supplemental Declarations page of this EPL Coverage.

**J.** "Property damage" means physical injury to, or destruction of, tangible property including the loss of use thereof, or loss of use of tangible property, which has not been physically injured or destroyed.

**K.** "Recognized volunteer" means an uncompensated individual who volunteers labor or services to "you", but only when performing such labor or services at the request of and under the direction of "you".

**L.** "Related wrongful employment act(s)" means "wrongful employment acts" which are the same, related or continuous, or "wrongful employment acts" which arise from a common nucleus of facts. "Claims" or "suits" can allege "related wrongful employment acts", regardless of whether such "claims" or "suits" involve the same or different claimants, "insureds" or legal causes of actions.

**M.** "Retaliation" means a "wrongful employment act" of an "insured" alleged to be in response to, the actual or attempted exercise by an "employee" of any right that such "employee" has under the law. Provided, however, "retaliation" shall not include the "wrongful employment act" of an "insured" alleged to be in response to the threat of or the actual filing of any claim or suit under the Federal False Claims Act or any other federal, state, local or foreign "whistleblower law".

**N.** "Subsidiary" means:

   **1.** Any for-profit organization which, on or before the inception of the "EPL coverage period", is more than fifty (50%) percent owned by the "named insured", either directly or indirectly through one or more of its "subsidiaries"; or

   **2.** A for-profit organization which becomes a "subsidiary" during the "EPL coverage period", but only upon the condition that within ninety (90) days of its becoming a "subsidiary", the "named insured" shall have provided "us" with full particulars of the new "subsidiary" and agreed to any additional premium or amendment of the provisions of this EPL Coverage required by "us" relating to such new "subsidiary". Further, coverage as shall be afforded to the new "subsidiary" is conditioned upon the "named insured" paying when due any additional premium required by "us" relating to such new "subsidiary".

An organization becomes a "subsidiary" when the "named insured" owns more than fifty (50%) percent ownership interest in such "subsidiary",

**EP 00 01 01 14 Page 7 of 8**
*//*EP0001-201401

either directly, or indirectly through one or more of its "subsidiaries". An organization ceases to be a "subsidiary" when the "named insured" ceases to own more than a fifty (50%) percent ownership in such "subsidiary", either directly, or indirectly through one or more of its "subsidiaries".

In all events, coverage as is afforded under this EPL Coverage with respect to a "claim" made or "suit" brought against any "subsidiary" or an "insured" of any "subsidiary", shall only apply to "wrongful employment act(s)" commenced or allegedly commenced after the effective time that such "subsidiary" became a "subsidiary", and prior to the time that such "subsidiary" ceased to be a "subsidiary".

**O.** "Suit" means a civil proceeding or an administrative proceeding seeking money damages, and includes an arbitration, mediation or any other alternative dispute resolution procedure seeking such damages, to which the "insured" must submit or may submit with "our" consent. "Suit" shall not include any civil proceeding or administrative proceeding arising from any labor or grievance dispute which is subject to a collective bargaining agreement.

**P.** "Third party violation" means any actual or alleged discrimination or sexual harassment against "your" customers, vendors or clients. "Third party violation" shall also include any of the following as it relates to such discrimination or sexual harassment:

1. Violation of an individual's civil rights;
2. Libel;
3. Slander;
4. Humiliation;
5. Mental anguish;
6. Infliction of emotional distress;
7. Defamation; or
8. Invasion of privacy;

**Q.** "Transaction" means any of the following that occur during the "EPL coverage period":

1. The "named insured" shall consolidate with or merge into, or sell all or substantially all of its assets to any other person or entity or group of persons or entities acting in concert; or
2. Any person or entity or group of persons or entities acting in concert shall acquire an amount of the outstanding securities representing more than fifty (50%) percent of the voting power for the election of directors or General Partners of the "named insured" (in the event the "named insured" is a Partnership), or acquires the voting rights of such an amount of such securities; or

3. A General Partner of the "named insured" (in the event the "named insured" is a partnership) withdraws, resigns or is terminated;

**R.** "Whistleblower law" means a statute, rule or regulation, which protects an employee against discrimination from his or her employer, if the employee discloses or threatens to disclose to a superior or any governmental agency; or who gives testimony relating to, any action with respect to the employer's operations, which may be a violation of public policy as reflected in legislation, administrative rules, regulations or decisions, judicial decisions, and professional codes of ethics.

**S.** "Wrongful employment act(s)" means any actual or alleged:

1. Wrongful dismissal, discharge or termination (either actual or constructive), including breach of an implied contract;
2. Harassment or coercion (including sexual harassment, whether quid pro quo, hostile work environment or otherwise);
3. Discrimination (including but not limited to discrimination based upon age, gender, race, color, national origin, religion, sexual orientation or preference, pregnancy or disability);
4. "Retaliation" (including lockouts);
5. Employment-related misrepresentation(s) to "your" "employee" or applicant for employment with "you";
6. Employment-related libel, slander, humiliation, mental anguish, infliction of emotional distress, defamation, or invasion of privacy;
7. Wrongful failure to employ or promote;
8. Wrongful deprivation of career opportunity, wrongful demotion or negligent "employee" evaluation, including the giving of negative or defamatory statements in connection with an "employee" reference;
9. Wrongful discipline;
10. Failure to provide or enforce adequate or consistent corporate policies and procedures relating to any "wrongful employment act";
11. Negligent supervision or hiring by an "insured", relating to any of the above;
12. Violation of an individual's civil rights relating to any of the above; or
13. "Third party violations", but only if coverage for "third party violations" is shown on the Supplemental Declarations.

# STATE AUTO®
Insurance Companies

**BOP 2870198   00**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# NUCLEAR ENERGY LIABILITY AND WAR
# EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

EMPLOYMENT PRACTICES LIABILITY COVERAGE PART

1. The insurance does not apply:
   **A.** Under any Liability Coverage, to "bodily injury" or "property damage":
   **(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or
   **(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be entitled to indemnity from the United States of America or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.
   **B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.
   **C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:
   **(1)** The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of an "insured" or (b) has been discharged or dispersed therefrom;
   **(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or
   **(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

   As used in this endorsement:
   "Hazardous properties" includes radioactive, toxic or explosive properties. "Nuclear material" means "source material", "special nuclear material" or "by-product material". "Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

   "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor". "Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

   "Nuclear facility" means:
   **(a)** Any "nuclear reactor";
   **(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";
   **(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**EP 40 04 03 14 Page 1 of 2**
*//*EP4004-201403*

0007945 Printed:
04/08/16 01:21:05

# STATE AUTO®
## Insurance Companies

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste"; and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material. "Property damage" includes all forms of radioactive contamination of property.

**2.** The insurance does not apply:

**A.** Any liability arising from any consequence, whether direct or indirect, out of:

**1.** War, including undeclared or civil war, or

**2.** Warlike action by a military force, including action in hindering or defending against an actual or expected attach, by any government, sovereign or other authority using military personnel or other agents, or

**3.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**EP 40 04 03 14 Page 2 of 2**
*//*EP4004-201403

# STATE AUTO®
Insurance Companies

**BOP 2870198   00**

---

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## BROAD FORM NOTICE OF OCCURRENCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the policy apply except as modified by this endorsement

The following is added to Paragraph **2. Duties in the Event of Occurrence, Offense, Claim or Suit.** of **Section IV - Commercial General Liability Conditions**:

**e.** The requirements in Paragraph **2.a.**, above, do not apply until after the "occurrence" or offense is known to:
  **(1)** You, if you are an individual;
  **(2)** A partner, if you are a partnership;
  **(3)** An "executive officer" or insurance manager, if you are a corporation;
  **(4)** Your members, managers or insurance manager, if you are a limited liability company; or
  **(5)** Your elected or appointed officials, trustees, board members, or your insurance manager if you are an organization other than a partnership, joint venture, or limited liability company

**SL 00 62 01 08 Page 1 of 1**
*//*SL0062-200801

Includes copyrighted material of
Insurance Services Office, Inc., with its permission

---

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

## INCIDENTAL MEDICAL SERVICES LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The provisions of the policy apply except as modified by this endorsement.

The following is added to Section **I** - Coverage **A**. Paragraph **1**:

Additional Coverage - Incidental Medical Services Liability

Damages because of "bodily injury" include Incidental Medical Services Injury. This means injury arising out of the giving or failure to give, during the policy period, the following services:
**1.** Medical, surgical, dental, x-ray or nursing service or treatment, including food and drink given in the process;
**2.** Providing drugs or medical, dental or surgical supplies.
**3.** This coverage does not apply to:
**4.** Expenses incurred by the insured for first aid to others as provided under Medical Expenses.
**5.** Any insured who engages in the business or occupation of providing any of the services described above.
**6.** Any insured who causes injury for which liability is assumed under any contract or agreement, if engaged in the business or occupation of providing services described above.

**SL 00 64 01 08 Page 1 of 1**
*//*SL0064-200801

Includes copyrighted material of
Insurance Services Office, Inc., with its permission

0007947    Printed:
04/08/16   01:21:05

# STATE AUTO®
Insurance Companies

**BOP 2870198    00**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF PUNITIVE DAMAGES
# RELATED TO A CERTIFIED ACT OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The following exclusion is added:
This insurance does not apply to:
**TERRORISM PUNITIVE DAMAGES**
Damages arising, directly or indirectly, out of a "certified act of terrorism" that are awarded as punitive damages.

**B.** The following definition is added:
"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

**CG2176 (01/15) Page 1 of 1**
*//*CG2176-201501

*d* Insurance Services Office, Inc., 2015

0007948       Printed:
04/08/16  01:21:05

# STATE AUTO®
## Insurance Companies

**BOP 2870198   00**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

## MEDICAL EXPENSES - FOOD OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**A.** The following is added to Coverage **C.** Medical Payments Paragraph **1.a.**:
   **(4)** Arising out of "your product" as included in the "products-completed operations hazard" for operations involving the serving and consumption of food products on your premises.

**B.** Paragraph **2.f.** of Coverage **C.** Medical Payments is replaced by the following:
   **f. Products-Completed Operations Hazard**
   Included within the "products-completed operations hazard". This exclusion does not apply, however, to "bodily injury" resulting from the consumption of food products which are "your product" on your premises.

**SL 10 16 01 08 Page 1 of 1**
*//*SL1016-200801

Includes copyrighted material of
Insurance Services Office, Inc., with its permission

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

## BROADENED NON - OWNED WATERCRAFT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**A.** Paragraph **2.g.(2)** of Section **I - Coverages** is replaced by the following:

   **(2)** A watercraft you do not own that is:
   **(a)** Less than 51 feet long; and
   **(b)** Not being used to carry persons or property for a charge;

**SL 10 18 01 08 Page 1 of 1**
*//*SL1018-200801

Includes copyrighted material of
Insurance Services Office, Inc., with its permission

# STATE AUTO®
Insurance Companies

# MARYLAND CHANGES

This endorsement changes the policy. Please read it carefully.

This endorsement modifies insurance provided under the following:

EMPLOYMENT PRACTICES LIABILITY INSURANCE COVERAGE

**A. SECTION VI. CONDITIONS**, Clause **F. Extended Reporting Periods,** Paragraph **2.b.** is replaced by the following:

**b.** Upon payment of an additional premium of 175% of the full annual premium applicable to this EPL Coverage Endorsement, a Supplemental Extended Reporting Period of three (3) years immediately following the effective date of cancellation or nonrenewal in which to give to "us" written notice of "claims" first made or "suits" first brought against the "insureds" during said Supplemental Extended Reporting Period for any "wrongful employment acts" occurring before the end of the "EPL coverage period" and are otherwise covered by this EPL Coverage.

To obtain the Supplemental Extended Reporting Period, "you" must request it in writing and pay the additional premium due, within thirty (30) days of the effective date of cancellation or nonrenewal. The additional premium for the Supplemental Extended Reporting Period shall be fully earned at the inception of the Supplemental Extended Reporting Period. If "we" do not receive the written request as required, "you" may not exercise this right at a later date.

This insurance, provided during the Supplemental Extended Reporting Period, is excess over any other valid and collectible insurance that begins or continues in effect after the Supplemental Extended Reporting Period becomes effective, whether the other insurance applies on a primary, excess, contingent, or any other basis.

**B. SECTION VI. CONDITIONS**, Clause **G. Change in Control of "Named Insured"** is replaced by the following:

**G. Change in Control of "Named Insured"**

In the event of a "Transaction" then this EPL Coverage shall continue in full force and effect as to "wrongful employment acts" occurring prior to the effective time of the "Transaction", but there shall be no coverage afforded by any provision of this EPL Coverage for any actual or alleged "wrongful employment acts" occurring after the effective time of the "Transaction". "You" shall also have the right to the Extended Reporting Periods described in Clause F. of this Section VI.

"You" shall give "us" written notice of the "Transaction" as soon as practicable, but not later than thirty (30) days after the effective date of the "Transaction".

**C. SECTION VI. CONDITIONS,** Clause **K. Representations** is deleted.

*//*EP0119-201401

0007950        Printed:
04/08/16    01:21:05

## STATE AUTO®
Insurance Companies

**BOP 2870198    00**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    LIQUOR LIABILITY COVERAGE PART
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
    POLLUTION LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
    RAILROAD PROTECTIVE LIABILITY COVERAGE PART
    UNDERGROUND STORAGE TANK POLICY

**A.** If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

**CG2170 (01/15) Page 1 of 1**
*//*CG2170-201501

*d* Insurance Services Office, Inc., 2015

# STATE AUTO®
## Insurance Companies

**BOP 2870198   00**   *S*

SOUTHERN MARYLAND INS INC
2905 MITCHELLVILLE RD STE 112
BOWIE, MD 20716

Acct. Number  CL00067251

| **To:  Insured** | **Your Independent Agent** |
|---|---|

NATIONAL INK AND STITCH LLC
7610 MEADOW RUN LANE STE B
OWINGS, MD 20736

SOUTHERN MARYLAND INS INC
2905 MITCHELLVILLE RD STE 112
BOWIE, MD 20716

Thank you for insuring with State Auto Insurance Companies. Attached is information about your new business, renewal or policy change. Please contact your agent with any questions.

Your coverages are listed on the attached declarations pages. Any new or revised coverage forms are attached.

The State Auto Insurance companies and your independent agent strive to provide overwhelming service to you. Please let us know how we can best serve your needs.

***ENCLOSED DOCUMENTS ARE POLICY INFORMATION ONLY.***

***YOUR BILL WILL BE SENT SEPARATELY, IF NEEDED.***

If you have questions concerning policy payment status, please call Payment Services at 1-800-444-9950, Ext. 5118.

# STATE AUTO®
## Insurance Companies

**BOP 2870198    00**

## State Auto Property and Casualty Insurance Co.

Named Insured and Address:

**NATIONAL INK AND STITCH LLC**
**7610 MEADOW RUN LANE STE B**
**OWINGS, MD 20736**

Agency Name, Address and Telephone:

**SOUTHERN MARYLAND INS INC**
**2905 MITCHELLVILLE RD STE 112**
**BOWIE, MD 20716**

Region:

Policy Period:        **From:  03/31/2016**

**This change resulted in no premium change.**

**Policy Change Effective:  09/01/16**

**(301) 390-0099**      Agency Number:      **0001620**

**To:   03/31/2017**

**Total Revised Premium:      $2,331.00**

### POLICY CHANGES
**This Endorsement changes the policy. Please read it carefully.**

**THE INSURED'S MAILING AND LOC. 0001 ADDRESS IS AMENDED TO READ AS:**

**7610 MEADOW RUN LANE, STE B**
**OWINGS MILLS, MD  20736**

0005323      Printed:
10/21/16    01:08:31

**THANK YOU FOR MAKING STATE AUTO YOUR COMMERCIAL COMPANY**

**10/20/16  TEL**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**IL 12 01 (04/93)**                                                                - - - - - - - - - - - - - - - - - - - - - -

Issue Date 10/20/2016          10:02:50 AM                          **Authorized Representative**