IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL INK AND STITCH, LLC | * |
| Plaintiff, | * |
| v. | * Civil Case No.: SAG-18-2138 |
| STATE AUTO PROPERTY AND CASUALTY INSURANCE COMPANY, | * |
| Defendant. | * |

# ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 23rd day of January, 2020, ORDERED that Plaintiff's Motion for Summary Judgment, ECF 36, is GRANTED as to liability, and State Auto's Motion for Summary Judgment, ECF 35, is DENIED.

The parties are directed to confer and file a status report on or before January 31, 2020 advising the Court whether a status hearing is needed to address the appropriate remedy.

Date: January 23, 2020

_____/s/_____
Stephanie A. Gallagher
United States District Judge