**KERR McDONALD, LLP**
ATTORNEYS AT LAW
111 SOUTH CALVERT STREET
SUITE 1945
BALTIMORE, MARYLAND 21202

---

(410) 539-2900 (ext. 211)
FAX (410) 539-2956
E-MAIL kmcdonald@kerrmcdonald.com

CHARLES M. KERR
KATHLEEN M. McDONALD

CRISTINA I. FLORES

*OF COUNSEL:*
ROBERT G. CASSILLY

January 31, 2020

The Hon. Stephanie A. Gallagher
United States District Judge
101 W. Lombard Street
Baltimore, MD 21201

        Re:    *National Ink & Stitch, LLC v. State Auto Property and Casualty Company*, Civil Case No. SAG-18-2138

Dear Judge Gallagher:

    In accordance with the directive in your Order of January 23, 20120, counsel for the parties have conferred about the status of this case in light of your summary judgment rulings. There remain disputes about which coverage limit is applicable to National Ink & Stitch's claim and about the nature, extent and/or coverage status of various monetary elements of National Ink & Stitch's claim, which will require expert and damages discovery unless otherwise resolved by the parties. Should the Court be agreeable, a status/scheduling conference would be helpful.

    Counsel are happy to provide any additional information you may desire.

Respectfully submitted,

*/s/ Kathleen M. McDonald*

Kathleen M. McDonald

cc:    William Krekstein, Esquire, via email
        Matthew Malamud, Esquire, via email

M5032.docx